UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Kimberlee Williams, Nancy Pease, Marilyn : 
L. Holley, Donna Ware, Donnette Wengerd : 
and Rosanee Chernick, : No. 11-1754 (SRC) (MAS)
:
Plaintiffs, :
v. :
:
:
BASF CATALYSTS LLC, et al, :
:
Defendants. :

**NOTICE OF MOTION TO STAY DISPOSITION OF CAHILL, GORDON AND REINDELL, LLP'S MOTION TO STRIKE CLASS ALLEGATIONS FROM THE AMENDED COMPLAINT**

TO:

STEPHEN M. ORLOFSKY
DAVID C. KISTLER
**BLANK ROME LLP**
*A Pennsylvania LLP*
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700
*Attorneys for Defendant, BASF Catalysts LLC*

ROBERT E. RYAN
CRAIG S. DEMARESKI
MARC D. HAEFNER
**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
*Attorneys for Defendants, Cahill Gordon & Reindel LLP, Cahill Gordon & Reindel, Howard G. Sloane, Ira J. Dembrow, and Scott A. Martin*

MICHAEL F. WILLIAMS
EUGENE ASSAF
DANIEL BRESS
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W
Washington, D.C. 20005-5793
*Attorneys for Defendant, BASF Catalysts LLC*

JOHN K. VILLA
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Attorneys for Defendants, Cahill Gordon & Reindel LLP, Cahill Gordon & Reindel, Howard G. Sloane, Ira J. Dembrow, and Scott A. Martin*

WALTER TIMPONE
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mt. Kemble Avenue
PO Box 2075
Morristown, NJ 07962

ERIC TUNIS
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
99 Wood Avenue South
Iselin, NJ 08830
(732) 549-6500
*Attorneys for Defendant, Thomas D. Halket*

(973) 993-8100
*Attorneys for Defendant, Glenn Hemstock*

**MARINO, TORTORELLA & BOYLE, PC**
KEVIN MARINO
437 Southern Blvd.
Chatham, NJ 07928
(973) 824-9300
*Attorneys for Defendant, Arthur A. Dornbusch II*

**PLEASE TAKE NOTICE** that on a time a date to be determined by the Court, the undersigned attorneys for Plaintiffs shall move before the Honorable Stanley R. Chesler U.S.D.J., United States District Court, District of New Jersey, Frank R. Lautenberg U.S.P.O and Courthouse, Room 417, P.O. Box 999, Newark, NJ 07101-0999 for an Order granting Plaintiffs' Motion to Stay Disposition of Cahill, Gordon and Reindell, LLP's Motion to Strike Class Allegations from the Amended Complaint.

**PLEASE TAKE FUTHER NOTICE** that Plaintiffs will rely on the attached memorandum of law in support of their motion. A proposed form of Order is attached hereto.

DATED: October 31, 2011

Respectfully Submitted,

**COHEN, PLACITELLA & ROTH**
A Professional Corporation

/s/ Christopher M. Placitella
Christopher M. Placitella, Esq.
Michael Coren. Esq.
Matthew T. Stone, Esq.
cplacitella@cprlaw.com
mcoren@cprlaw.com
mstone@cprlaw.com
127 Maple Ave
Red Bank, New Jersey 07701
(732) 747-9003

                Jeffery M. Pollock, Esq.
                **FOX ROTHSCHILD, LLP.**
                jmpollock@foxrothschild.com
                997 Lenox Drive, Building 3
                Lawrenceville, NJ 08648
                (609) 896-7660

                Attorneys for Plaintiffs and the Proposed Class

*Of Counsel*:
Stewart L. Cohen, Esq.[*]
Harry M. Roth, Esq.[*]
**COHEN, PLACITELLA & ROTH, P.C.**
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
(215) 567-3500

(* *Pro hac vice* admission)