**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> BASF CATALYSTS LLC, et al., : <br> : <br> Defendants. : <br> : <br> : | **Civil Action No. 11-1754 (SRC)** <br><br> **ORDER** |

**CHESLER**, District Judge

    This matter having come before the Court on several motions to dismiss the Amended Class Action Complaint ("Amended Complaint"), identified by filing Defendants as follows: BASF Catalysts LLC [docket entry 83]; Cahill Gordon & Reindel LLP (f/k/a Cahill, Gordon & Reindel), Howard G. Sloane, Ira J. Dembrow and Scott A. Martin [docket entry 80]; Arthur A. Dornbusch II [docket entry 77]; Glen Hemstock [docket entry 78]; and Thomas D. Halket [docket entry 79]; and, in connection with these motions, the Court also having been presented with a motion by Public Justice, P.C. for leave to appear as amicus curiae and file an amicus brief [docket entry 97]; and Plaintiffs having opposed the motions to dismiss; and the Court having considered the motions on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed by the Court in the Opinion filed herewith,

    **IT IS** on this 12th day of December, 2012,

**ORDERED** that the motion by Public Justice for leave to appear as amicus curiae [docket entry 97] be and hereby is **DENIED**; and it is further

**ORDERED** that the motions to dismiss the Amended Complaint [docket entries 77, 78, 79, 80 and 83] be and hereby are **GRANTED**; and it is further

**ORDERED** that the motion to strike class allegations from the Amended Complaint and deny class certification [docket entry 81] be and hereby is **DISMISSED AS MOOT**; and it is further

**ORDERED** that the claims set forth in the **AMENDED COMPLAINT** be and hereby are **DISMISSED WITH PREJUDICE**.


    s/Stanley R. Chesler
    STANLEY R. CHESLER
    United States District Judge