**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KIMBERLEE WILLIAMS, et al.,** | Civil Action No.: 11-1754 (JLL) (JAD) |
| **Plaintiffs,** | |
| v. | **SCHEDULING ORDER** |
| **BASF CATALYSTS, LLC, et al.** | |
| **Defendants,** | |

**JOSEPH A. DICKSON, U.S.M.J.**

This matter comes before the Court following the June 25, 2015 in-person conference in this matter. For the reasons set forth on the record during that conference, and for good cause shown,

**IT IS on this 26th day of June 2015**

**ORDERED** that Plaintiffs may file an amended pleading on or before July 16, 2015; and it is further

**ORDERED** that, on or before September 11, 2015, Defendants shall serve (but not file) any motion seeking dismissal of that amended pleading. The parties shall thereafter meet and confer to reach mutually agreeable deadlines for Plaintiffs' opposition and Defendants' reply, and shall electronically file a letter advising the Court of those deadlines. On or before the parties' agreed opposition deadline, Plaintiffs shall serve (but not file) any papers in opposition to Defendants' motion(s). On or before the parties' agreed reply deadline, Defendants shall electronically file any motion(s) to dismiss, Plaintiffs' opposition to any such motion(s), Defendants' reply submission(s), and any supporting papers; and it is further;

**ORDERED** that the parties shall exchange Rule 26 disclosures on or before October 16, 2015; and it is further

**ORDERED** that any party may serve written discovery requests (limited to interrogatories and requests for the production of documents at this time) on or before October 16, 2015; and it is further

**ORDERED** that an in-person conference is scheduled before the undersigned at 10:00 a.m. on October 27, 2015.

          **SO ORDERED**

_____
JOSEPH A. DICKSON, U.S.M.J.

cc: Honorable Jose L. Linares, U.S.D.J.