IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BASF CATALYSTS LLC, ET AL., <br><br> Defendants. | Civil Action No: 11-cv-1754 (JLL) (JAD) <br><br><br> **NOTICE OF DISMISSAL OF <u>DEFENDANT SCOTT A. MARTIN</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Kimberlee Williams, Nancy Pease, Marilyn L. Holley, Donna Ware, Donnette Wengerd and Rosanne Chernick (collectively "Plaintiffs") and Defendant Scott A. Martin ("Martin"), by and through the undersigned counsel, hereby stipulate that all claims asserted by Plaintiffs against Defendant Martin, and only those against Martin, are dismissed in their entirety without prejudice, with each party to bear its own costs.

Dated: August 28, 2015

Respectfully submitted,

____/S/Michael Coren_____
Christopher M. Placitella
Michael Coren
COHEN, PLACITELLA & ROTH P.C.
127 Maple Ave.
Red Bank, NJ 07701
(732) 747-9003

and

_/s/ Robert E. Ryan_____
Robert E. Ryan
Marc D. Haefner
Craig Demareski
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ  07068
(973) 535-0500

and

| | |
|---|---|
| Jeffrey M. Pollock<br>FOX ROTHSCHILD LLP<br>Princeton Pike Corp. Center<br>997 Lennox Drive, Building 3<br>Lawrenceville, NJ 08648<br>(609) 896-7660<br><br>*Attorneys for Plaintiffs* | John K. Villa (*pro hac vice*)<br>David S. Blatt (*pro hac vice*)<br>Grant A. Geyerman (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>(202) 434-5000<br><br>*Attorneys for Defendant Scott A. Martin* |

## CERTIFICATION OF SERVICE

I, Michael Coren, hereby certify that on the 28th day of August, 2015, I caused a true and correct copy of the foregoing Notice of Dismissal of Defendant Scott A. Martin to be filed with the Court's CM/ECF system for service on all counsel of record through the ECF system.

　　　/S/Michael Coren　　　　　　
COHEN, PLACITELLA & ROTH P.C.
127 Maple Ave.
Red Bank, NJ 07701
(732) 747-9003