# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Eugene F. Assaf, P.C.
To Call Writer Directly:
(202) 879-5196
eugene.assaf@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

December 17, 2015

The Honorable Joseph A. Dickson
United States District Judge,
U.S. District Court, District of New Jersey
U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re:   *Williams, et al. v. BASF Catalysts LLC, et al.*, 2:11-cv-01754-JLL-JAD

Dear Judge Dickson:

At the last status conference before Your Honor on October 27, 2015, the parties discussed completing the briefing on the motions to dismiss by December 18, 2015. We write to inform you that in light of the volume of the briefing and the upcoming holidays, the parties have stipulated to completing the briefing by January 7, 2016. At that time, the parties will file all motions papers on the docket.

Should the Court have any questions, please do not hesitate to let us know. Thank you for your consideration of this letter.

Respectfully submitted,

*[signature]*

Eugene F. Assaf, P.C.

Chicago   Hong Kong   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai

**KIRKLAND & ELLIS LLP**

December 17, 2015
Page 2

Date:   December 17, 2015

Respectfully submitted,

/s/ Christopher M. Placitella
Christopher M. Placitella, Esq.
Michael Coren, Esq.
Jared M. Placitella, Esq.
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Ave
Red Bank, New Jersey 07701
(Tel): (732) 747-9003
(Fax): (732) 747-9004
*Attorneys for Plaintiffs and the Proposed Class*

/s/ Jeffrey M. Pollock
Jeffrey M. Pollock, Esq.
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
(Tel): (609) 896-3600
(Fax): (609) 896-1469

*Attorneys for Plaintiffs and the Proposed Class*


Eugene F. Assaf, P.C.
Michael F. Williams
Daniel A. Bress
Peter A. Farrell
KIRKLAND & ELLIS LLP
655 15th St., N.W.
Washington, D.C. 20005
Phone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Defendant*
*BASF Catalysts LLC*

/s/ Stephen M. Orlofsky
Stephen M. Orlofsky
New Jersey Resident Partner
David C. Kistler
Blank Rome LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Phone: (609) 750-2646
Facsimile: (609) 750-7701

*Counsel for Defendant*
*BASF Catalysts LLC*

## KIRKLAND & ELLIS LLP

December 17, 2015
Page 3


John K. Villa
David S. Blatt
Grant Geyerman
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Cahill Gordon & Reindel LLP (f/k/a Cahill Gordon & Reindel), Howard G. Sloane, Ira J. Dembrow, and Scott A. Martin*

/s/ Robert E. Ryan
Robert E. Ryan
Marc D. Haefner
Craig Demareski
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500

*Attorneys for Cahill Gordon & Reindel LLP (f/k/a Cahill Gordon & Reindel), Howard G. Sloane, Ira J. Dembrow, and Scott A. Martin*

/s/ Walter F. Timpone
Walter F. Timpone
Walter R. Krzastek
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
*Attorneys for Defendant Dr. Glen Hemstock*

/s/ Eric Tunis
Eric Tunis
Olivier Salvagno
GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988
(732) 549-5600
*Attorneys for Defendant Thomas D. Halket*

**KIRKLAND & ELLIS LLP**

December 17, 2015
Page 4

/s/ Kevin H. Marino
Kevin H. Marino
John A. Boyle
MARINO, TORTORELLA &
BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928
(973) 824-9300
*Attorneys for Defendant Arthur A. Dornbusch II*