

*Phone:* 609-750-2643
*Fax:* 609-897-7291
*Email:* Kistler@blankrome.com

January 7, 2016

<u>VIA ECF</u>
Honorable Joseph A. Dickson
United States Magistrate Judge
United States District Court
District of New Jersey
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    <u>Williams v. BASF Catalysts LLC, et al.</u>
             <u>Civil Action No. 2:11-cv-01754 (JLL)(JAD)</u>

Dear Judge Dickson:

    We represent Defendant, BASF Catalysts, LLC, in the above matter and write on behalf of all parties. While the parties previously informed Your Honor that all motion to dismiss papers (moving, opposition and reply) would be filed today, the parties have informally agreed to file these papers next week. The parties will make themselves available if Your Honor has any issue with this agreement.

    Thank you for your courtesies.

                              Respectfully submitted,

                              */s/ David C. Kistler*

                              DAVID C. KISTLER

DCK:djs

cc:  All Counsel of Record (via ECF)

301 Carnegie Center 3rd Floor Princeton, New Jersey 08540
*A Pennsylvania LLP Stephen M. Orlofsky, New Jersey Administrative Partner*
www.BlankRome.com

Boca Raton • Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington

136577.00601/101867898v.1