**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988
732-549-5600
Attorneys for Defendant Thomas D. Halket

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>BASF CATALYSTS LLC, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:11-cv-1754 (JLL-JAD)<br><br>**NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**_ORAL ARGUMENT REQUESTED_** |

TO:   Christopher M. Placitella, Esq.　　　　Jeffrey M. Pollock, Esq.
　　　Cohen Placitella Roth, PC　　　　　　　Fox Rothschild LLP
　　　127 Maple Avenue　　　　　　　　　　　Princeton Pike Corporate Center
　　　Red Bank, NJ  07701　　　　　　　　　　997 Lennox Drive, Building 3
　　　Attorneys for Plaintiffs　　　　　　　　　Lawrenceville, NJ  08648
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**COUNSEL:**

　　　**PLEASE TAKE NOTICE** that on a date to be determined by the Court, defendant Thomas D. Halket ("Defendant"), by and through his counsel, Greenbaum, Rowe, Smith & Davis LLP, shall move before the Honorable Jose L. Linares, U.S.D.J., at the United States District Court, Martin Luther King, Jr. Federal Building and U.S. Courthouse, in Newark, New Jersey, for an Order dismissing the Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, the Defendant shall rely upon the Memorandum of Law and the Declaration of Thomas D. Halket, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification of Service and a proposed form of Order are submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

                              GREENBAUM, ROWE, SMITH & DAVIS LLP
                              Attorneys for Defendant Thomas D. Halket

                         By: _____
                                  ERIC TUNIS

Dated: September 25, 2015