**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988
732-549-5600
Attorneys for Defendant Thomas D. Halket

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BASF CATALYSTS LLC, et al., <br><br> Defendants. | Civil Action No. 2:11-cv-1754 (JLL-JAD) <br><br><br> **CERTIFICATION OF SERVICE** |

**OLIVIER SALVAGNO,** being of full age, hereby certifies as follows:

1.  I am an attorney-at-law of the State of New Jersey and a partner with the firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant Thomas D. Halket. As such I have personal knowledge of the facts set forth herein.

2.  I hereby certify that on the date set forth below, I caused a true and correct copy of the Notice of Motion to Dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), the supporting Memorandum of Law, the Declaration of Thomas D. Halket, the proposed form of Order, and the within Certification of Service, to be served upon all counsel of record via e-mail.

3778615.1

2

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
OLIVIER SALVAGNO

DATED: September 25, 2015

3778615.1

2