Kevin H. Marino
John A. Boyle
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425
*Counsel for Defendant*
*Arthur A. Dornbusch II*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------x

**KIMBERLEE WILLIAMS, ET AL.,**

**Plaintiffs,**

v.

**BASF CATALYSTS LLC, ET AL.,**

**Defendants.**

---------------------------------------------------------------x

Civil Action No. 2:11-cv-01754- JLL-JAD

**DEFENDANT ARTHUR A. DORNBUSCH II'S NOTICE OF MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FOR FAILURE TO PLEAD FRAUD WITH PARTICULARITY**

<u>**ORAL ARGUMENT REQUESTED**</u>

**Document Electronically Filed**

TO:  Christopher M. Placitella, Esq.
     Michael Coren, Esq.
     Cohen, Placitella & Roth, P.C.
     127 Maple Avenue
     Red Bank, NJ 07701

PLEASE TAKE NOTICE that on a date to be set by the Court, Defendant Arthur A. Dornbusch II ("Dornbusch"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing), will move before the Honorable Jose L. Linares, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building &

Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), dismissing Plaintiffs' Second Amended Class Action Complaint with prejudice as to Dornbusch for failure to state a claim upon which relief can be granted and for failure to plead fraud with particularity.

  PLEASE TAKE FURTHER NOTICE that in support of this motion, Dornbusch will rely on the Memorandum of Law submitted herewith.  A proposed form of Order is also submitted herewith.

  PLEASE TAKE FURTHER NOTICE that Dornbusch respectfully requests oral argument on this motion.

| | |
|---|---|
| Dated: September 25, 2015<br>   Chatham, New Jersey | MARINO, TORTORELLA & BOYLE, P.C.<br>Attorneys for Defendant Arthur A. Dornbusch II |

              BY: /s/ Kevin H. Marino
                  KEVIN H. MARINO