# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **KIMBERLEE WILLIAMS**, individually, as personal representative of the Estate of Charles L. Williams, deceased on behalf of said estate, and as representative of others similarly situated; **NANCY PEASE**, individually, as personal representative of the Estate of William Clark, deceased on behalf of said estate, and as representative of others similarly situated; **MARILYN L. HOLLEY**, as personal representative of the Estate of Kathryn Darnell, deceased on behalf of said estate, and as representative of others similarly situated; **DONNA WARE**, individually as personal representative of the Estate of Ralph Ware, deceased on behalf of said estate, and as representative of others similarly situated; and **DONNETTE WENGERD**, individually, as personal representative of the Estate of Jennifer Graham, deceased on behalf of said estate, and as representative of others similarly situated, and **ROSANNE CHERNICK**, individually, as personal representative of the Estate of Steven Chernick, deceased on behalf of said estate, and as representative of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BASF CATALYSTS LLC, CAHILL GORDON & REINDEL LLP, CAHILL GORDON & REINDEL**, a partnership including a professional corporation, **THOMAS D. HALKET, ARTHUR A. DORNBUSCH II, GLEN HEMSTOCK, HOWARD G. SLOANE (A/K/A "PETER SLOANE"), IRA J. DEMBROW, JOHN DOE BUSINESS ENTITIES 1 to 100**; **JOHN DOE BUSINESS ENTITIES 101 to 200**; **JOHN DOE LAWYERS 1 to 500**; and, **JOHN DOE 1 to 500**,<br><br>Defendants. | Civil Action No.  11-cv-1754 (JLL) (JAD)<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION TO DISMISS COUNT III OF PLAINTIFFS' SECOND AMENDED COMPLAINT AND MOTION TO STRIKE CERTAIN REQUESTS FOR RELIEF**<br><br>**Oral Argument Requested**<br><br>**Electronically Filed** |

Eugene F. Assaf, P.C. (*pro hac vice*)
Michael F. Williams
Daniel A. Bress (*pro hac vice*)
Peter A. Farrell (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 15th St., NW
Washington, DC 20005
Phone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel for Defendant*
*BASF Catalysts LLC*

Stephen M. Orlofsky
New Jersey Resident Partner
David C. Kistler
Blank Rome LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Phone: (609) 750-2646
Facsimile: (609) 750-7701

*Counsel for Defendant*
*BASF Catalysts LLC*

TO:    Christopher M. Placitella, Esquire
        Michael Coren, Esquire
        Cohen, Placitella & Roth, P.C.
        127 Maple Avenue
        Red Bank, NJ 07701

        Jeffrey M. Pollock
        Fox Rothschild LLP
        997 Lenox Drive, Building 3
        Princeton Pike Corporate Center
        Lawrenceville, NJ 08648
        *Counsel for Plaintiffs*

        Eric Tunis, Esquire
        Greenbaum Rowe Smith & Davis LLP
        99 Wood Avenue South
        Iselin, NJ 08830
        *Counsel for Defendant Thomas D. Halket*

        Walter Timpone, Esquire
        McElroy Deutsch Mulvaney & Carpenter LLP
        1300 Mt. Kemble Avenue
        P.O. Box 2075
        Morristown, NJ 07962
        *Counsel for Defendant Glen Hemstock*

Robert E. Ryan, Esquire
Connell Foley LLP
85 Livingstone Avenue
Roseland, NJ 07068
*Counsel for Defendants Cahill Gordon & Reindel LLP, Cahill Gordon & Reindel, Howard G. Sloane, Ira J. Dembrow, and Scott A. Martin*

Kevin Marino, Esquire
Marino Tortorella & Boyle PC
437 Southern Blvd.
Chatham, NJ 07928
*Counsel for Defendant Arthur A. Dornbusch II*

**PLEASE TAKE NOTICE** that on a time and date to be determined by the Court, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant BASF Catalysts LLC ("Defendant"), shall move before the Honorable Jose L. Linares, U.S.D.J., United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey 07101, for an Order granting its Motion to Dismiss Count III and to Strike Certain Requests For Relief from the Second Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendant will rely on its Memorandum of Law.  A proposed form of Order is also enclosed; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Date:   September 25, 2015                          Respectfully submitted,


                                                    /s/ Stephen M. Orlofsky
Eugene F. Assaf, P.C. (*pro hac vice*)              Stephen M. Orlofsky
Michael F. Williams                                New Jersey Resident Partner
Daniel A. Bress (*pro hac vice*)                   David C. Kistler
Peter A. Farrell (*pro hac vice*)                  Blank Rome LLP
KIRKLAND & ELLIS LLP                               301 Carnegie Center, 3rd Floor
655 15th St., N.W.                                 Princeton, NJ 08540
Washington, D.C. 20005                             Phone: (609) 750-2646
Phone: (202) 879-5000                              Facsimile: (609) 750-7701
Facsimile: (202) 879-5200

                                                   *Counsel for Defendant*
*Counsel for Defendant*                            *BASF Catalysts LLC*
*BASF Catalysts LLC*

3

## CERTIFICATE OF SERVICE

Pursuant to the Court's June 26, 2015 Order, I certify that on this day counsel for the

following parties were served electronically with Defendant BASF Catalysts LLC's Notice of

