CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Defendants*
*Cahill Gordon & Reindel LLP*
*(f/k/a Cahill Gordon & Reindel),*
*Ira J. Dembrow, and Howard G. Sloane*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BASF CATALYSTS LLC, ET AL., <br><br> Defendants. | CIV. ACTION NO. 11-1754 (JLL) (JAD) <br><br> **NOTICE OF CAHILL'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that, as soon as counsel can be heard, the undersigned counsel for defendants Cahill Gordon & Reindel LLP (f/k/a Cahill Gordon & Reindel), Ira J. Dembrow, and Howard G. Sloane (collectively "Cahill"), shall move before the Honorable Jose L. Linares, U.S.D.J., at the United States District Court, District of New Jersey, for an Order dismissing Plaintiffs' Second

Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Cahill submits herewith a Brief in Support of the Motion to Dismiss, a Certification of Robert E. Ryan in Support thereof, and a proposed Form of Order. Cahill respectfully requests oral argument on the Motion.

                                                             CONNELL FOLEY LLP
                                                             Attorneys for Defendants
                                                             Cahill Gordon & Reindel LLP
                                                             (f/k/a Cahill Gordon & Reindel),
                                                             Ira J. Dembrow and Howard G. Sloane

Dated: September 25, 2015                             _s/Robert E. Ryan_
                                                              Robert E. Ryan