UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BASF CATALYSTS LLC, et al.,<br><br>        Defendant. | Civil Action No.: 11-1754 (JLL) (JAD)<br><br>**ORDER** |

Presently before the Court are Motions to Dismiss Plaintiffs' Second Amended Complaint filed by the following Defendants: Thomas D. Halket (ECF No. 166); Arthur A. Dornbusch II (ECF No. 167); BASF Catalysts LLC (ECF No. 168); Cahill Gordon & Reindel LLP (f/k/a Cahill Gordon & Reindel), Ira J. Dembrow, and Howard G. Sloane (collectively "Cahill") (ECF No. 170); and Glenn Hemstock (ECF No. 177) (ECF Nos. 166, 167, 168, 170, and 177 are collectively referred to as "the Motions to Dismiss the SAC"). The Court has considered the parties' submissions and decides this matter without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this ____ day of April, 2016,

**ORDERED** that the Motions to Dismiss the SAC (ECF Nos. 166, 167, 168, 170, and 177) are DENIED.

**IT IS SO ORDERED.**

                                                          JOSE L. LINARES
                                                          UNITED STATES DISTRICT JUDGE