IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BASF CATALYSTS LLC, ET AL., <br><br> Defendants. | Civil Action No: 11-cv-1754 (JLL) (JAD) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT GLENN A. HEMSTOCK.** |

Whereas the parties acting through undersigned counsel agree to a voluntary dismissal of the Plaintiffs' claims against Defendant Glenn A. Hemstock, PhD ("**Hemstock**") pursuant to Federal Rule of Civil Procedure 41(a),

IT IS HEREBY STIPULATED AND AGREED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Kimberlee Williams, Nancy Pease, Marilyn L. Holley, Donna Ware, Donnette Wengerd and Rosanne Chernick (collectively "Plaintiffs") and Defendant Hemstock by and through the undersigned counsel, hereby stipulate that all claims asserted by Plaintiffs against Defendant Hemstock, and only those against Hemstock, are dismissed in their entirety without prejudice, with each party to bear its own costs.

2. In consideration for being voluntarily dismissed, Hemstock agrees that to the extent his health and circumstances reasonably permit he will cooperate with the remaining parties in providing, on notice to all parties, discoverable documents in his possession or control or testimony, including deposition testimony, without the necessity of being subpoenaed.

Dated: April 13, 2016

So stipulated and agreed:

/S/ Christopher M. Placitella
Christopher M. Placitella
Michael Coren
Jared M. Placitella
COHEN, PLACITELLA & ROTH P.C.
127 Maple Ave.
Red Bank, NJ 07701
(732) 747-9003

and

Jeffrey M. Pollock
FOX ROTHSCHILD LLP
Princeton Pike Corp. Center
997 Lennox Drive, Building 3
Lawrenceville, NJ 08648
(609) 896-7660

*Attorneys for Plaintiffs*

/s/ Walter R. Krzastek Jr.
Walter R. Krzastek, Jr.
Michael B. Devins
McELROY, DEUTSCH, MULVANEY AND
CARPENTER, LLP
1300 Mount Kemble Ave.
PO Box 2075
Morristown, NJ 07962-2075
973-993-8100

*Attorneys for Defendant Glenn A. Hemstock*

Dated: April 14, 2016.

**SO ORDERED BY THE COURT:**

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE