| | |
|---|---|
| **KIMBERLEE WILLIAMS, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BASF CATALYSTS LLC, et al.,**<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 11-cv-1754 (JLL) (JAD)<br>CIVIL ACTION<br><br>**NOTICE OF MOTION TO DETERMINE THE APPLICABILITY OF THE CRIME-FRAUD AND *KOZLOV* EXCEPTIONS TO DEFENDANTS' PRIVILEGE CLAIMS**<br><br>ELECTRONICALLY FILED |

**FOX ROTHSCHILD LLP**
  Jeffrey M. Pollock, Esq.
  Princeton Pike Corporate Center
  997 Lenox Drive, Building 3
  Lawrenceville, NJ 08648
  (Tel): (609) 896-3600
  (Fax): (609) 896-1469

*Attorneys for Plaintiffs and the Proposed Class*

**COHEN, PLACITELLA & ROTH, P.C.**
  Christopher M. Placitella, Esq.
  Michael Coren, Esq.
  Jared M. Placitella, Esq.
  127 Maple Ave
  Red Bank, New Jersey 07701
  (Tel): (732) 747-9003
  (Fax): (732) 747-9004

*Attorneys for Plaintiffs and the Proposed Class*

TO:     Justin T. Quinn, Esq.                      Eric Tunis, Esq.
Robinson Miller LLC                 Herold Law P.A.
One Newark Center, 19th Floor     25 Independence Blvd.
Newark, NJ 07102                     Warren, NJ 07059

Michael F. Williams, Esq.           *Counsel for Defendant Thomas D.*
Kirkland & Ellis LLP                 *Halket*
655 15th St. N.W.
Washington, DC 20005
*Counsel for BASF Catalysts LLC*

David Blatt, Esq.                      Kevin Marino, Esq.
Williams & Connolly LLP            John Boyle, Esquire
725 12th St. N.W.                   Marino Tortorella & Boyle, PC
Washington, DC 20005            437 Southern Blvd.
                                        Chatham, NJ 07928
Robert E. Ryan, Esq.                *Counsel for Defendant Arthur A.*
Connell Foley LLP                  *Dornbusch II*
85 Livingston Avenue
Roseland, NJ 07068
*Counsel for Defendants Cahill*
*Gordon & Reindel LLP, Cahill*
*Gordon & Reindel, Howard G.*
*Sloane, and Ira J. Dembrow*

**PLEASE TAKE NOTICE** that on a time and date to be determined by the Court, or as soon thereafter as counsel may be heard, the undersigned attorneys for Named Representative Plaintiffs and the Proposed Class ("Plaintiffs"), shall move before the Honorable Special Discovery Master Justice Roberto Rivera-Soto, Special Discovery Master, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New

Jersey 07101, for an Order granting its Motion to Determine the Applicability of the Crime-Fraud and *Kozlov* Exceptions to Defendants' Privilege Claims.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Plaintiffs will rely on its Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Date:  November 2, 2017

Respectfully Submitted,

/s/ *Christopher M. Placitella*

Jeffrey M. Pollock, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
(Tel): (609) 896-3600
(Fax): (609) 896-1469

Christopher M. Placitella, Esq.
Michael Coren, Esq.
Jared M. Placitella, Esq.
Cohen, Placitella & Roth, P.C.
127 Maple Ave.
Red Bank, NJ 07701
(Tel.): (732) 747-9003
(Fax): (732) 747-9004