**From:** Little, Brendan [mailto:BLittle@levylaw.com]
**Sent:** Tuesday, November 7, 2017 2:35 PM
**To:** Anguas, Ronald K. <ronald.anguas@kirkland.com>; cplacitella@cprlaw.com
**Cc:** hroth@cprlaw.com; mcoren@cprlaw.com; jmplacitella@cprlaw.com; Assaf, Eugene F. <eassaf@kirkland.com>; Williams, Michael F. <mwilliams@kirkland.com>; Bress, Daniel A. <dbress@kirkland.com>; Justin Quinn <JQuinn@rwmlegal.com>; jvilla@wc.com; ggeyerman@wc.com; etunis@heroldlaw.com; kmarino@khmarino.com; jboyle@khmarino.com; rryan@connellfoley.com; dblatt@wc.com
**Subject:** RE: Williams, et al. v. BASF Catalysts LLC, et al.

Mr. Assaf,

I received your correspondence. Please let me know when your list of questions is complete and I will have a better sense of the time needed to respond. Thanks.

Brendan

--
Brendan E. Little
Levy Konigsberg LLP
800 Third Avenue, 11th Fl., New York, NY 10022
Phone: (212) 605-6282; Fax: (212) 605-6290

**From:** Anguas, Ronald K. [mailto:ronald.anguas@kirkland.com]
**Sent:** Tuesday, November 07, 2017 1:53 PM
**To:** cplacitella@cprlaw.com; Little, Brendan
**Cc:** hroth@cprlaw.com; mcoren@cprlaw.com; jmplacitella@cprlaw.com; Assaf, Eugene F.; Williams, Michael F.; Bress, Daniel A.; Justin Quinn; jvilla@wc.com; ggeyerman@wc.com; etunis@heroldlaw.com; kmarino@khmarino.com; jboyle@khmarino.com; rryan@connellfoley.com; dblatt@wc.com
**Subject:** Williams, et al. v. BASF Catalysts LLC, et al.

Counsel:

Please see the attached correspondence from Gene Assaf to Mr. Placitella and Mr. Little.

Best,

Ronald Anguas

**Ronald K. Anguas, Jr.**

---
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
**T** +1 202 879 5091

---
ronald.anguas@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.