# EXHIBIT A

| | |
|---|---|
| From: | Assaf, Eugene F. |
| To: | Harry M. Roth; Chris Placitella; "Jared Placitella"; Jeffrey M. " "Pollock |
| Cc: | Farrell, Peter A. |
| Subject: | Fwd: Williams v. BASF Catalysts LLC - Pls Ans to BASF 2nd Interrogs |
| Date: | Thursday, December 7, 2017 8:30:16 PM |
| Attachments: | 2017-12-07 Plaintiffs Responses to BASF 2nd Set Interrogatories.pdf<br>ATT00001.htm |

Gentlemen:

Please let me know when you are available for a meet and confer on Interrogatories 1 to 5. You didn't provide any factual response, so I suspect there is very little to discuss.

We believe that the failure to *any* meaningful response runs afoul of Fed. R. Civ. P. 33, Chief Judge Linares' August 3, 2017 Opinion and Justice Rivera-Soto's directives to the parties.

We would like to seek the Court's intervention promptly.

Best,

Gene


Begin forwarded message:

> **From:** Jared Placitella <jmplacitella@cprlaw.com>
> **Date:** December 7, 2017 at 8:02:13 PM EST
> **To:** "'Farrell, Peter A.'" <pfarrell@kirkland.com>
> **Cc:** "'etunis@heroldlaw.com'" <etunis@heroldlaw.com>, "'jvilla@wc.com'" <jvilla@wc.com>, "'dblatt@wc.com'" <dblatt@wc.com>, "'rryan@connellfoley.com'" <rryan@connellfoley.com>, 'Justin Quinn' <JQuinn@rwmlegal.com>, "'Assaf, Eugene F.'" <eassaf@kirkland.com>, "'Williams, Michael F.'" <mwilliams@kirkland.com>, Michael Coren <MCoren@cprlaw.com>, Chris Placitella <cplacitella@cprlaw.com>, "'Pollock, Jeffrey M.'" <JMPollock@foxrothschild.com>, Barbara Driscoll <bdriscoll@cprlaw.com>, "'jboyle@khmarino.com'" <jboyle@khmarino.com>
> **Subject: Williams v. BASF Catalysts LLC - Pls Ans to BASF 2nd Interrogs**
>
> Peter – Attached please find Plaintiffs' collective responses to BASF's Second Set of Interrogatories. The verification of the acting representative for Plaintiff Ware will be supplied under separate cover.
>
> Thank you,
> Jared
>
> Jared M. Placitella, Esquire
> **C / P / R**
> Cohen, Placitella & Roth, P.C.

Two Commerce Square

[2001 Market Street, Suite 2900](#) / [Philadelphia, PA 19103](#)

[215.567.3500](#) / [215.567.6019](#) (fax)

[http://www.cprlaw.com](http://www.cprlaw.com)

IMPORTANT CONFIDENTIALITY NOTICE

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. This message and attachments may contain privileged and confidential information. If you are not an intended recipient of this message, any use, distribution or copying is prohibited; please notify Cohen, Placitella & Roth, P.C. immediately at [(215) 567-3500](#) or by email reply; and permanently delete all copies. Any tax advice contained in this message and attachments may not be used for purposes of (i) avoiding penalties under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.