# EXHIBIT H

|            |                                                                                                                                                                                                                                                                                                                        |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:**  | Little, Brendan                                                                                                                                                                                                                                                                                                        |
| **To:**    | Farrell, Peter A.                                                                                                                                                                                                                                                                                                      |
| **Cc:**    | cplacitella@cprlaw.com; Harry M. Roth; Assaf, Eugene F.; Williams, Michael F.; Bress, Daniel A.; Justin Quinn; jvilla@wc.com; dblatt@wc.com; Geyerman, Grant (GGeyerman@wc.com); rryan@connellfoley.com; etunis@heroldlaw.com; kmarino@khmarino.com; jboyle@khmarino.com |
| **Subject:** | Re: Williams, et al. v. BASF Catalysts LLC, et al.                                                                                                                                                                                                                                                                   |
| **Date:**  | Wednesday, December 6, 2017 7:39:31 AM                                                                                                                                                                                                                                                                                 |

Peter, Gene,

I've confirmed there are no retention policy documents. Thanks.

Brendan

On Dec 5, 2017, at 8:20 PM, Farrell, Peter A. <pfarrell@kirkland.com> wrote:

> Mr. Little:
>
> Please see the attached letter.
>
> Regards,
>
> **Peter A. Farrell**
> ------------------------------------------------------------
> **KIRKLAND & ELLIS LLP**
> 655 Fifteenth Street, N.W., Washington, D.C. 20005
> **T** +1 202 879 5959  **F** +1 202 879 5200
> ------------------------------------------------------------
> peter.farrell@kirkland.com
>
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
>
> <2017.12.05 EFA Ltr to B. Little re Doc Retention Policies.pdf>