

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

December 20, 2017

**VIA ECF**

William T. Walsh
Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    **Re:**   *Kimberlee Williams, et al. v. BASF Catalysts LLC, et al.*
             **Civil Action No.:  11-01754 (JLL) (JAD)**

Dear Mr. Walsh:

    This Firm, along with Kirkland & Ellis LLP, represents BASF Catalysts LLC in the above-captioned matter.  In response to the Court's electronic notification of December 20, 2017, we enclose the Declarations of Eugene F. Assaf, P.C., which bear the ink signature of counsel.  *See* ECF Nos.  383-1 & 384-1.

    We thank the Court for its consideration of this submission.

                            Respectfully Submitted,

                             s/ Justin T. Quinn
                             Justin T. Quinn

cc:    All counsel of record (via ECF)