# APPENDIX A

**BASF'S RESPONSES TO PLAINTIFFS' REMAINING OBJECTIONS**
**February 21, 2018**

| No. | Testimony | Plaintiffs' Renewed Objection | BASF's Response |
|---|---|---|---|
| 1. | Q: And what was the nature of that communication?<br>MR. COREN: To the extent that it was a counsel meeting, I'm going to instruct her not to answer on the basis of attorney-client privilege.<br>Q: Did you speak to Mr. Bevan on Tuesday about the Williams case or something else?<br>A· I couldn't speak to what we spoke of because it's under attorney-client privilege.<br>Q: Did you discuss with Mr. Bevan your deposition today?<br>A: Again, anything we discussed would be attorney-client privilege.<br>Q: So you can't tell me whether you discussed preparation for your deposition with Mr. Bevan?<br>MR. COREN: She's just asserted her attorney-client privilege, Peter.  I don't understand the difference between the first and second question. | Attorney-Client Privilege | Plaintiffs have waived their privilege over conversations with Mr. Bevan. |
| 5. | Q: At that meeting with Mr. Bevan and Mr. Coren, was that when you first learned about the allegations that are in the Williams complaint?<br>MR. COREN: Objection.  Privilege.<br>A: That would be privileged information.  I'm choosing not to answer. | Attorney-Client Privilege | Plaintiffs have waived their privilege over conversations with Mr. Bevan. |

| 9. | Q: Do you know of any [of your attorneys] who has [researched other cases or complaints that have been filed against BASF or Engelhard in the past]?<br>MR. COREN: Objection. Now you're getting back -- once again, it's work product. Now you're getting into attorney-client communication. So I'm instructing her not to answer. | Attorney-Client Privilege | Plaintiffs have waived their privilege over conversations with Mr. Bevan. |
|---|---|---|---|
| 22. | Q: Did the Cohen Placitella firm ask you for a copy of the Bevan firm's opposition to BASF's Motion for Summary Judgment?<br>MR. COREN: Objection. Don't answer. Privilege. | Attorney-Client Privilege | Plaintiffs have waived their privilege over conversations with the Bevan Firm. Moreover, the status of documents in plaintiffs' possession is not privileged. |