|  |  |
|---|---|
| **KIMBERLEE WILLIAMS, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BASF CATALYSTS LLC, et al.,**<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 11-cv-1754 (JLL) (JAD)<br>CIVIL ACTION<br><br>**NOTICE OF EMERGENT MOTION TO STAY THE IMPLEMENTATION OF THE SCIENCE DAY ORDER (CM/ECF # 485)**<br><br>ELECTRONICALLY FILED |

**PLEASE TAKE NOTICE** that on a time and date to be determined by the Court, or as soon thereafter as counsel may be heard, the undersigned attorneys for Representative Plaintiffs and the Proposed Class ("Plaintiffs"), shall move before the Honorable Jose L. Linares, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order staying the implementation of the Science Day Order (CM/ECF # 485).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Plaintiffs will rely on its Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

Date: April 30, 2018    Respectfully Submitted,

/s/ *Christopher M. Placitella*

| | |
|---|---|
| Jeffrey M. Pollock, Esq. | Christopher M. Placitella, Esq. |
| Princeton Pike Corporate Center | Michael Coren, Esq. |
| 997 Lenox Drive, Building 3 | Jared M. Placitella, Esq. |
| Lawrenceville, NJ 08648 | Eric S. Pasternack, Esq. |
| (Tel): (609) 896-3600 | Cohen, Placitella & Roth, P.C. |
| (Fax): (609) 896-1469 | 127 Maple Ave. |
| | Red Bank, NJ 07701 |
| | (Tel.): (732) 747-9003 |
| | (Fax): (732) 747-9004 |