# EXHIBIT K



## walter c. mccrone associates, inc.

CONSULTING: ULTRAMICROANALYSIS • MICROSCOPY • SMALL PARTICLE PROBLEMS • SOLID-STATE CHEMISTRY

7 December 1973

Mr. Emil J. Triglia
Group Leader, Analytical and Physical
 Measurements
Englehard Minerals and Chemicals Div.
Menlo Park
Edison, New Jersey 08817

Dear Mr. Triglia:

This letter report confirms the analytical results on your two talc samples, which were telephoned to you earlier by Ian Stewart. The samples are labeled "EMTAL 42, E-149-73A" and "EMTAL 500, E-149-73B".

As you requested, we analyzed the two samples in accordance with the index of refraction method detailed in the Federal Register for 28 September 1973, pp 27079-80. We found no asbestos fibers in either sample. We noted in passing that the A sample (EMTAL 42) contained a number of calcite particles.

If you have any questions about this work please do not hesitate to contact me.

Sincerely yours,

Lucy B. McCrone
Senior Research Scientist

LBM:nkn
Ref:MA3660

2820 SOUTH MICHIGAN AVENUE • CHICAGO, ILLINOIS 60616 • 312-942-7100 • CABLE: CHEMICRONE

VOLK

BASF 00044

BASF_WILLIAMS000072017