# EXHIBIT S

**From:** Justin Quinn <JQuinn@rwmlegal.com>
**Sent:** Tuesday, May 1, 2018 9:34 AM
**To:** Rivera-Soto, Roberto A. <RiveraSotoR@ballardspahr.com>
**Cc:** cplacitella@cprlaw.com; HRoth@cprlaw.com; mcoren@cprlaw.com; rpratter@cprlaw.com; jmplacitella@cprlaw.com; Eric S. Pasternack (epasternack@cprlaw.com) <epasternack@cprlaw.com>; Assaf, Eugene F. <eassaf@kirkland.com>; Williams, Michael F. <mwilliams@kirkland.com>; Bress, Daniel A. <dbress@kirkland.com>; Farrell, Peter A. <pfarrell@kirkland.com>; Dalmut, Elizabeth <elizabeth.dalmut@kirkland.com>; Anguas, Ronald K. <ronald.anguas@kirkland.com>; gussackn@pepperlaw.com; boiseb@pepperlaw.com; *hickokr@pepperlaw.com <hickokr@pepperlaw.com>; stioa@pepperlaw.com; etunis@heroldlaw.com; kmarino@khmarino.com; jboyle@khmarino.com; Reiley, William <ReileyW@ballardspahr.com>; Robert J. Donaher <rdonaher@heroldlaw.com>
**Subject:** Williams, et al. v. BASF Catalysts LLC, et al., Case No. 11-1754 (JLL) (JAD)

Dear Justice Rivera-Soto,

With respect to plaintiffs' motion to compel certain documents that plaintiffs claim are not privileged, ECF No. 477, BASF respectfully requests oral argument on the motion. Because it will be necessary for BASF to discuss privileged information, at least part of this oral argument would need to take place *in camera* and *ex parte*.

Respectfully submitted,

Justin Quinn

Justin T. Quinn, Esq.
ROBINSON MILLER LLC
One Newark Center, 19th Floor
Newark, NJ 07102
e-mail: jquinn@rwmlegal.com
telephone: 973-690-5400
facsimile: 973-466-2760
website: www.rwmlegal.com



CONFIDENTIALITY NOTICE: This e-mail contains confidential and legally privileged information which is intended only for the use of the recipient(s) named above. If you receive this e-mail in error, please notify us immediately by reply e-mail and delete this message.