LAW OFFICES

# COHEN, PLACITELLA & ROTH

A PENNSYLVANIA PROFESSIONAL CORPORATION

127 MAPLE AVENUE
RED BANK, NEW JERSEY 07701

(732) 747-9003
FAX (732) 747-9004
www.cprlaw.com

PHILADELPHIA, PA
LEMOYNE, PA
BALA CYNWYD, PA
PITTSBURGH, PA
CHERRY HILL, NJ

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

June 13, 2018

**VIA ECF**
The Honorable Justice Roberto A. Rivera-Soto (ret.)
Special Discovery Master
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1163

RE: *Kimberlee Williams, et al. v. BASF Catalysts LLC, et al.*
 **Civil Action No. 11-cv-01754 (JLL) (JAD)**

Dear Justice Rivera-Soto:

In light of the information provided in the response submitted by BASF (ECF No. 539), Plaintiffs hereby withdraw their motion to compel (ECF No. 530) filed on May 21, 2018.

Respectfully Submitted,

**COHEN, PLACITELLA & ROTH, P.C.**

/s/ *Christopher M. Placitella*
Christopher M. Placitella, Esq.
(NJ Atty #: 027781981)
Michael Coren, Esq.
(NJ Atty #: 024871979)
Jared M. Placitella, Esq.
(NJ Atty #: 068272013)

Justice Roberto A. Rivera-Soto (ret.)
June 13, 2018
Page 2

                        Eric S. Pasternack, Esq.
                        (NJ Atty #: 015132011)
                        127 Maple Avenue
                        Red Bank, NJ 07701
                        (732) 747-9003

                        **FOX ROTHSCHILD LLP**

                         Jeffrey M. Pollock, Esq.
                        (NJ Atty #: 015751987)
                        Princeton Pike Corp. Center
                        997 Lennox Drive,
                        Building 3
                        Lawrenceville, NJ 08648
                        (609) 896-7660

                *Attorneys for Plaintiffs and the Putative Class*