| | |
|---|---|
| **KIMBERLEE WILLIAMS, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**BASF CATALYSTS LLC, et al.,**<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 11-cv-1754 (JLL) (JAD) CIVIL ACTION<br><br>**NOTICE OF APPEAL OF THE COST-SHIFTING ORDER (CM/ECF # 534) AND THE "SUPERSEDING ORDER" (CM/ECF # 565)**<br><br>ELECTRONICALLY FILED |

**PLEASE TAKE NOTICE** that on August 6, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Representative Plaintiffs and the Proposed Class ("Plaintiffs"), shall move before the Honorable Jose L. Linares, United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order reversing and vacating CM/ECF # 534 to the extent it mandates cost-shifting and the "Superseding Order" at CM/ECF # 565.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Plaintiffs will rely on its Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

Date:  June 25, 2018                         Respectfully Submitted,

                                                                 /s/ *Christopher M. Placitella*
Christopher M. Placitella, Esq.
Michael Coren, Esq.
Jared M. Placitella, Esq.
Eric S. Pasternack, Esq.
Cohen, Placitella & Roth, P.C.
127 Maple Ave.
Red Bank, NJ 07701
(Tel.): (732) 747-9003
(Fax): (732) 747-9004

Jeffrey M. Pollock, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
(Tel): (609) 896-3600
(Fax): (609) 896-1469