COHEN, PLACITELLA & ROTH, P.C.
Christopher M. Placitella, Esq. (027781981)
Michael Coren, Esq. (024871979)
Jared M. Placitella, Esq. (068272013)
Eric S. Pasternack, Esq. (015132011)
127 Maple Avenue
Red Bank, NJ  07701
(732) 747-9003

FOX ROTHSCHILD LLP
Jeffrey M. Pollock, Esq. (015751987)
997 Lenox Drive, Building 3
Princeton Pike Corporate Ctr.
Lawrenceville, NJ 08648
(609) 896-3600
**Attorneys for Plaintiffs**

| | |
|---|---|
| KIMBERLEE WILLIAMS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BASF CATALYSTS LLC, et al.,<br><br>　　　　　　　　　Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 11-1754<br>CIVIL ACTION<br><br>**CERTIFICATION OF COUNSEL** |

CHRISTOPHER M. PLACITELLA, of full age, hereby certifies as follows:

1. I am an attorney at law in the State of New Jersey and a shareholder with the law firm of Cohen, Placitella, and Roth, P.C.

2. I am familiar with the facts and circumstances of the within action.

3. Attached as Exhibit 1 is a true and correct copy of CM/ECF # 534.

1

4. Attached as Exhibit 2 is a true and correct copy of Notice of Appeal of the Cost-Shifting Order (CM/ECF #534).

5. Attached as Exhibit 3 is a true and correct copy of Superseding Order from Special Master ECF Nos. 516 and 534 (CM/ECF # 565).

6. Attached as Exhibit 4 is a true and correct copy of Plaintiffs' Third Set of Interrogatories and Fifth Set of Document Requests Addressed to Defendant BASF Catalysts, LLC.

7. Attached as Exhibit 5 is a true and correct copy of BASF Responses and Objections to Plaintiffs' Third Set of Interrogatories and 5th Set of Request for Production of Documents.

8. Attached as Exhibit 6 is a true and correct copy of Plaintiffs Motion to Compel answers to interrogatories and request for production of documents.

9. Attached as Exhibit 7 is a true and correct copy of BASF's opposition to Plaintiffs' Motion to Compel.

10. Attached as Exhibit 8 is a true and correct copy of Declaration of Kevin Wood (CM/ECF # 529-14).

11. Attached as Exhibit 9 is a true and correct copy of CM/ECF # 533.

12. Attached as Exhibit 10 is a true and correct copy of Order from Special Master CM/ECF # 362.

13. Attached as Exhibit 11 is a true and correct copy of the transcript of the October 26, 2017 hearing.

14. Attached as Exhibit 12 is a true and correct copy of the transcript of the May 14, 2018 deposition of Arthur Dornbusch, Esq.

15. Attached as Exhibit 13 is a true and correct copy of the transcript of the April 24, 2018 deposition of Michael Hassett.

16. Attached as Exhibit 14 is a true and correct copy of the transcript of the May 6, 2018 deposition of Daniel Steinmetz.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

                COHEN, PLACITELLA & ROTH, P.C.
                Attorneys for Plaintiffs

                By:   /s/ *Christopher M. Placitella*
                        Christopher M. Placitella, Esq.
                        127 Maple Avenue
                        Red Bank, NJ 07701
                        732-747-9003

Dated: June 25, 2018