# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KIMBERLEE WILLIAMS**, et al., | HONORABLE JOSE L. LINARES |
| Plaintiffs, | CIVIL ACTION NO. 11-1754 (JLL) (JAD) |
| vs. | **CERTIFICATE OF SERVICE** |
| **BASF CATALYSTS, LLC**, et al., | |
| Defendants. | |

I hereby certify a true and accurate copy of the foregoing attached Motion to Appeal being served on all counsel for the parties of record listed below on this 25th day of June 2018 date via electronic delivery only.

Eugene F. Assaf, P.C.
Kirkland & Ellis, LLP
655 15th St., N.W.
Washington, D.C. 20005
eassaf@kirkland.com

Peter A. Farrell, Esq.
Kirkland & Ellis, LLP
655 15th St., N.W.
Facsimile: (202) 879-5200
pfarrell@kirkland.com

Justin T. Quinn, Esq.
Robinson Miller LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
jquinn@rwmlegal.com
*Attorneys for Defendant, BASF Catalysts, LLC*

Kevin H. Marino, Esq.
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928
kmarino@khmarino.com

John A. Boyle, Esq.
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928
jboyle@khmarino.com
*Attorneys for Defendant Arthur Dornbusch*

Eric Tunis, Esq.
Herold Law, P.A.
25 Independence Boulevard
Warren, New Jersey 07059
etunis@heroldlaw.com
*Attorneys for Defendant Thomas Halkett*

Barry H. Boise, Esquire
Anthony Vale, Esquire
Nina M. Gussack, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
boiseb@pepperlaw.com
valea@pepperlaw.com
gussackn@pepperlaw.com

Angelo A. Stio, III, Esquire
Pepper Hamilton LLP
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543
stioa@pepperlaw.com

Jessica S. Russell, Esquire
Pepper Hamilton LLP
333 Twin Dolphin Drive, Suite 400
Redwood City, CA 94065
russellj@pepperlaw.com
*Attorneys for Cahill Defendants*

        COHEN PLACITELLA & ROTH PC

        */s/ CHRISTOPHER M. PLACITELLA*
        _____
        CHRISTOPHER M. PLACITELLA
        Attorneys for Plaintiffs