**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KIMBERLEE WILLIAMS, *et al.*, | Civil Action No. 11-1754 (JLL) |
| Plaintiffs, | |
| v. | **ORDER** |
| BASF CATALYSTS, LLC, *et al.*, | |
| Defendants. | |

IT APPEARING THAT:

1. The Court believes that, at this juncture in the proceedings, the parties would benefit from a short stay of this matter so that the parties can continue settlement discussions with the Honorable Joseph A. Dickson, U.S.M.J.

IT IS THEREFORE on this 26th day of June, 2018,

**ORDERED** that this action is hereby STAYED; and it is further

**ORDERED** that the parties shall appear before Judge Dickson on July 27, 2018 at 9:30 AM for a settlement conference; and it is further

**ORDERED** that all parties shall appear with representatives with actual settlement authority; and it is further

**ORDERED** that any and all insurance carriers shall also be present at the settlement conference and attend with actual settlement authority; and it is further

**ORDERED** that any and all pending Appeals from Special Master Roberto A. Rivera-Soto's Orders (ECF Nos. 506, 600-601) are hereby ADMINISTRATIVELY TERMINATED; and it is further

**ORDERED** that the parties are advised that the termination of these appeals is not an adjudication on the merits; and it is further

**ORDERED** that the parties are to submit a joint status update letter after the settlement conference has taken place; and it is further

**ORDERED** that the parties may re-file their respective Appeals should the settlement conference be unsuccessful.

**SO ORDERED.**

                                                                     _____
                                                                     JOSE L. LINARES
                                                                     Chief Judge, United States District Court