



McCARTER & ENGLISH
ATTORNEYS AT LAW

May 22, 2019

VIA ECF

Hon. Esther Salas, U.S.D.J.
United States District Court
  District of New Jersey
MLK Jr. Federal Building & US Courthouse
50 Walnut St., Room 5076
Newark, New Jersey 07102

**David R. Kott**
Partner
T. 973-639-2056
F. 973-624-7070
dkott@mccarter.com

Re: Williams v. BASF Catalysts, LLC, et al.
    Civil Action No. 2:11-cv-01754-ES-JAD

Dear Judge Salas:

As you may know, Retired Chief Judge Jose L. Linares, who at one time presided over this matter, as of May 22, 2019, has become a member of our firm. Pursuant to RPC 1.12(b), Judge Linares has been screened from any participation in this matter and will not be apportioned any part of the fee therefrom. Also in accordance with RPC 1.12(b), we give you this notice to enable you and counsel, if you wish, to ascertain compliance with the provisions of the rule.

Please contact me if you have any questions.

Respectfully,

David R. Kott

cc:  All Counsel of Record (via ECF)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 30465952v.1