Motion to Dismiss Plaintiffs' Amended Complaint, Memorandum of Law, and proposed form of

Order:

Christopher M. Placitella, Esquire
Michael Coren, Esquire
Cohen, Placitella & Roth, P.C.
127 Maple Avenue
Red Bank, NJ 07701

Jeffrey M. Pollock
Fox Rothschild LLP
997 Lenox Drive, Building 3
Princeton Pike Corporate Center
Lawrenceville, NJ 08648
*Counsel for Plaintiffs*

Eric Tunis, Esquire
Greenbaum Rowe Smith & Davis LLP
99 Wood Avenue South
Iselin, NJ 08830
*Counsel for Defendant Thomas D. Halket*

Walter Timpone, Esquire
McElroy Deutsch Mulvaney & Carpenter LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
*Counsel for Defendant Glen Hemstock*

Robert E. Ryan, Esquire
Connell Foley LLP
85 Livingstone Avenue
Roseland, NJ 07068
*Counsel for Defendants Cahill Gordon & Reindel LLP, Cahill Gordon & Reindel, Howard G.
Sloane, Ira J. Dembrow, and Scott A. Martin*

Kevin Marino, Esquire
Marino Tortorella & Boyle PC
437 Southern Blvd.
Chatham, NJ 07928
*Counsel for Defendant Arthur A. Dornbusch II*

September 25, 2015                                  */s/ Stephen M. Orlofsky*
                                                    Stephen M. Orlofsky

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **KIMBERLEE WILLIAMS**, individually, as personal representative of the Estate of Charles L. Williams, deceased on behalf of said estate, and as representative of others similarly situated; **NANCY PEASE**, individually, as personal representative of the Estate of William Clark, deceased on behalf of said estate, and as representative of others similarly situated; **MARILYN L. HOLLEY**, as personal representative of the Estate of Kathryn Darnell, deceased on behalf of said estate, and as representative of others similarly situated; **DONNA WARE**, individually as personal representative of the Estate of Ralph Ware, deceased on behalf of said estate, and as representative of others similarly situated; and **DONNETTE WENGERD**, individually, as personal representative of the Estate of Jennifer Graham, deceased on behalf of said estate, and as representative of others similarly situated, and **ROSANNE CHERNICK**, individually, as personal representative of the Estate of Steven Chernick, deceased on behalf of said estate, and as representative of others similarly situated,<br><br>                      Plaintiffs,<br><br>          v.<br><br>**BASF CATALYSTS LLC, CAHILL GORDON & REINDEL LLP, CAHILL GORDON & REINDEL**, a partnership including a professional corporation, **THOMAS D. HALKET, ARTHUR A. DORNBUSCH II, GLEN HEMSTOCK, HOWARD G. SLOANE (A/K/A "PETER SLOANE"), IRA J. DEMBROW, JOHN DOE BUSINESS ENTITIES 1 to 100; JOHN DOE BUSINESS ENTITIES 101 to 200; JOHN DOE LAWYERS 1 to 500**; and, **JOHN DOE 1 to 500**,<br><br>                      Defendants. | Civil Action No.  11-cv-1754 (JLL) (JAD)<br><br><br>CIVIL ACTION<br><br><br><br>**ORDER**<br><br>**Electronically Filed** |

THIS MATTER having been opened to the Court by Blank Rome LLP, a Pennsylvania LLP,

attorneys for the Defendant, BASF Catalysts LLC ("Defendant"), by way of a Motion to Dismiss

and to Strike under Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(f), and Stephen M. Orlofsky,

Esquire, of Blank Rome LLP appearing on behalf of Defendant; Christopher M. Placitella, Esquire,

of Cohen Placitella & Roth PC appearing on behalf of Plaintiffs; Robert E. Ryan, Esquire, of

Connell Foley LLP appearing on behalf of Defendants Cahill Gordon & Reindel LLP, Cahill Gordon

1

& Reindel, Howard Sloane, Ira J. Dembrow, and Scott Martin; Eric Tunis, Esquire, of Greenbaum Rowe Smith & Davis LLP appearing on behalf of Defendant Thomas D. Halket; Kevin Marino, Esquire, of Marino Tortorella & Boyle PC appearing on behalf of Defendant Arthur A. Dornbusch II; and Walter Timpone, Esquire, of McElroy Deutsch Mulvaney & Carpenter LLP appearing on behalf of Defendant Glen Hemstock; and for good cause shown:

IT IS ON THIS _____ DAY OF _____ 201_,

ORDERED that Defendant's Motion to Dismiss Count III and to Strike Certain Requests for Relief from Plaintiffs' Second Amended Class Action Complaint is hereby **GRANTED**; and it is further

ORDERED that Plaintiffs' request for compensatory and punitive damages are hereby stricken from the Second Amended Complaint; plaintiffs' requests for injunctive and declaratory relief are hereby stricken insofar as they are inconsistent with the Third Circuit's ruling; and Plaintiffs' claim for civil conspiracy is dismissed in its entirety; and it is further

ORDERED that a copy of this Order shall be served upon all parties within _____ days of the date hereof.

_____
Hon. Jose L. Linares, U.S.D.J.