Exhibit Z

1      IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF NEW JERSEY

3  - - - - - - - - - - - - - - - -x

4  KIMBERLEE WILLIAMS, et al.,   :

5              Plaintiffs,  :  Case No.

6      v.              :  11-cv-01754

7  BASF CATALYSTS, LLC,        :

8              Defendants. :

9  - - - - - - - - - - - - - - - -x

10

11

12       DEPOSITION OF SHEILA ELAINE WARE

13              Washington, D.C.

14           Tuesday, April 17, 2018

15                10:00 a.m.

16

17

18

19

20

21

22

23  Job No.: NY-172102

24  Pages 1 - 76

25  Reported By:  Joan V. Cain

SHEILA E. WARE - 04/17/2018                    Pages 2..5

Page 2

1      Deposition of SHEILA ELAINE WARE, held at the
2    law offices of:
3
4           KIRKLAND & ELLIS, LLP
5           655 Fifteenth Street, Northwest
6           Washington, D.C.  20005
7           (202) 879-5000
8
9           Pursuant to Notice, before Joan V. Cain,
10   Court Reporter and Notary Public in and for the
11   District of Columbia.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1              A P P E A R A N C E S
2
3    ON BEHALF OF PLAINTIFFS:
4       ERIC S. PASTERNACK, ESQUIRE
5       Cohen, Placitella & Roth, P.C.
6       Two Commerce Square
7       2001 Market Street, Suite 2900
8       Philadelphia, PA 19103
9       Telephone:  (215) 567-3500
10      E-mail: epasternack@cprlaw.com
11   AND
12      WILLIAM L. KUZMIN, ESQUIRE
13      COHEN, PLACITELLA & ROTH, P.C.
14      127 Maple Avenue
15      Red Bank, New Jersey 07701
16      Telephone:  (732) 747-9003
17      E-mail: wkuzmin@cprlaw.com
18
19
20
21
22
23
24
25

Page 4

1          A P P E A R A N C E S   C O N T I N U E D
2
3    ON BEHALF OF DEFENDANT BASF CATALYSTS, LLC:
4       EUGENE F. ASSAF, P.C.
5       PETER A. FARRELL, ESQUIRE
6       RONALD K. ANGUAS, JR., ESQUIRE
7       KIRKLAND & ELLIS, LLP
8       655 Fifteenth Street, Northwest
9       Washington, D.C. 20005
10      Telephone:  (202) 879-5959
11      E-mail: eugene.assaf@kirkland.com
12             peter.farrell@kirkland.com
13             ronald.anguas@kirkland.com
14
15   ON BEHALF OF DEFENDANT CAHILL, GORDON
16   & REINDEL, LLP:
17      MICHAEL S. DePRINCE, ESQUIRE
18      PEPPER HAMILTON, LLP
19      3000 Two Logan Square
20      Eighteenth and Arch Streets
21      Philadelphia, Pennsylvania 19103-2799
22      Telephone:  (215) 981-4000
23      E-mail:  deprincem@pepperlaw.com
24
25

Page 5

1          A P P E A R A N C E S   C O N T I N U E D
2
3    ON BEHALF OF DEFENDANT THOMAS D.
4    HALKET (VIA TELEPHONE):
5       ERIC TUNIS, ESQUIRE
6       HEROLD LAW, P.A.
7       25 Independence Boulevard
8       Warren, New Jersey 07059
9       Telephone:  (908) 647-1022
10      E-mail:  etunis@heroldlaw.com
11
12   ON BEHALF OF DEFENDANT ARTHUR
13   DORNBUSCH (VIA TELEPHONE):
14      JOHN A. BOYLE, ESQUIRE
15      MARINO, TORTORELLA & BOYLE, P.C.
16      437 Southern Boulevard
17      Chatham, New Jersey 07928
18      Telephone:  (973) 824-9300
19      E-mail:  jboyle@khmarino.com
20
21
22
23
24
25

Page 6

```
1            C O N T E N T S
2
3  EXAMINATION OF SHEILA ELAINE WARE         PAGE
4    By Mr. Assaf                  9, 71
5    By Mr. Kuzmin                 68
6
7            E X H I B I T S
8      (Attached to the Transcript.)
9  DEFENDANTS' DEPOSITION EXHIBITS           PAGE
10   EXHIBIT 146  Master Consolidated     12
11      Complaint with Service of
12      Process Transmittal Form
13      Attached, 8/5/02
14   EXHIBIT 147  Notice of Voluntary     38
15      Dismissal of Defendant
16      Engelhard Corporation
17   EXHIBIT 148  Notice of Voluntary     42
18      Dismissal of Defendant The
19      Harshaw Chemical Company
20   EXHIBIT 149  Transcript of the Deposition  52
21      of Donna Ware, 2/4/04
22   EXHIBIT 150  Affidavit of Donna Ware,   55
23      4/15/11
24   EXHIBIT 151  Report of Dr. Parmar,    59
25      3/17/03
```

Page 7

```
1     E X H I B I T S  C O N T I N U E D
2      (Attached to the Transcript.)
3  DEFENDANTS' DEPOSITION EXHIBITS           PAGE
4    EXHIBIT 152  Letter from Mr. Placitella   62
5       to Mr. Farrell, 4/16/08
6    EXHIBIT 153  List of Ware Settlements    62
7    EXHIBIT 154  Memo from Mr. Austern,     59
8       President CRMC, 9/12/05
9    EXHIBIT 156  Defendant C.P. Hall      48
10      Company's Responses to
11      Plaintiffs' Master Discovery
12      Requests to Defendants in
13      re:  Northern Ohio
14      Tireworker Asbestos
15      Litigation
16   EXHIBIT     Eastern Magnesia Talc List   48
17   156A    of Purchasers Listing Years
18      and Quantities
19   EXHIBIT 157  Defendants' Supplemental    46
20      Answers to Plaintiffs'
21      Master Discovery Requests in
22      re:  Northern Ohio
23      Tireworker Asbestos
24      Litigation
25
```

Page 8

```
1     E X H I B I T S  C O N T I N U E D
2  PREVIOUSLY MARKED EXHIBITS        REFERENCED
3  EXHIBIT 1     Second Amended Class Action   9
4       Complaint, Civil Action No.
5       11-cv-01754-SRC-MAS
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 9

```
1        SHEILA ELAINE WARE
2     P R O C E E D I N G S
3        SHEILA ELAINE WARE
4  having been duly sworn under penalties of perjury by
5  the Notary Public, was examined and did testify as
6  follows:
7     EXAMINATION BY COUNSEL FOR DEFENDANT
8     BASF CATALYSTS, LLC
9  BY MR. ASSAF:
10  Q  Good morning, Ms. Ware.
11  A  Good morning.
12  Q  Let me hand you what's been previously
13  marked as Defendants' Exhibit 1.  It's a copy of the
14  Second Amended Complaint in this case.
15     Do you recognize this?
16  A  Mm-hmm.
17  Q  Have you read this?
18  A  At least parts of it.
19  Q  What do you mean by at least parts of it?
20  A  I have seen this.  Yes, I have been through
21  this.
22  Q  Have you read the entire complaint,
23  Defendants' Exhibit 1?
24  A  Yes.
25  Q  And did you notice any inaccuracies in it,
```

SHEILA E. WARE - 04/17/2018          Pages 10..13

Page 10

1            SHEILA ELAINE WARE
2    that you know of?
3        A    Not unless this is the one that had my
4    husband's name wrong.  I'll get to that page.
5        No, I did not notice any inaccuracies.
6        Q    Okay.  When was the first time you read
7    this complaint?
8        A    It would have been after July this year.
9        Q    July of 2017?
10       A    Yeah.
11       Q    And why did you read the complaint?
12       A    It was sent to me, and I was just wondering
13   what – what was following – what I was filing on.
14       Q    Who sent it to you?
15       A    The lawyer in Pennsylvania, Jared.
16       Jared Placitella.
17       A    Okay.  From that office.
18       Q    By e-mail or –
19       A    Mail.
20       Q    By regular mail?
21       A    Mm-hmm.
22       Q    Do you have e-mail?
23       A    Mm-hmm.
24       Q    Okay.  Do you communicate with your lawyers
25   by e-mail?

Page 11

1            SHEILA ELAINE WARE
2        A    Yes.
3        Q    Have you communicated over the years with
4    Mr. Bevan by e-mail?
5        A    No.
6        MR. KUZMIN:  Object to form.
7    BY MR. ASSAF:
8        Q    Pardon me?
9        A    No.
10       Q    Could you turn to paragraph 28 of
11   Defendants' Exhibit 1?
12       MR. KUZMIN:  Page 26?
13       MR. ASSAF:  Page 26.
14       THE WITNESS:  Almost there.  Okay.
15   BY MR. ASSAF:
16       Q    The first part of paragraph 28 reads:  On
17   or about May 29th, 1997, Plaintiff Ware and her
18   deceased husband commenced an asbestos injury
19   lawsuit in the Court of Common Pleas, Cuyahoga
20   County, against BASF's predecessors, Eastern
21   Magnesia and Pita Realty, naming same as defendant
22   in accordance with the accepted asbestos practice in
23   that area in view of settlement programs that
24   potentially responsible product manufacturers or
25   suppliers were negotiating or had developed; said

Page 12

1            SHEILA ELAINE WARE
2    lawsuit captioned "Ralph Ware versus B.F. Goodrich
3    Company, et al., Case No. 02-475504."
4        Do you see that?
5        A    Mm-hmm.
6        Q    When did plaintiff – when did Ralph Ware
7    die?
8        A    December 1st, 2001.
9        Q    Okay.  In 1997, Mr. Ralph Ware was alive,
10   correct?
11       A    Yes.
12       Q    Do you know whether a lawsuit was filed on
13   behalf of Ralph Ware in 1997?
14       MR. KUZMIN:  Object to form.
15       You can answer.
16       THE WITNESS:  I have no knowledge.
17   BY MR. ASSAF:
18       Q    Let me show you – keep that out.  Let me
19   show you what I've premarked as Defendants' Exhibit
20   146.
21       (Defendants' Deposition Exhibit 146
22   was marked for identification.)
23   BY MR. ASSAF:
24       Q    Defendants' Exhibit 146 bears Bates Nos.
25   BASF_WILLIAMS33081.  Do you see this document?

Page 13

1            SHEILA ELAINE WARE
2        A    Yes.
3        Q    And at the bottom of page 1, there's a name
4    Ralph Ware –
5        A    Yes.
6        Q    441 Randolph Road.  And then if you turn
7    the page, it says versus Goodrich Corporation and
8    others.
9        Do you see that?
10       A    Yes.
11       Q    And this, if you turn to the back – is
12   there a date on this?
13       MR. ASSAF:  Off the record.
14       (Discussion off the record.)
15   BY MR. ASSAF:
16       Q    Ms. Ware, we'll get you a dated copy of
17   Defendants' Exhibit 146.  In the meantime, do you
18   know – do you have any idea what the number
19   02-475504 relates to on paragraph 28 of Defendants'
20   Exhibit 1?
21       MR. KUZMIN:  Right there (indicating).
22       THE WITNESS:  The lawsuit for asbestos.
23   BY MR. ASSAF:
24       Q    Okay.  And in 1997, was Ralph Ware ill in
25   any way?

SHEILA E. WARE - 04/17/2018        Pages 14..17

Page 14

1         SHEILA ELAINE WARE
2        MR. KUZMIN:  Object to form.
3        You can answer.
4        THE WITNESS:  Not that I'm aware of.
5    BY MR. ASSAF:
6    Q   All right.  He hadn't had -- he hadn't --
7    withdrawn.
8        As of May 29th, 1997, as far as you know,
9    Mr. Ralph Ware was not sick with any asbestos
10   disease?
11   A   As far as I know.
12   Q   And as of May 29th, 1997, he certainly
13   wasn't deceased, correct?
14   A   Correct.
15   Q   And as of May 29th, 1997, he had not, as
16   far as you know, brought an asbestos lawsuit against
17   any defendant?
18   A   Correct.
19       MR. KUZMIN:  Object to form.
20   BY MR. ASSAF:
21   Q   So when you read the complaint in this
22   case, and you saw the sentence on paragraph 28 that
23   said, on May 29th, 1997 Plaintiff Ware and her
24   deceased husband commenced an action, did you tell
25   anybody that was inaccurate?

Page 15

1         SHEILA ELAINE WARE
2    A   Did not.
3    Q   Do you now realize it is inaccurate?
4    A   Mm-hmm.  Yes.
5    Q   In preparations for your deposition, did
6    you notice that paragraph was inaccurate?
7    A   Did not.
8    Q   Now, for your -- withdrawn.
9        When did you learn that you were going to
10   be a class representative in this case?
11   A   Around July of 2017.
12   Q   How did you learn you would become a class
13   representative in this case?
14   A   Phone call.
15   Q   A phone call from whom?
16   A   From the lawyer.
17   Q   Which lawyer?
18   A   Jared Placitella's office called to see --
19   after my husband passed.
20   Q   Prior to the call from Mr. Placitella, had
21   you had any discussions about the Williams' class
22   action case?
23   A   None at all.
24   Q   Did you discuss it with your husband?
25   A   I did not.

Page 16

1         SHEILA ELAINE WARE
2    Q   Did you know that a case existed?
3    A   Yes.
4    Q   Other than knowing a case existed, you had
5    no knowledge of what was happening in the case or
6    what the case was about?
7    A   Did not, only that it was ongoing and he
8    was helping Aunt Donna, Donna Ware.
9    Q   Did you have any discussions with Donna
10   Ware about the Williams' class action case?
11   A   I did not.
12   Q   When Mr. Jared Placitella called you in
13   July of 2017, did you agree at that point to become
14   a class representative?
15   A   Yes.
16   Q   At that point, what was your understanding
17   of your obligations as a class representative?
18   A   That I would follow through a case that
19   Donna Ware had already started, that I would
20   possibly have to go to court at some point in time,
21   read some paperwork, and sign.
22   Q   And did you agree to do that?
23   A   Yes.
24   Q   From July of 2017 until today, how many
25   hours have you devoted to the case?

Page 17

1         SHEILA ELAINE WARE
2        MR. KUZMIN:  Object to form.
3        You can answer it.
4        THE WITNESS:  Eight hours.  I'm just
5    guessing.
6    BY MR. ASSAF:
7    Q   Could you tell me what you did in those
8    eight hours?
9    A   Spoke with lawyers over the phone.  As I
10   would get things like this (indicating), I would
11   read them, e-mail, fax -- gather whatever
12   information they asked for, if I could find it in my
13   possession, faxed, e-mailed.
14   Q   Anything else?
15   A   No.
16   Q   Did you talk to anybody besides your
17   lawyers about this case?
18   A   No.
19   Q   Have you ever talked to Mr. Bevan about
20   this case?
21   A   No.
22   Q   Do you know who Mr. Bevan is?
23   A   No.
24   Q   You don't know who he is?
25   A   I know he's a lawyer.  I know he's Aunt

SHEILA E. WARE - 04/17/2018      Pages 18..21

Page 18

SHEILA ELAINE WARE

1
2 Donna's lawyer in the asbestos case. I don't know
3 him.
4    Q   Okay. What role, if any, do you have in
5 directing this litigation?
6    MR. KUZMIN: Object to form.
7    You can answer it.
8    THE WITNESS: I'm a spokesperson for a
9 group of people.
10 BY MR. ASSAF:
11    Q   And what do you understand your role is as
12 a spokesperson?
13    A   To be honest. Tell what I know.
14    Q   Do you know anything about the underlying
15 facts in this lawsuit?
16    A   Only what I've been read or given to.
17    Q   So prior to reading the complaint, you had
18 no personal knowledge of any of the facts in this
19 lawsuit?
20    MR. KUZMIN: Object to form.
21    You can answer it.
22    THE WITNESS: No.
23 BY MR. ASSAF:
24    Q   Correct? Is that correct?
25    A   Correct.

Page 20

SHEILA ELAINE WARE

1
2    Q   Well, when you read the complaint, you
3 looked for the paragraphs in which "Ware" was
4 mentioned, right?
5    A   Yes.
6    Q   And he's not mentioned throughout the
7 entire complaint?
8    A   Correct.
9    Q   There's only a couple paragraphs where it
10 says Ralph Ware, correct?
11    A   Correct.
12    Q   And you read those paragraphs carefully,
13 correct?
14    A   Correct.
15    Q   What obligation, if any, do you have to
16 keep informed about the status of the litigation?
17    A   Obligation? I do have an obligation to
18 stay informed with this.
19    Q   Do you have any understanding of what the
20 theories of relief are in this case?
21    MR. KUZMIN: Object to form.
22    You can answer it.
23    THE WITNESS: Yes.
24 BY MR. ASSAF:
25    Q   And what are the theories of recovery?

Page 19

SHEILA ELAINE WARE

1
2    Q   And prior to reading the -- withdrawn.
3    Even after you read the complaint, the
4 facts that you did know, such as when Mr. Ware died,
5 you didn't correct those facts in the complaint,
6 fair?
7    MR. KUZMIN: Object to form.
8    You can answer it.
9    THE WITNESS: Fair.
10 BY MR. ASSAF:
11    Q   As a class representative, do you believe
12 that it's your duty to correct facts that you notice
13 are not true?
14    MR. KUZMIN: Object to form.
15    You can answer it.
16    THE WITNESS: Should, yes.
17 BY MR. ASSAF:
18    Q   And you did not correct --
19    A   Did not.
20    Q   -- the death of Mr. Ware, correct?
21    A   Did not.
22    MR. KUZMIN: Object to form.
23    You can answer.
24    THE WITNESS: Did not catch.
25 BY MR. ASSAF:

Page 21

SHEILA ELAINE WARE

1
2    A   I assume financial. I assume stoppage of
3 the making of a product that causes cancer.
4    Q   Is it your understanding of the facts, from
5 reading the complaint and serving as a class
6 representative, that the product here is still being
7 manufactured?
8    MR. KUZMIN: Object to form.
9    You can answer it.
10    THE WITNESS: Yes.
11 BY MR. ASSAF:
12    Q   And as a class representative, do you view
13 that product being manufactured today as dangerous
14 for people?
15    MR. KUZMIN: Object to form.
16    You can answer it.
17    THE WITNESS: Yes.
18 BY MR. ASSAF:
19    Q   And as a class representative, having
20 prepared for this deposition, and having followed
21 through on reading the lawsuit, do you believe that
22 one of your goals is to stop the sale of this
23 dangerous product?
24    MR. KUZMIN: Object to form.
25    You can answer it.

SHEILA E. WARE – 04/17/2018        Pages 22..25

Page 22

1         SHEILA ELAINE WARE
2    THE WITNESS:  Yes.
3 BY MR. ASSAF:
4    Q   What is the product at issue?
5    A   Asbestos fibers.
6    Q   Have you ever heard of talc?
7    A   Talc, yes, which is in asbestos, yes.  It's
8 a mineral.
9    Q   And do you have an understanding that the
10 defendants here were selling talc?
11    A   Yes.
12    Q   Were they selling asbestos?
13    MR. KUZMIN:  Object to form.
14    You can answer.
15    THE WITNESS:  It's one and the same.
16 BY MR. ASSAF:
17    Q   Talc is asbestos?
18    A   Right.
19    Q   How did you come to that understanding?
20    MR. KUZMIN:  I'm going to – before she
21 answers that, I'm just going to advise her that if
22 any knowledge came from discussion with counsel, it
23 would be subject to attorney-client privilege, and
24 you're not to answer it.  So if there's any
25 knowledge you have outside of that, then you can

Page 23

1         SHEILA ELAINE WARE
2 answer the question.  Otherwise, I'm advising you
3 not to answer.
4    THE WITNESS:  Okay.  I won't answer, under
5 advice of my counsel.
6 BY MR. ASSAF:
7    Q   Who's the driving force behind this
8 litigation, you or your lawyers?
9    MR. KUZMIN:  Object to form.
10    You can answer it.
11    THE WITNESS:  Both.
12 BY MR. ASSAF:
13    Q   Okay.  Could you tell me everything you've
14 done to direct this litigation?
15    A   Answered the questions, mailed, e-mailed
16 any documentation that I have in my possession
17 brought from Donna Ware's house to mine, as I moved
18 her in with me.
19    Q   So in that eight hours that you and I
20 discussed earlier –
21    A   Mm-hmm.
22    Q   – you've e-mailed, you've provided
23 documents, and you've shown up at this deposition to
24 answer questions?
25    A   Correct.

Page 24

1         SHEILA ELAINE WARE
2    Q   Other than those three things, what else
3 have you done?
4    A   Nothing.
5    Q   Do you have regular phone conferences with
6 your lawyers regarding the status of the case?
7    A   Only occasional.
8    Q   And do you, from those phone – withdrawn.
9    Are there other plaintiffs on those phone
10 conferences?
11    A   No.
12    Q   How long have they lasted?
13    A   The phone conferences?
14    Q   Yeah.
15    A   Hour to ten minutes.
16    Q   And is that to discuss – without telling
17 me what was said, were those conferences to discuss
18 legal strategy in the case?
19    A   No.
20    Q   Do you believe that you, as a class
21 representative, should direct the litigation?
22    A   Yes.
23    MR. KUZMIN:  Object to form.
24    You can answer it.
25    THE WITNESS:  Yes.

Page 25

1         SHEILA ELAINE WARE
2 BY MR. ASSAF:
3    Q   Okay.  And how have you done that?
4    A   By agreeing and being here, for one.
5    Q   Okay.  Aside from agreeing to be a class
6 representative and showing up for a deposition, how
7 else have you directed the litigation?
8    A   By reading things they've sent me, signing,
9 and returning.
10    Q   Apart from reading the complaint, returning
11 and signing materials that they've asked you to
12 sign, and showing up for your deposition, what else
13 have you done to direct the litigation?
14    A   Nothing.
15    Q   Have you ever, without revealing what was
16 said, told your lawyers that you disagree with
17 something that's happening in the litigation?
18    A   No, I have not.
19    Q   Have you ever, in words or in substance,
20 told your lawyers what you would like seen done in
21 the litigation?
22    A   Correction of a –
23    MR. KUZMIN:  Well, again, answer the
24 question that's being asked, not the substance, as
25 directed by counsel's question.

SHEILA E. WARE - 04/17/2018          Pages 26..29

Page 26

1          SHEILA ELAINE WARE
2      THE WITNESS: Okay.  Ask your question
3  again, please?
4  BY MR. ASSAF:
5      Q   Sure.  Have you ever directed your counsel
6  to do something in the litigation that had not been
7  done?
8      A   I have not, no.
9      Q   Is it fair to say that you were, in that
10  first call with Mr. Jared Placitella, recruited by
11  counsel to be a class representative?
12      MR. KUZMIN:  Object to form.
13      THE WITNESS:  Handed down, yes.
14  BY MR. ASSAF:
15      Q   Fair to say you were recruited?
16      A   Fair to say, yes.  Yes.
17      MR. KUZMIN:  Object to form.
18  BY MR. ASSAF:
19      Q   In terms of the conduct of the litigation,
20  is it fair to say that you defer to your lawyers'
21  judgments?
22      A   Absolutely.
23      Q   Why do you say absolutely?
24      A   Because where I come in on this, this has
25  been going on for so many years.  I'm coming in

Page 27

1          SHEILA ELAINE WARE
2  toward the end of this.  It's already been
3  established.  They have the knowledge and the
4  information that I -- wisdom that I don't on this.
5      Q   Is it your understanding that the lawyers
6  understand the underlying facts of the complaint?
7      A   Yes.
8      Q   And you don't have any personal knowledge
9  of the underlying facts of the complaint?
10      MR. KUZMIN:  Object to form.
11      You can answer it.
12      THE WITNESS:  Knowledge of the complaint of
13  hiding evidence of asbestos in talc?
14  BY MR. ASSAF:
15      Q   (Nodding.)
16      A   I know that from reading correspondence.
17      Q   Okay.  You know that from reading the
18  complaint.
19      A   Mm-hmm.
20      Q   You don't have any personal knowledge of
21  it?
22      A   No, I do not.
23      Q   So because your lawyers know the facts,
24  that's one of the reasons why you defer to counsel
25  on these litigation matters --

Page 28

1          SHEILA ELAINE WARE
2      MR. KUZMIN:  Object to form.
3  BY MR. ASSAF:
4      Q   -- correct?
5      A   Yes.
6      Q   And so you were recruited by
7  Mr. Placitella, and you feel that it would be
8  appropriate, given Mr. Placitella and other
9  counsel's knowledge of the facts, to defer to them
10  in the litigation matters?
11      A   Yes.
12      MR. KUZMIN:  Object to form.
13      THE WITNESS:  Yes.
14  BY MR. ASSAF:
15      Q   Do you view your role as a class
16  representative as supervising your counsel?
17      MR. KUZMIN:  Object to form.
18      You can answer it.
19  BY MR. ASSAF:
20      Q   Or do you just defer to them?
21      A   Supervising.
22      Q   Okay.  And what have you done in terms of
23  supervising counsel?
24      A   Read the complaints.  I've not seen
25  anything to correct as -- thus far.

Page 29

1          SHEILA ELAINE WARE
2      Q   Well, except for the death of Mr. Ware?
3      A   That, yes.
4      MR. KUZMIN:  Object to form.
5  BY MR. ASSAF:
6      Q   And you didn't correct that?
7      A   Did not.
8      Q   So other than reading the complaint to
9  correct any inaccuracies, what else have you done to
10  supervise the plaintiffs' counsel in this case?
11      A   Just reading what they had sent.
12      Q   Apart from reading the complaint and
13  reading what plaintiffs' counsel sent you to read,
14  what have you done to supervise them, if anything?
15      A   Nothing.
16      Q   Do you have any understanding of whether
17  there was a mediation in this case?
18      A   I understand through my counsel that, yes,
19  there has been mediation for years.
20      Q   For years?
21      A   Mm-hmm.
22      Q   When did you first learn of the mediation?
23      A   I don't know a year.  I can't answer that
24  exact.  My husband was -- Aunt Donna talked to my
25  husband five years ago.  I'm not sure.

SHEILA E. WARE – 04/17/2018        Pages 30..33

Page 30

```
1           SHEILA ELAINE WARE
2    Q   What's your understanding of a mediation?
3    A   That you have a medium person working for
4  both sides of counsel.
5    Q   Do you understand there were settlement
6  discussions between the parties?
7      MR. KUZMIN:  Object to form.
8      You can answer it.
9      THE WITNESS:  Yes.
10 BY MR. ASSAF:
11   Q   When did you hear about the settlement
12 discussions?
13   A   After Aunt Donna died.
14   Q   And when did Aunt Donna die?
15   A   January 7th, 2016, early January.
16   Q   Early January of 2016?
17   A   '17.
18   Q   '17.
19   A   '17.
20   Q   Okay.  So after – after January of 2017
21 was the first time you heard of settlement
22 discussions in this case?
23   A   Well, my husband had talked to her; I had
24 not.
25   Q   Okay.  You heard from your husband about
```

Page 31

```
1           SHEILA ELAINE WARE
2  the settlement?
3    A   Yes.
4    Q   Okay.  In talking to your husband, did you
5  have an understanding that there was a settlement
6  offer in this case?
7      MR. KUZMIN:  Object to form.
8      You can answer it.
9      THE WITNESS:  No.
10 BY MR. ASSAF:
11   Q   Did you understand from your husband that
12 there was a financial proposal to resolve this case?
13     MR. KUZMIN:  Object to form.
14     You can answer it.
15     THE WITNESS:  A possible one, yes.
16 BY MR. ASSAF:
17   Q   And as a class representative, did you
18 support trying to settle this case?
19   A   Yes.
20   Q   When did you – without telling me what was
21 said, when did you have those discussions with your
22 lawyers regarding the mediation or settlement in
23 this case?
24   A   In the last six months.
25   Q   Okay.  In the last six months was the first
```

Page 32

```
1  time that you had knowledge – withdrawn.
2      In the last six months was the first time
3  you had discussions with your lawyers regarding
4  settlement in this case?
5    A   Sometime since July, yes.
6    Q   Since July of 2017?
7    A   Yeah.
8    Q   Since July of 2017 until today, in that
9  six-month time frame was the first time you had
10 discussions regarding settlement in this case, fair?
11     MR. KUZMIN:  Object to form.
12     You can answer it.
13     THE WITNESS:  Yes.
14 BY MR. ASSAF:
15   Q   In terms of – as a class representative,
16 how do you protect the interests of other class
17 representatives?
18   A   How do I protect what?
19   Q   The interests of other class members.
20   A   By representing them as a whole on the
21 common task at hand, I guess.
22   Q   And what do you think the task at hand is?
23   A   To represent the fraudulent fact that cases
24 have been won that there was asbestos talc in a case
```

Page 33

```
1           SHEILA ELAINE WARE
2  that was hidden.
3    Q   We spoke previously about the fact that you
4  believe that the talc at issue is still being
5  manufactured and sold.
6      Do you remember that discussion?
7    A   Mm-hmm.
8    Q   How do you think, as a class
9  representative, you can protect other class members,
10 in terms of stopping the sale of the Engelhard talc
11 today?
12     MR. KUZMIN:  Object to form.
13     You can answer it.
14     THE WITNESS:  If proven that it does, that
15 they can maybe correct the damaging elements that's
16 causing issues.
17     MR. ASSAF:  Off the record.
18       (Recessed at 10:30 a.m.)
19       (Reconvened at 10:31 a.m.)
20 BY MR. ASSAF:
21   Q   We've now substituted a dated Defendants'
22 Exhibit 146.  And for the record, I'll put the Bates
23 numbers on.  It bears Bates Nos. BASF_WILLIAMS33079
24 consecutive to 33115.  Okay.  I see where
25 Defendants' Exhibit 1, paragraph 28 is still open in
```

SHEILA E. WARE – 04/17/2018          Pages 34..37

Page 34

SHEILA ELAINE WARE

1
2  front of you, Ms. Ware, so I'd like you -- no, keep
3  it open, please.
4        And I'd like to direct your attention to
5  paragraph 28, which says:  On or about May 29th,
6  1997, Plaintiff Ware and her deceased husband
7  commenced an asbestos lawsuit -- asbestos injury
8  lawsuit in the Court of Common Pleas, Cuyahoga
9  County, and it continues down to 02-475504.
10        Do you see that?
11  A  Yes.
12  Q  Okay.  And now I'm showing you a copy of an
13  asbestos lawsuit dated August 5th, 2002, from the
14  Bevan firm, against various companies, including
15  B.F. Goodrich and Engelhard.
16        Do you see this?
17  A  Yes.
18  Q  Fair to say that the complaint, the class
19  action complaint paragraph 28, is inaccurate in
20  terms of when a lawsuit was filed?
21        MR. KUZMIN:  Object to form.
22        You can answer it.
23        THE WITNESS:  Correct.
24  BY MR. ASSAF:
25  Q  And it's also inaccurate in terms of --

Page 35

SHEILA ELAINE WARE

1
2  withdrawn.
3        There are six plaintiffs, six class
4  representatives in this case, correct?
5  A  Correct.
6  Q  And at least with respect to one of them,
7  Mr. Ralph Ware, the complaint got it wrong in terms
8  of when he passed away, correct?
9  A  Correct.
10        MR. KUZMIN:  Object to form.
11        THE WITNESS:  Correct.
12        MR. ASSAF:  What's wrong with that
13  question?
14        MR. KUZMIN:  Because I think that it
15  mischaracterizes her previous testimony as to when
16  he passed away.  I think she already testified the
17  date he passed away is accurate.  I think she had
18  previously testified -- if you go to paragraph 26,
19  the date he passed away, as reflected in this
20  complaint, is accurate.
21        MR. ASSAF:  Well, it says on May 29th,
22  1997, Plaintiff Ware and her deceased husband
23  commenced an action.
24  BY MR. ASSAF:
25  Q  He wasn't deceased in 1997, was he?

Page 36

SHEILA ELAINE WARE

1
2  A  Was not.
3  Q  So at least the fact that the complaint
4  refers to him being deceased in 1997 is inaccurate,
5  correct?
6        MR. KUZMIN:  Object to form.  Complaint
7  speaks for itself.
8        You can answer it.
9        THE WITNESS:  Type error, yes.
10  BY MR. ASSAF:
11  Q  Yes, it's a type of error.
12  A  Mm-hmm.
13  Q  Okay.  So now the complaint I've shown --
14  I've put in front of you, Defendants' Exhibit 146,
15  which is the Ralph Ware complaint in Cuyahoga County
16  against a number of defendants, do you see this?
17  A  Yes.
18  Q  Other than Engelhard, do you know whether
19  Mr. Ware sued any other talc defendants?
20  A  I'm not aware.  I have no knowledge.
21  Q  And, in fact, is it fair to say that, if
22  you looked through the complaint that Mr. Bevan
23  filed on behalf of Mr. Ware, there's not even a
24  mention of the word "talc"?
25        MR. KUZMIN:  Just for the record, I'll

Page 37

SHEILA ELAINE WARE

1
2  object to form.  The complaint speaks for itself.
3  You can answer it, after you've had a chance --
4  BY MR. ASSAF:
5  Q  Oh, sorry.  Sorry.  Paragraph 7 there is
6  talc.  Sorry.  If you turn your attention to
7  paragraph 7, it says:  Plaintiffs used, handled, or
8  otherwise exposed to asbestos and asbestos products,
9  talc, and talc products as referenced here and
10  above.
11        Do you see that?
12  A  Yes.
13  Q  Do you know what talc products Mr. Ware was
14  exposed to?
15  A  Whatever they use in Goodyear for making
16  parts for Goodyear blimp parts.
17  Q  As a class representative -- withdrawn.
18        You and I discussed earlier about stopping
19  the sale of talc going forward, correct?
20  A  Correct.
21  Q  If you came to learn that Mr. Ware was
22  actually never exposed to Engelhard talc, as a class
23  representative, would you still pursue this case?
24        MR. KUZMIN:  Object to form.
25        You can answer it.

SHEILA E. WARE - 04/17/2018        Pages 38..41

Page 38

1        SHEILA ELAINE WARE
2      THE WITNESS:  No.
3 BY MR. ASSAF:
4    Q   Why not?
5    A   It speaks for itself, yeah.
6    Q   Yeah.  If my client's product didn't cause
7 an injury for Mr. Ware, and Mr. Ware was never
8 exposed to Engelhard talc, you would agree with me
9 that you shouldn't pursue the case, fair?
10      MR. KUZMIN:  Object to form.
11      You can answer it.
12      THE WITNESS:  Fair.
13 BY MR. ASSAF:
14    Q   And you certainly shouldn't be a class
15 representative for other people who may have been
16 exposed to Engelhard talc, fair?
17      MR. KUZMIN:  Object to form.
18      You can answer it.
19      THE WITNESS:  Correct.
20 BY MR. ASSAF:
21    Q   Now, let me show you what is marked as
22 Defendants' Exhibit 147.
23        (Defendants' Deposition Exhibit 147
24 was marked for identification.)
25 BY MR. ASSAF:

Page 39

1        SHEILA ELAINE WARE
2    Q   Defendants' Exhibit 147 is a notice of
3 dismissal that was attached as Exhibit 35 to the
4 Plaintiffs' Second Amended Complaint.
5    A   Okay.
6    Q   And by the way, when you read the complaint
7 in this case, did you read a complaint with a bunch
8 of exhibits, like a bunch of attachments, or did you
9 just read what was in front of you?
10    A   Just what was in front of me.
11    Q   Okay.  And you saw, though, in that
12 complaint, there were numerous references to
13 exhibits?
14    A   Yes.
15    Q   And you've never looked at those exhibits?
16    A   No.
17    Q   Okay.  Well, this is one of those exhibits
18 that are attached to the complaint.  Okay?  And it's
19 an exhibit that is a dismissal for Ralph Ware
20 against a number of defendants -- against -- I'm
21 sorry, against Engelhard Corporation on the 28th of
22 April 2003.
23      MR. KUZMIN:  Do you have a page where --
24      MR. ASSAF:  Sure.  If you turn to -- I
25 think it's the third page from the back, bearing

Page 40

1        SHEILA ELAINE WARE
2 Bates No. 782.
3      MR. KUZMIN:  Maybe my eyes -- I don't see
4 "Ware" on this page.
5      MR. ASSAF:  Where it says -- it says:  Now
6 comes above named plaintiffs pursuant to Ohio Rule
7 41 dismissed the above-captioned cases without
8 prejudice as to Defendant Engelhard Corporation
9 only.
10      MR. KUZMIN:  Right.  No, I see that, but
11 going through this, you know, I'm --
12      MR. ANGUAS:  Ralph Ware is on page 32.
13      MR. ASSAF:  Sorry.  It's from your Second
14 Amended Complaint.
15      MR. KUZMIN:  Okay.  No, that's one of the
16 drawbacks of having me here.
17      Okay.  So it's -- all right.  Let counsel
18 ask his questions.
19 BY MR. ASSAF:
20    Q   Okay.  So did you understand that Mr. Ware
21 dismissed Engelhard on or about April 28th, 2003?
22      MR. KUZMIN:  Object to form.
23      You can answer it.
24      THE WITNESS:  Recently, yes, I was aware of
25 that.

Page 41

1        SHEILA ELAINE WARE
2 BY MR. ASSAF:
3    Q   How did you become aware of that recently?
4    A   Reading these that they have sent me.
5    Q   The Second Amended Complaint, Defendants'
6 Exhibit 1?
7    A   Mm-hmm.
8    Q   Okay.  And did you learn from any source --
9 just answer yes or no -- as to why Mr. Ware
10 dismissed his complaint?
11    A   No.
12    Q   As we sit here today, you don't have any
13 idea why Mr. Ware dismissed his complaint?
14    A   There were apparently -- apparently there
15 was evidence or false evidence given that was later
16 uncovered.
17    Q   Who told you that?
18    A   I read it in these, counsel.
19    Q   In the complaint?
20    A   Mm-hmm.
21    Q   Other than reading it in the complaint, you
22 don't have any knowledge of why Mr. Ware dismissed
23 his complaint?
24    A   Do not.
25    Q   Okay.  So now I'm going to show you another

SHEILA E. WARE – 04/17/2018          Pages 42..45

Page 42

SHEILA ELAINE WARE

2  document also from April 28th of 2003 that's not
3  attached to the Plaintiffs' Second Amended
4  Complaint. Okay?
5       MR. ASSAF: We'll mark this as Exhibit 148.
6       (Defendants' Deposition Exhibit 148
7  was marked for identification.)
8  BY MR. KUZMIN:
9   Q  Exhibit 148 is a multiple-page document
10  from the Court of Common Pleas, Cuyahoga County,
11  bearing Bates Nos. BASF_WILLIAMS390586 through
12  390624. And it is a dismissal of Ralph Ware's case
13  against Harshaw Chemical Corporation on page 624.
14      MR. KUZMIN: Do you happen to have the page
15  cite for where Mr. Ware is listed?
16      MR. ANGUAS: Bates ending 620.
17  BY MR. KUZMIN:
18   Q  And this was filed by Mr. Ware's attorney,
19  Tom Bevan, as well as Harshaw Chemical's attorney,
20  Jack Kluznik. Prior to today, did you have any
21  understanding of the fact that Mr. Ware dismissed,
22  on April 28th, 2003, both Engelhard Corporation and
23  Harshaw Chemical Corporation?
24   A  No.
25   Q  And if I can show you, or show a court,

Page 43

SHEILA ELAINE WARE

2  that Harshaw Chemical Corporation was a defendant
3  because – withdrawn.
4       If I can show you, or a court, that
5  Mr. Ware was exposed to asbestos in what's called a
6  premises case, as opposed to a talc case, would that
7  matter to you?
8       MR. KUZMIN: Object to form.
9       You can answer it.
10      THE WITNESS: Yes.
11  BY MR. KUZMIN:
12   Q  Now, turning back to the Second Amended
13  Complaint in front of you, paragraph 28, I'm now
14  going to turn your attention to the bottom part of
15  paragraph 28 on page 26. It says: Reasonably
16  relying and acting upon the misrepresentations and
17  material omissions of defendants regarding
18  Engelhard's talc product, and the absence of any
19  evidence indicating Engelhard's talc contained
20  asbestos fibers that were made to their attorney
21  representative, Tom Bevan, Esquire, as set forth
22  more particularly herein, Plaintiff Ware and her
23  husband's estate in 2003 voluntarily dismissed their
24  lawsuit against Engelhard's predecessors as part of
25  a multi-plaintiff, multi-talc defendant settlement

Page 44

SHEILA ELAINE WARE

2  that BASF's predecessors were party to.
3       Do you see that?
4   A  Yes.
5   Q  Now, I showed you the complaint, and I
6  showed you the dismissal. And I've looked for other
7  talc defendants. It says – do you see here, where
8  it says: Multi-talc defendant settlement?
9   A  Yes.
10   Q  I can't find that. So as a class
11  representative, and as a representative of Mr. Ware,
12  could you explain to me where there's any evidence
13  that there was a multi-talc defendant settlement
14  with Engelhard by Mr. Ware?
15      MR. KUZMIN: Object to form.
16      You can answer it.
17      THE WITNESS: I cannot.
18  BY MR. KUZMIN:
19   Q  And if it turns out that Mr. Ware only
20  settled with one talc defendant, Engelhard, would
21  you agree with me that that sentence would also be
22  inaccurate in the complaint about a multi-defendant
23  settlement?
24      MR. KUZMIN: Object to form.
25      You can answer it.

Page 45

SHEILA ELAINE WARE

2       THE WITNESS: Yes.
3  BY MR. KUZMIN:
4   Q  As a class representative, do you believe
5  it's important for you to show that Mr. Ware was
6  actually exposed to Engelhard talc?
7       MR. KUZMIN: Object to form.
8       You can answer it.
9       THE WITNESS: Yes.
10  BY MR. KUZMIN:
11   Q  If Mr. Ware were not exposed to Engelhard
12  talc at Goodyear Aerospace, you would be prepared to
13  stand up in court and tell the judge that you don't
14  want to be a class representative in this case,
15  fair?
16      MR. KUZMIN: Object to form.
17      You can answer it.
18      THE WITNESS: Fair.
19  BY MR. KUZMIN:
20   Q  All right. Now, you understand that
21  Mr. Ware worked at Goodyear Aerospace, correct?
22   A  Correct, for 35 years.
23   Q  For 35 years.
24   A  I believe.
25   Q  And there were different Goodyear

SHEILA E. WARE - 04/17/2018          Pages 46..49

Page 46

SHEILA ELAINE WARE

1
2  facilities throughout Ohio. Do you know that
3  there's – was there multiple Goodyear facilities?
4  Do you know that?
5      A   I do not know.
6      Q   Okay. But he didn't work at B.F. Goodrich,
7  correct? He worked at Goodyear Aerospace.
8      A   Which was eventually – I thought had a
9  B.F. Goodrich sign on it also.
10     Q   I don't know. Don't know. Do you know?
11     A   Driving by it, I'm almost positive.
12     Q   While he worked there?
13     A   After he was retired.
14     Q   Okay. After he was retired. Okay. All
15  right. So let me show you –
16         MR. ASSAF: We'll mark this as Exhibit 157.
17         (Defendants' Deposition Exhibit 157
18  was marked for identification.)
19  BY MR. ASSAF:
20     Q   I'm showing you what's been marked as
21  Defendants' Exhibit 157, bearing Bates Nos.
22  BASF_WILLIAMS 110648 through 110663, and it's
23  Defendants' Supplemental Answers to Plaintiffs'
24  Master Discovery Requests. And I'd like to turn
25  your attention to 651 to start with.

Page 47

SHEILA ELAINE WARE

1
2      It's Supplemental Response to Master
3  Interrogatory 18. It says: In order to determine
4  shipments of talc to locations of employment named
5  by the plaintiffs, Pita has reviewed its invoices
6  and year-end sales analyses, to the extent they
7  exist, and these responses are based on analysis of
8  the shipped to addresses on the invoices, or when
9  invoices are not available, the locations referred
10  to in sales analyses. Pita cannot state with
11  assurance whether or not addresses shown in sales
12  analyses are billed to or shipped to locations. In
13  those cases where the answer is based solely on the
14  appearance of plaintiffs' named locations of
15  employment and sales analyses, this fact is noted.
16  In addition, sales analyses did not necessarily
17  cover the same period each year. Pita produced and
18  sold talc only in the period 1967 to 1983.
19      Do you see that?
20     A   Yes.
21     Q   And then if you go to 110657, there is a
22  notation for Goodyear Aerospace, also known as Loral
23  Systems. It says: 1967 to 1983, none. Do you see
24  that? No sales.
25     A   Yes.

Page 48

SHEILA ELAINE WARE

1
2      Q   And if you turn above, there are different
3  other Emtal notations for Goodrich Chemical, in
4  which, for example, there are 70 tons – tons, not
5  bags, 70 tons of talc sold in 1978. Do you see
6  that, right above Goodyear Aerospace for Goodrich
7  Chemical?
8      A   Oh, yes.
9      Q   So now as a class representative, having
10  read this response, would you agree with me, at
11  least this response shows that Goodyear Aerospace,
12  where Mr. Ware worked, never bought any talc from
13  the Defendant Emtal?
14         MR. KUZMIN: Object to form. Document
15  speaks for itself.
16         You can answer it.
17         THE WITNESS: Yes.
18         MR. ASSAF: Let's take a break. Let's go
19  off the record.
20         (Recessed at 10:54 a.m.)
21         (Reconvened at 11:00 a.m.)
22         (Defendants' Deposition Exhibits 156
23  and 156A were marked for identification.)
24  BY MR. ASSAF:
25     Q   I'm showing you, Ms. Ware, documents that

Page 49

SHEILA ELAINE WARE

1
2  were produced in response to plaintiffs' subpoena to
3  the insurers, Arrowood in this case. Exhibit 156
4  bears Bates Nos. ARROWOOD61904 through 61954, and
5  then Defendants' Exhibit 156A, which is an exhibit
6  to the original Exhibit 156, bears Bates Nos.
7  ARROWOOD062063 through 062066. Okay?
8      A   Yes.
9      Q   Defendants' Exhibit 156 is Defendant C.P.
10  Hall Company's Responses to Plaintiffs' Master
11  Discovery Requests. And if you turn to question 18,
12  bearing Bates No. 61921.
13     A   What page?
14     Q   61921 in the lower right-hand corner.
15         MR. KUZMIN: 62921, you said?
16         MR. ASSAF: Yes.
17         THE WITNESS: Got it. Yeah, I have it.
18  BY MR. ASSAF:
19     Q   All right. Question 18 reads: Did you
20  ever sell and/or distribute asbestos,
21  asbestos-containing products, talc, or soapstone to
22  plaintiffs' employers or any other defendant in the
23  litigation, and it continues.
24      And then the answer, at the bottom of
25  61921, says: See attached Exhibits 15-18,

1        SHEILA ELAINE WARE
2    representing the plaintiffs' employers to whom
3    products were sold, and the quantities sold per
4    year.  This information was obtained from C.P. Hall
5    Company shipping records, which are too voluminous
6    to attach or produce.
7        Do you see that?
8    A   Yes.
9    Q   And then if you turn to Exhibit 156A,
10   there's Eastern Magnesium Talc.  And on the first
11   page, for example, B.F. Goodrich, in 1971, you see
12   B.F. Goodrich purchased or were shipped 4300
13   50-pound bags.
14       Do you see that?
15   A   Yes.
16   Q   So there's 4,000, 2,000 – lots of talc, do
17   you see that?
18   A   Yes.
19   Q   And then if you go to the third page,
20   bearing Bates No. 62065, there's a notation for
21   Goodyear Aerospace.
22       Do you see that?
23   A   Yes.
24   Q   And in 1963, it appears that there was
25   shipped one 50-pound bag.  Do you see that?

1        SHEILA ELAINE WARE
2    A   Yes.
3    Q   And in 1970, there were two 50-pound bags
4    shipped.  Do you see that?
5    A   Yes.
6    Q   I don't know, Ms. Ware, whether they were
7    samples, but you know, three bags over 30 years.  Do
8    you see that?
9    A   Yes.
10       MR. KUZMIN:  Object to form.
11       You can answer it.
12   BY MR. ASSAF:
13   Q   And that's where Mr. Ware worked, Goodyear
14   Aerospace?
15   A   Yes.
16   Q   All right.  If, again, I'm able to show
17   you, through going through – or show your lawyers
18   that my client, Emtal, actually didn't sell talc to
19   Goodyear Aerospace, and we saw all those shipping
20   records for B.F. Goodrich with tons and tons of
21   talc, if I'm able to show your lawyers that Emtal
22   didn't sell talc, would you agree that would be
23   significant for you in your role as class
24   representative?
25       MR. KUZMIN:  Object to form.

1        SHEILA ELAINE WARE
2    You can answer it.
3    THE WITNESS:  Yes.
4        MR. ASSAF:  All right.  Now, let's mark
5    this as Exhibit 149, please.
6        (Defendants' Deposition Exhibit 149
7    was marked for identification.)
8    BY MR. ASSAF:
9    Q   Defendants' Exhibit 149 is a deposition of
10   Donna Ware, in Ralph Ware versus B.F. Goodrich and
11   other defendants.  And the appearance for Ms. Donna
12   Ware was by Bevan & Associates on February 4th,
13   2004.
14       Have you seen this before, in your
15   preparations for your deposition, or in getting
16   ready as class representative for this case?
17   A   No.
18   Q   Did you understand that Ms. Ware was
19   deposed, that a deposition was taken of Donna Ware?
20   A   Assumed that, for it to get this far, yes.
21   Q   Assumed.  Now, did you know, by the way,
22   Mr. Ralph Ware?
23   A   Absolutely.
24   Q   You kind of saw that he – you know, what
25   he did, and you knew his hobbies, and what he liked

1        SHEILA ELAINE WARE
2    to do, and what he didn't like to do?
3    A   My other dad, yes.
4    Q   Correct.  Okay.  And Donna Ware, as his
5    wife, also had an idea of what he liked to do and
6    what he didn't like to do, right?
7    A   Correct.
8    Q   Okay.  So I'd like to turn your attention
9    to page 53 of the deposition.
10       MR. KUZMIN:  You said page 53, right?
11       THE WITNESS:  Yes.
12   BY MR. ASSAF:
13   Q   And I'm going to start on page 11 – or
14   line 11 of page 53.  It says:  What kind of hobbies
15   or what kind of things did Ralph do for fun or
16   recreation when he wasn't working?
17       Answer:  What time he did have, he liked to
18   garden.
19       Do you see that?
20   A   Yes.
21   Q   He was a gardener?
22   A   Absolutely.
23   Q   Okay.
24       Anything else?
25       He worked around the church a lot.  We

SHEILA E. WARE – 04/17/2018          Pages 54..57

Page 54

1         SHEILA ELAINE WARE
2  spent a lot of time at the church in flowers –
3  planting flowers around the church and all.
4         Do you see that?
5    A  Yes.
6    Q  And did he continue that up to the time of
7  his death?
8         Answer:  Yes.
9         I know that you and Ralph built your home
10 in Mogadore –
11   A  Mogadore.
12   Q  Mogadore.
13        Did Ralph do any of the work himself?
14        Answer:  No.  We had it built.
15        And then it said:  Did he ever perform any
16 remodeling or home improvement work after that time?
17        If he did, he wasn't into that type of
18 work.  He would have had people work for us.
19        Do you see that?
20   A  Yes.
21   Q  And that's consistent with your
22 recollection of Mr. Ware's activities?
23   A  Absolutely.
24   Q  More of a gardener, not a home remodeler
25 type?

Page 55

1         SHEILA ELAINE WARE
2    A  Correct.
3    Q  Okay.  Not that they're always different,
4  but some people are more gardeners, and other people
5  love to rip out things and build them and measure
6  them.  He's a gardener type.
7    A  Absolutely.
8    Q  Not a remodeler type?
9    A  No.
10   Q  Okay.  In fact, best you can tell, you
11 couldn't remember him, like Ms. Ware, doing any home
12 remodeling work?
13   A  Correct.
14        (Defendants' Deposition Exhibit 150
15 was marked for identification.)
16 BY MR. ASSAF:
17   Q  Let me show you what's been marked as
18 Defendants' Exhibit 150.  Okay.  Defendants' Exhibit
19 150 is a one-page document, bearing Bates Nos.
20 P-WMS-0003796 entitled "T.H. Agriculture &
21 Nutrition, LLC."
22        Have you seen this document, what's been
23 marked as Defendants' Exhibit 150?
24   A  No.
25   Q  You didn't see it in preparation for your

Page 56

1         SHEILA ELAINE WARE
2  deposition?
3    A  No.
4    Q  And just so you know, we got this from
5  Mr. Tom Bevan's files.  He's the attorney in Ohio.
6  Okay?  And your attorneys can correct me, but just
7  so you know, Mr. Bevan's law firm prepared these
8  documents, and put it together as part of claiming
9  for money for other asbestos injuries.  Okay?  So
10 it's a Mr. Bevan document, as opposed to something
11 you all put together.  Okay?
12   A  Yes.
13   Q  It says:  My name is Donna Ware.  I am over
14 the age of 18.  I am legally competent to make the
15 factual assertions set forth herein.
16        Paragraph 2 reads:  My spouse performed
17 home repair and remodeling jobs.  Do you see that?
18   A  Yes.
19   Q  Now, we just discussed, he didn't perform
20 home repair and remodeling jobs, correct?
21        MR. KUZMIN:  Object to form.
22        You can answer it.
23        THE WITNESS:  We did.
24 BY MR. ASSAF:
25   Q  Okay.  And there's a reference – or

Page 57

1         SHEILA ELAINE WARE
2  paragraph 3 says:  In the course of those jobs,
3  Ralph Ware was exposed to the following
4  asbestos-containing joint compound materials:
5  Bondex joint compound.
6         Do you see that?
7    A  Yes.
8    Q  1964 to 1967, and 1971 to 1976.  Do you see
9  that?
10   A  Yes.
11   Q  Okay.  Do you know what Bondex joint
12 compound is?
13   A  I think it's for car – is it auto body
14 probably?
15   Q  And he didn't do auto body repair work, did
16 he, as far as you know?
17   A  Probably on his old beaten-up car, he
18 probably tried to fix something.
19   Q  He tried to fix something, but he wasn't –
20 he wasn't a guy taking apart the body and sanding
21 it?
22   A  No.  He would patch things, but no.
23   Q  You've never seen him work with taking
24 apart a car and putting on – and redoing it.  He
25 was a gardener?

Page 58

SHEILA ELAINE WARE

1
2   A   Did not.  His hobby was outside work.
3   Q   Okay.
4       MR. ASSAF:  Let's go off the record a
5   second.
6       (Recessed at 11:13 a.m.)
7       (Reconvened at 11:14 a.m.)
8   BY MR. ASSAF:
9   Q   Okay.  We were talking about gardening,
10  home remodeling, and cars?
11  A   Correct.
12  Q   And you said he sometimes liked to work
13  with cars, sometimes, not often?
14  A   No, I'm saying that he had an old vehicle.
15  It would not be above him to try to patch a hole,
16  rather than buy a new vehicle, or put a shelf in a
17  bathroom closet, anything like that.  But actual
18  construction, no.
19  Q   No, okay.  But on cars -- we're talking
20  about the cars first -- you never saw him take apart
21  a car?
22  A   Never did.
23  Q   Okay.  And you never saw him try to patch a
24  car?
25  A   Never did.

Page 59

SHEILA ELAINE WARE

1
2   Q   Okay.  And similarly, you
3   never -- withdrawn.
4       Okay.  I think we covered that.  Gardener,
5   not home repair or mechanic?
6   A   Correct.
7   Q   Okay.  All right.  Let me show you what I'm
8   marking as Defendants' Exhibit 151.
9       (Defendants' Deposition Exhibit 151
10  was marked for identification.)
11      MR. ASSAF:  And we might as well mark this,
12  too, as a companion.  It's Defendants' Exhibit 154.
13      (Defendants' Deposition Exhibit 154
14  was marked for identification.)
15  BY MR. ASSAF:
16  Q   Okay.  Defendants' Exhibit 151 is a report
17  dated May 17, 2003 regarding Mr. Ralph Ware's
18  medical records.  And in particular, paragraph 2
19  references a B reader report by Dr. Ray Harron,
20  dated May 16, 2002, along with a narrative.
21      Do you see that?
22  A   Yes.
23  Q   Do you have any idea who Dr. Ray Harron is?
24  A   I do not.
25  Q   In any of your discussions with your

Page 60

SHEILA ELAINE WARE

1
2   husband, or Donna Ware, or Ralph Ware, did you ever
3   hear of the phrase, "National Tireworkers Litigation
4   Project"?
5   A   Did not.
6   Q   Okay.  Did you ever hear of a bunch of tire
7   workers or factory workers being recruited to go to
8   the union halls or union meetings, where they would
9   be diagnosed for bringing lawsuits?
10  A   No.
11  Q   Exhibit 154 is -- the first page is
12  entitled Exhibit C, and the second page is a report
13  from the Claims Resolution Management Corporation,
14  September 12th, 2005, regarding the suspension of
15  acceptance of medical reports.  And I'll just read
16  this to you.
17      It says:  The reliability of reports
18  prepared by the doctors and screening facilities
19  listed below has been challenged, and is the subject
20  of federal grand jury and congressional
21  investigations into alleged fraud.  Based upon
22  evidence presented in the silica multidistrict
23  litigation (MDL), the challenge is credible and
24  compels suspension of acceptance of these reports.
25  In the two months since Judge Janis Jack issued her

Page 61

SHEILA ELAINE WARE

1
2   June 30, 2005 order in the silica MDL, CRMC has
3   received no information or evidence to support
4   continued acceptance of reports prepared by these
5   doctors and facilities.  Pending completion of the
6   grand jury and congressional investigations, and the
7   litigation in which the reports were challenged,
8   CRMC will no longer accept reports prepared by these
9   doctors and facilities.
10      Do you see that?
11  A   Yes.
12  Q   And if you turn down, there is a reference
13  to Dr. Harron.  Do you see that?  Dr. Ray Harron?
14  A   Yes.
15  Q   In or about 2005, do you have any
16  recollection of hearing that one of the doctors who
17  diagnosed Mr. Ralph Ware was the subject of a grand
18  jury criminal investigation?
19  A   No.
20  Q   Is that the first you're hearing of it?
21  A   Yes.
22  Q   As a class representative, does it give you
23  pause if you're relying on records created by a
24  doctor whose privileges were suspended?
25      MR. KUZMIN:  Object to form.

SHEILA E. WARE - 04/17/2018          Pages 62..65

Page 62

1          SHEILA ELAINE WARE
2     You can answer it.
3     THE WITNESS: Yes.
4 BY MR. ASSAF:
5     Q   And would that put you in a different
6 position from class members who were relying on
7 doctors who were not the subject of suspension and
8 criminal investigations and congressional hearings?
9     MR. KUZMIN: Object to form.
10    You can answer it.
11    THE WITNESS: Yes. Yes.
12    MR. ASSAF: Let's mark this as Exhibit 153,
13 please.
14        (Defendants' Deposition Exhibit 153
15 was marked for identification.)
16    MR. ASSAF: And we're going to mark this as
17 Exhibit 154 -- sorry, this is going to be Exhibit
18 152.
19        (Defendants' Deposition Exhibit 152
20 was marked for identification.)
21 BY MR. ASSAF:
22    Q   Defendants' Exhibit 152 is a letter we
23 received dated April 16, 2008, I think last night,
24 from Mr. Jared Placitella, to supplement your
25 interrogatory responses regarding additional

Page 63

1          SHEILA ELAINE WARE
2 settlement claims that you or your lawyers
3 uncovered.
4     Have you seen this before, this letter?
5 No, the April 16th, 2018 letter.
6     A   That looks like what I sent them, what I
7 found.
8     Q   Okay. Where did you find that information?
9     A   In a tub. When we moved Aunt Donna, we
10 just went through her desk, and what was left, what
11 wasn't stolen from her house for her. We dumped
12 everything in a tub and brought it with us. So when
13 looking for something for Jared, going through the
14 tub, I uncovered that, and said, what? And sent it
15 to him, thinking it would be pertinent to what you
16 guys needed.
17    Q   Thank you.
18    A   You're welcome.
19    Q   When did you send that to him?
20    A   Three days ago, within the last week.
21    Q   Great. Thanks for doing that.
22    A   Sure.
23    Q   Defendants' Exhibit 153 is a chart which
24 we've made. It's a one-page chart, and on the left
25 are Bates numbers --

Page 64

1          SHEILA ELAINE WARE
2     A   I see that.
3     Q   -- from your productions, from the
4 plaintiffs' productions. And then it's a category
5 of parties, the date of a settlement, the total
6 amount of the settlement, less attorneys' fees. And
7 I could go through all the settlements, but that's
8 why I did the Bates numbers. I thought we'd save
9 some time here.
10    So it's a composite exhibit that shows that
11 over the course of the relationship with Mr. Bevan,
12 that there have been settlements of $1,068,781, less
13 attorneys' fees of $713,000.
14    Do you see that?
15    A   Yes.
16    Q   Does that strike you as correct, or is
17 this --
18    A   It was shocking to me. It was unknown to
19 me. Yeah, I had --
20    Q   You hadn't known about that money?
21    A   I'm not even -- no, you're right.
22    Q   Are you the executor of the Donna Ware
23 estate?
24    A   Yes.
25    Q   Okay. And do you know whether the estate

Page 65

1          SHEILA ELAINE WARE
2 expects to receive more money from other asbestos
3 settlements?
4     A   I don't know of any forthcoming.
5     Q   Okay.
6     MR. KUZMIN: And we can have agreement as
7 far as pertains to 153, that any discrepancy in
8 numbers between what's on here, and what's on the
9 Bates number, the document itself controls?
10    MR. ASSAF: Yeah.
11    Okay. Can we take a break? I think we're
12 almost done.
13        (Recessed at 11:25 a.m.)
14        (Reconvened at 11:25 a.m.)
15 BY MR. ASSAF:
16    Q   Ms. Ware, would you be kind enough to tell
17 me what you did in preparation for your deposition?
18    A   Read through recent correspondence from --
19 that looked similar to this (indicating), talked
20 to --
21    Q   The Second Amended Complaint, right?
22    A   Yeah. And spoke with an attorney in Jared
23 Placitella's office on the phone. And then these
24 folks down here (indicating).
25    Q   How long did you -- when was the discussion

SHEILA E. WARE - 04/17/2018        Pages 66..69

Page 66

SHEILA ELAINE WARE

1        SHEILA ELAINE WARE
2  with Mr. Placitella?
3     A   It wasn't him. It was --
4        MR. PASTERNACK: It was Mike Coren, Harry
5  Roth, and myself.
6        THE WITNESS: Coren, C-O-R-N-E [sic], I
7  believe, on the phone.
8  BY MR. ASSAF:
9     Q   When was that?
10    A   A week ago.
11    Q   And did they send you documents for that
12 phone call? Like, did you review documents?
13    A   No. Not from the phone call, no.
14    Q   After the phone call, did they send you
15 documents?
16    A   No. He told me what I had already had, to
17 read it over.
18    Q   Did we review -- withdrawn.
19       In terms of the documents reviewed for
20 preparing for your deposition, did we review all
21 those today?
22    A   No. There were pages about cases that
23 were -- that was a Westfall case. That was one. I
24 read that.
25    Q   Right. Okay. Anything else?

Page 67

SHEILA ELAINE WARE

1        SHEILA ELAINE WARE
2     A   Not coming to me right now.
3     Q   Okay. And then you met with your lawyers
4  yesterday or this morning?
5     A   Last evening.
6     Q   Last evening?
7     A   Mm-hmm.
8     Q   Here in D.C.?
9     A   Yes.
10    Q   Okay. How long was that meeting?
11    A   Half hour.
12    Q   Okay. Did they show you any documents?
13    A   No.
14    Q   I don't have any more questions for you,
15 Ms. Ware. I appreciate -- I know you came down for
16 this deposition, I think from West Virginia?
17    A   Yes.
18    Q   So thanks for coming down. Hopefully
19 you're out early enough to beat the traffic. I will
20 I say there's going to be lunch here in about a half
21 hour. If you'd like to stay for lunch, I think
22 you're here with your nephew.
23    A   My son met me here.
24    Q   There will be lunch outside, or you can get
25 on the road. But there's going to be lunch in about

Page 68

SHEILA ELAINE WARE

1        SHEILA ELAINE WARE
2  a half hour, and you can continue to use this room,
3  if you like.
4     A   Thank you.
5        MR. ASSAF: Any cross? Any exam?
6        MR. BOYLE: None for Dornbusch.
7        MR. KUZMIN: Anyone else on the phone with
8  anything?
9        MR. TUNIS: Nothing for Halket.
10       EXAMINATION BY COUNSEL FOR PLAINTIFFS
11 BY MR. KUZMIN:
12    Q   All right. Ms. Ware, I just have a couple
13 of follow-up questions based on counsel's
14 examination of you. With regard to the complaint
15 that was marked as Defendants' Exhibit 1, do you
16 see -- right there (indicating).
17    A   Okay.
18    Q   Do you see at the top, where it says filed?
19    A   Yes.
20    Q   And this Second Amended Complaint was filed
21 July 16th, 2015. Do you see that?
22    A   Correct.
23    Q   On July 16th, 2015, was Donna Ware alive?
24    A   Yes.
25    Q   Okay. On July 16th, 2015, was Ralph Ware

Page 69

SHEILA ELAINE WARE

1        SHEILA ELAINE WARE
2  alive?
3     A   No.
4     Q   Okay. So in terms of realtime, when this
5  complaint was filed, Ralph Ware was the deceased
6  husband of Donna Ware; is that fair?
7     A   Correct.
8     Q   Okay. With regards to what was shown to
9  you, Exhibit 151 and Exhibit 154, Exhibit 151 being
10 the expert report of Jaywant P. Parmar, and Exhibit
11 154 being the letter from the CRMC --
12    A   Okay.
13    Q   -- do you have both of those in front of
14 you?
15    A   Yes, I do.
16    Q   The reference to Dr. Harron is for a
17 medical record, or B reader that was reviewed by
18 Dr. Parmar, is that fair, number 2?
19       MR. ASSAF: Objection, leading.
20       THE WITNESS: Yes.
21 BY MR. KUZMIN:
22    Q   Okay. Do you know what a B read is?
23    A   I do not.
24    Q   Okay. Is Dr. Parmar identified as an
25 individual who the CRMC will not be accepting

SHEILA E. WARE - 04/17/2018          Pages 70..73

Page 70

1          SHEILA ELAINE WARE
2   reports from anymore on Exhibit 154?
3    A   No.
4    Q   And Dr. Parmar, as an expert in pathology,
5   is the individual who identified and diagnosed or
6   confirmed the diagnosis of Mr. Ware's mesothelioma,
7   correct?
8       MR. ASSAF: Objection, foundation and form.
9       THE WITNESS: Yes.
10   BY MR. KUZMIN:
11    Q   Okay. We can put that off to the side.
12   Okay. We're done with those.
13       And with regards to the exhibits that were
14   shown to you, Exhibit 156, which was the responses
15   to interrogatories from -- I don't know what entity
16   this is.
17       MR. ASSAF: C.P. Hall, I think.
18       MR. KUZMIN: C.P. Hall? Okay. Thank you.
19       And then the other set of interrogatories
20   0648, is that Pita Realty?
21       MR. ASSAF: Yeah, I think so.
22   BY MR. KUZMIN:
23    Q   Okay. Do you see on the front here for
24   these two, where the case numbers are identified?
25    A   Yes.

Page 71

1          SHEILA ELAINE WARE
2    Q   Right here? Okay. And in the course of
3   being questioned about the complaint and the case
4   that was filed on behalf of Mr. Ware, Case No.
5   02-475504 was identified in the complaint; is that
6   fair?
7    A   Sure. Yes.
8    Q   Do you see Case No. 02-475504 identified
9   either on Exhibit 156, or the Pita Realty answers to
10   interrogatories?
11    A   No.
12    Q   Okay.
13       MR. KUZMIN: Okay. That's all I have.
14       MR. ASSAF: I have some re-cross.
15   FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT
16     BASF CATALYSTS, LLC
17   BY MR. ASSAF:
18    Q   Can you pull out Defendants' Exhibit 151
19   again? That's the report of Dr. Parmar.
20    A   I have it.
21    Q   And if you turn to the second page, at the
22   bottom of the page, in bold, there's a sentence that
23   says: Based on these reviews and studies, the
24   following are noted to be pertinent medical facts in
25   this case.

Page 72

1          SHEILA ELAINE WARE
2       Do you see that?
3    A   Yes.
4    Q   Pertinent medical facts, you see that
5   phrase?
6    A   Yes.
7    Q   And pertinent medical fact identified by
8   Dr. Parmar on the next page, number 3, reads:
9   Dr. Ray Harron has evaluated a chest x-ray dated
10   September 11th, 2001, and he notes small irregular
11   opacities in lower and mid lung zones with a
12   profusion of 1-2. He also notes diffused right and
13   left pleural thickening. A narrative concludes that
14   the bilateral pleural disease is consistent with
15   asbestos-related disease.
16       Do you see that?
17    A   Yes.
18    Q   Okay. And Dr. Parmar thought that that was
19   a pertinent fact, correct?
20       MR. KUZMIN: Object to form.
21       You can answer it.
22       THE WITNESS: Correct.
23       MR. ASSAF: No more questions.
24       MR. KUZMIN: Anyone else?
25       MR. ASSAF: For the record, we skipped

Page 73

1          SHEILA ELAINE WARE
2   Exhibit 155.
3       MR. KUZMIN: And we'll read and sign.
4       (Signature having not been waived,
5   the deposition of Sheila Elaine Ware was concluded
6   at 11:34 a.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SHEILA E. WARE – 04/17/2018          Pages 74..76

Page 74

1             * * *

2        ACKNOWLEDGMENT OF DEPONENT

3    I, Sheila Elaine Ware, do hereby acknowledge that

4   I have read and examined the foregoing testimony,

5   and the same is a true, correct and complete

6   transcription of the testimony given by me, and any

7   corrections appear on the attached Errata sheet

8   signed by me.

9

10  _____     _____

11   (DATE)          (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 76

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2        I, Joan V. Cain, Court Reporter, the officer

3   before whom the foregoing deposition was taken, do

4   hereby certify that Sheila Elaine Ware personally

5   appeared before me on April 17, 2018 and was duly

6   sworn; that the foregoing transcript is a true and

7   correct record of the testimony given; that said

8   testimony was taken by me stenographically and

9   thereafter reduced to typewriting under my

10  direction; that reading and signing was requested;

11  and that I am neither counsel for, related to, nor

12  employed by any of the parties to this case and have

13  no interest, financial or otherwise, in its outcome.

14       IN WITNESS WHEREOF, I have hereunto set my

15  hand and affixed my notarial seal this 18th day of

16  April 2018.

17

18  My commission expires:

19  July 31, 2019

20

21  _____

    NOTARY PUBLIC IN AND FOR THE

22  DISTRICT OF COLUMBIA

23

24

25

Page 75

1        E R R A T A   S H E E T

2    IN RE:  Kimberlee Williams, et al., v. BASF

3         Catalysts LLC, et al.

4   RETURN BY: _____

5   ===============================================

6   PAGE  LINE   CORRECTION AND REASON

7   ===============================================

8   ____ ____   _____

9   ____ ____   _____

10  ____ ____   _____

11  ____ ____   _____

12  ____ ____   _____

13  ____ ____   _____

14  ____ ____   _____

15  ____ ____   _____

16  ____ ____   _____

17  ____ ____   _____

18  ____ ____   _____

19  ____ ____   _____

20  ____ ____   _____

21  ____ ____   _____

22  ____ ____   _____

23  ____ ____   _____

24  _____ _____

25   (DATE)          (SIGNATURE)

**$**

**$1,068,781**
64:12

**$713,000**
64:13

**0**

**02-475504**
12:3 13:19 34:9 71:5,8

**062066**
49:7

**0648**
70:20

**1**

**1**
9:13,23 11:11 13:3,20
33:25 41:6 68:15

**1-2**
72:12

**10:30 a.m**
33:18

**10:31 a.m**
33:19

**10:54 a.m**
48:20

**11**
53:13,14

**110648**
46:22

**110657**
47:21

**110663**
46:22

**11:00 a.m**
48:21

**11:13 a.m**
58:6

**11:14 a.m**
58:7

**11:25 a.m**
65:13,14

**11:34 a.m**
73:6

**11th**
72:10

**12th**
60:14

**146**
12:20,21,24 13:17 33:22
36:14

**147**
38:22,23 39:2

**148**
42:5,6,9

**149**
52:5,6,9

**15-18**
49:25

**150**
55:14,18,19,23

**151**
59:8,9,16 69:9 71:18

**152**
62:18,19,22

**153**
62:12,14 63:23 65:7

**154**
59:12,13 60:11 62:17
69:9,11 70:2

**155**
73:2

**156**
48:22 49:3,6,9 70:14
71:9

**156A**
48:23 49:5 50:9

**157**
46:16,17,21

**16**
59:20 62:23

**16th**
63:5 68:21,23,25

**17**
30:17,18,19 59:17

**18**
47:3 49:11,19 56:14

**1963**
50:24

**1964**
57:8

**1967**
47:18,23 57:8

**1970**
51:3

**1971**
50:11 57:8

**1976**
57:8

**1978**
48:5

**1983**
47:18,23

**1997**
11:17 12:9,13 13:24
14:8,12,15,23 34:6
35:22,25 36:4

**1st**
12:8

**2**

**2**
56:16 59:18 69:18

**2,000**
50:16

**2001**
12:8 72:10

**2002**
34:13 59:20

**2003**
39:22 40:21 42:2,22
43:23 59:17

**2004**
52:13

**2005**
60:14 61:2,15

**2008**
62:23

**2015**
68:21,23,25

**2016**

**30:15,16**

**2017**
10:9 15:11 16:13,24
30:20 32:7,9

**2018**
63:5

**26**
11:12,13 35:18 43:15

**28**
11:10,16 13:19 14:22
33:25 34:5,19 43:13,15

**28th**
39:21 40:21 42:2,22

**29th**
11:17 14:8,12,15,23 34:5
35:21

**3**

**3**
57:2 72:8

**30**
51:7 61:2

**32**
40:12

**33115**
33:24

**35**
39:3 45:22,23

**390624**
42:12

**4**

**4,000**
50:16

**41**
40:7

**4300**
50:12

**441**
13:6

**4th**
52:12

**5**

**50-pound**
50:13,25 51:3

**53**
53:9,10,14

**5th**
34:13

**6**

**61921**
49:12,14,25

**61954**
49:4

**620**
42:16

**62065**
50:20

**624**
42:13

**62921**
49:15

**651**
46:25

**7**

**7**
37:5,7

**70**
48:4,5

**782**
40:2

**7th**
30:15

**A**

**able**
51:16,21

**above-captioned**
40:7

**absence**
43:18

**absolutely**
26:22,23 52:23 53:22
54:23 55:7

**accept**
61:8

**acceptance**
60:15,24 61:4

**accepted**
11:22

**accepting**
69:25

**accurate**
35:17,20

**acting**
43:16

**action**
14:24 15:22 16:10 34:19
35:23

**activities**
54:22

**actual**
58:17

**addition**
47:16

**additional**
62:25

**addresses**
47:8,11

**advice**
23:5

**advise**
22:21

**advising**
23:2

**Aerospace**
45:12,21 46:7 47:22
48:6,11 50:21 51:14,19

**age**
56:14

**ago**
29:25 63:20 66:10

**agree**
16:13,22 38:8 44:21
48:10 51:22

**agreeing**
25:4,5

**agreement**
65:6

**Agriculture**
55:20

**alive**
12:9 68:23 69:2

**alleged**
60:21

**Amended**
9:14 39:4 40:14 41:5
42:3 43:12 65:21 68:20

**amount**
64:6

**analyses**
47:6,10,12,15,16

**analysis**
47:7

**and/or**
49:20

**ANGUAS**
40:12 42:16

**answer**
12:15 14:3 17:3 18:7,21
19:8,15,23 20:22 21:9,
16,25 22:14,24 23:2,3,4,
10,24 24:24 25:23 27:11
28:18 29:23 30:8 31:8,14
32:13 33:13 34:22 36:8
37:3,25 38:11,18 40:23
41:9 43:9 44:16,25 45:8,
17 47:13 48:16 49:24
51:11 52:2 53:17 54:8,14
56:22 62:2,10 72:21

**Answered**
23:15

**answers**
22:21 46:23 71:9

**anybody**
14:25 17:16

**anymore**
70:2

**apart**
25:10 29:12 57:20,24
58:20

**apparently**
41:14

**appearance**
47:14 52:11

**appears**
50:24

**appreciate**
67:15

**appropriate**
28:8

**April**
39:22 40:21 42:2,22
62:23 63:5

**area**
11:23

**Arrowood**
49:3

**ARROWOOD062063**
49:7

**ARROWOOD61904**
49:4

**asbestos**
11:18,22 13:22 14:9,16
18:2 22:5,7,12,17 27:13
32:25 34:7,13 37:8 43:5,
20 49:20 56:9 65:2

**asbestos-containing**
49:21 57:4

**asbestos-related**
72:15

**Aside**
25:5

**asked**
17:12 25:11,24

**ASSAF**
9:9 11:7,13,15 12:17,23
13:13,15,23 14:5,20 17:6
18:10,23 19:10,17,25
20:24 21:11,18 22:3,16
23:6,12 25:2 26:4,14,18
27:14 28:3,14,19 29:5
30:10 31:10,16 32:15
33:17,20 34:24 35:12,21,
24 36:10 37:4 38:3,13,
20,25 39:24 40:5,13,19
41:2 42:5 46:16,19
48:18,24 49:16,18 51:12

52:4,8 53:12 55:16 56:24
58:4,8 59:11,15 62:4,12,
16,21 65:10,15 66:8 68:5
69:19 70:8,17,21 71:14,
17 72:23,25

**assertions**
56:15

**Associates**
52:12

**assume**
21:2

**Assumed**
52:20,21

**assurance**
47:11

**attach**
50:6

**attached**
39:3,18 42:3 49:25

**attachments**
39:8

**attention**
34:4 37:6 43:14 46:25
53:8

**attorney**
42:18,19 43:20 56:5
65:22

**attorney-client**
22:23

**attorneys**
56:6

**attorneys'**
64:6,13

**August**
34:13

**Aunt**
16:8 17:25 29:24 30:13,
14 63:9

**auto**
57:13,15

**available**
47:9

**aware**
14:4 36:20 40:24 41:3

---

**B**

**B.F.**
12:2 34:15 46:6,9 50:11,
12 51:20 52:10

**back**
13:11 39:25 43:12

**bag**
50:25

**bags**
48:5 50:13 51:3,7

**based**
47:7,13 60:21 68:13
71:23

**BASF**
9:8 71:16

**BASF's**
11:20 44:2

**BASF_WILLIAMS**
46:22

**BASF_
WILLIAMS33079**
33:23

**BASF_
WILLIAMS33081**
12:25

**BASF_
WILLIAMS390586**
42:11

**Bates**
12:24 33:22,23 40:2
42:11,16 46:21 49:4,6,12
50:20 55:19 63:25 64:8
65:9

**bathroom**
58:17

**bearing**
39:25 42:11 46:21 49:12
50:20 55:19

**bears**
12:24 33:23 49:4,6

**beat**
67:19

**beaten-up**
57:17

---

**behalf**
12:13 36:23 71:4

**believe**
19:11 21:21 24:20 33:4
45:4,24 66:7

**best**
55:10

**Bevan**
11:4 17:19,22 34:14
36:22 42:19 43:21 52:12
56:10 64:11

**Bevan's**
56:5,7

**bilateral**
72:14

**billed**
47:12

**blimp**
37:16

**body**
57:13,15,20

**bold**
71:22

**Bondex**
57:5,11

**bottom**
13:3 43:14 49:24 71:22

**bought**
48:12

**BOYLE**
68:6

**break**
48:18 65:11

**bringing**
60:9

**brought**
14:16 23:17 63:12

**build**
55:5

**built**
54:9,14

**bunch**
39:7,8 60:6

**buy**
58:16

---

**C**

**C-O-R-N-E**
66:6

**C.P.**
49:9 50:4 70:17,18

**call**
15:14,15,20 26:10 66:12,
13,14

**called**
15:18 16:12 43:5

**can't**
29:23 44:10

**cancer**
21:3

**captioned**
12:2

**car**
57:13,17,24 58:21,24

**carefully**
20:12

**cars**
58:10,13,19,20

**case**
9:14 12:3 14:22 15:10,
13,22 16:2,4,5,6,10,18,
25 17:17,20 18:2 20:20
24:6,18 29:10,17 30:22
31:6,12,18,23 32:5,11,25
35:4 37:23 38:9 39:7
42:12 43:6 45:14 49:3
52:16 66:23 70:24 71:3,
4,8,25

**cases**
32:24 40:7 47:13 66:22

**CATALYSTS**
9:8 71:16

**catch**
19:24

**category**
64:4

**cause**
38:6

**causes**
21:3

causing
33:16

certainly
14:12 38:14

challenge
60:23

challenged
60:19 61:7

chance
37:3

chart
63:23,24

Chemical
42:13,23 43:2 48:3,7

Chemical's
42:19

chest
72:9

church
53:25 54:2,3

cite
42:15

claiming
56:8

claims
60:13 63:2

class
15:10,12,21 16:10,14,17
19:11 21:5,12,19 24:20
25:5 26:11 28:15 31:17
32:16,17,20 33:8,9 34:18
35:3 37:17,22 38:14
44:10 45:4,14 48:9 51:23
52:16 61:22 62:6

client
51:18

client's
38:6

closet
58:17

come
22:19 26:24

comes
40:6

coming

26:25 67:2,18

commenced
11:18 14:24 34:7 35:23

common
11:19 32:22 34:8 42:10

communicate
10:24

communicated
11:3

companies
34:14

companion
59:12

Company
12:3 50:5

Company's
49:10

compels
60:24

competent
56:14

complaint
9:14,22 10:7,11 14:21
18:17 19:3,5 20:2,7 21:5
25:10 27:6,9,12,18 29:8,
12 34:18,19 35:7,20
36:3,6,13,15,22 37:2
39:4,6,7,12,18 40:14
41:5,10,13,19,21,23 42:4
43:13 44:5,22 65:21
68:14,20 69:5 71:3,5

complaints
28:24

completion
61:5

composite
64:10

compound
57:4,5,12

concluded
73:5

concludes
72:13

conduct
26:19

conferences
24:5,10,13,17

confirmed
70:6

congressional
60:20 61:6 62:8

consecutive
33:24

consistent
54:21 72:14

construction
58:18

contained
43:19

continue
54:6 68:2

continued
61:4

continues
34:9 49:23

controls
65:9

copy
9:13 13:16 34:12

Coren
66:4,6

corner
49:14

Corporation
13:7 39:21 40:8 42:13,
22,23 43:2 60:13

correct
12:10 14:13,14,18 18:24,
25 19:5,12,18,20 20:8,
10,11,13,14 23:25 28:4,
25 29:6,9 33:15 34:23
35:4,5,8,9,11 36:5 37:19,
20 38:19 45:21,22 46:7
53:4,7 55:2,13 56:6,20
58:11 59:6 64:16 68:22
69:7 70:7 72:19,22

Correction
25:22

correspondence
27:16 65:18

couldn't
55:11

counsel
9:7 22:22 23:5 26:5,11
27:24 28:16,23 29:10,13,
18 30:4 40:17 41:18
68:10 71:15

counsel's
25:25 28:9 68:13

County
11:20 34:9 36:15 42:10

couple
20:9 68:12

course
57:2 64:11 71:2

court
11:19 16:20 34:8 42:10,
25 43:4 45:13

cover
47:17

covered
59:4

created
61:23

credible
60:23

criminal
61:18 62:8

CRMC
61:2,8 69:11,25

cross
68:5

Cuyahoga
11:19 34:8 36:15 42:10

D

D.C.
67:8

dad
53:3

damaging
33:15

dangerous
21:13,23

**date**
13:12 35:17,19 64:5

**dated**
13:16 33:21 34:13 59:17,
20 62:23 72:9

**days**
63:20

**death**
19:20 29:2 54:7

**deceased**
11:18 14:13,24 34:6
35:22,25 36:4 69:5

**December**
12:8

**defendant**
9:7 11:21 14:17 40:8
43:2,25 44:8,13,20 48:13
49:9,22 71:15

**defendants**
22:10 36:16,19 39:20
43:17 44:7 52:11

**defendants'**
9:13,23 11:11 12:19,21,
24 13:17,19 33:21,25
36:14 38:22,23 39:2 41:5
42:6 46:17,21,23 48:22
49:5,9 52:6,9 55:14,18,
23 59:8,9,12,13,16
62:14,19,22 63:23 68:15
71:18

**defer**
26:20 27:24 28:9,20

**deposed**
52:19

**deposition**
12:21 15:5 21:20 23:23
25:6,12 38:23 42:6 46:17
48:22 52:6,9,15,19 53:9
55:14 56:2 59:9,13
62:14,19 65:17 66:20
67:16 73:5

**desk**
63:10

**determine**
47:3

**developed**
11:25

**devoted**
16:25

**diagnosed**
60:9 61:17 70:5

**diagnosis**
70:6

**didn't**
19:5 29:6 38:6 46:6
51:18,22 53:2,6 55:25
56:19 57:15

**die**
12:7 30:14

**died**
19:4 30:13

**different**
45:25 48:2 55:3 62:5

**diffused**
72:12

**direct**
23:14 24:21 25:13 34:4

**directed**
25:7,25 26:5

**directing**
18:5

**disagree**
25:16

**Discovery**
46:24 49:11

**discrepancy**
65:7

**discuss**
15:24 24:16,17

**discussed**
23:20 37:18 56:19

**discussion**
13:14 22:22 33:6 65:25

**discussions**
15:21 16:9 30:6,12,22
31:21 32:4,11 59:25

**disease**
14:10 72:14,15

**dismissal**
39:3,19 42:12 44:6

**dismissed**
40:7,21 41:10,13,22

42:21 43:23

**distribute**
49:20

**doctor**
61:24

**doctors**
60:18 61:5,9,16 62:7

**document**
12:25 42:2,9 48:14
55:19,22 56:10 65:9

**documentation**
23:16

**documents**
23:23 48:25 56:8 66:11,
12,15,19 67:12

**doing**
55:11 63:21

**don't**
17:24 18:2 27:4,8,20
29:23 40:3 41:12,22
45:13 46:10 51:6 65:4
67:14 70:15

**Donna**
16:8,9,19 23:17 29:24
30:13,14 52:10,11,19
53:4 56:13 60:2 63:9
64:22 68:23 69:6

**Donna's**
18:2

**Dornbusch**
68:6

**Dr**
59:19,23 61:13 69:16,18,
24 70:4 71:19 72:8,9,18

**drawbacks**
40:16

**driving**
23:7 46:11

**duly**
9:4

**dumped**
63:11

**duty**
19:12

**E**

**e-mail**
10:18,22,25 11:4 17:11

**e-mailed**
17:13 23:15,22

**earlier**
23:20 37:18

**early**
30:15,16 67:19

**Eastern**
11:20 50:10

**eight**
17:4,8 23:19

**either**
71:9

**Elaine**
9:1,3 10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1 73:1,
5

**elements**
33:15

**employers**
49:22 50:2

**employment**
47:4,15

**Emtal**
48:3,13 51:18,21

**Engelhard**
33:10 34:15 36:18 37:22
38:8,16 39:21 40:8,21
42:22 44:14,20 45:6,11

**Engelhard's**
43:18,19,24

**entire**
9:22 20:7

**entitled**
55:20 60:12

**entity**
70:15

**error**
36:9,11

**Esquire**
43:21

**established**
27:3

**estate**
43:23 64:23,25

**et al**
12:3

**evaluated**
72:9

**evening**
67:5,6

**eventually**
46:8

**evidence**
27:13 41:15 43:19 44:12
60:22 61:3

**exact**
29:24

**exam**
68:5

**examination**
9:7 68:10,14 71:15

**examined**
9:5

**example**
48:4 50:11

**executor**
64:22

**exhibit**
9:13,23 11:11 12:19,21,
24 13:17,20 33:22,25
36:14 38:22,23 39:2,3,19
41:6 42:5,6,9 46:16,17,
21 49:3,5,6,9 50:9 52:5,
6,9 55:14,18,23 59:8,9,
12,13,16 60:11,12 62:12,
14,17,19,22 63:23 64:10
68:15 69:9,10 70:2,14
71:9,18 73:2

**exhibits**
39:8,13,15,17 48:22
49:25 70:13

**exist**
47:7

**existed**
16:2,4

**expects**
65:2

**expert**
69:10 70:4

**explain**
44:12

**exposed**
37:8,14,22 38:8,16 43:5
45:6,11 57:3

**extent**
47:6

**eyes**
40:3

---

**F**

**facilities**
46:2,3 60:18 61:5,9

**fact**
32:24 33:3 36:3,21 42:21
47:15 55:10 72:7,19

**factory**
60:7

**facts**
18:15,18 19:4,5,12 21:4
27:6,9,23 28:9 71:24
72:4

**factual**
56:15

**fair**
19:6,9 26:9,15,16,20
32:11 34:18 36:21 38:9,
12,16 45:15,18 69:6,18
71:6

**false**
41:15

**far**
14:8,11,16 28:25 52:20
57:16 65:7

**fax**
17:11

**faxed**
17:13

**February**
52:12

**federal**
60:20

**feel**
28:7

**fees**
64:6,13

**fibers**
22:5 43:20

**filed**
12:12 34:20 36:23 42:18
68:18,20 69:5 71:4

**files**
56:5

**filing**
10:13

**financial**
21:2 31:12

**find**
17:12 44:10 63:8

**firm**
34:14 56:7

**first**
10:6 11:16 26:10 29:22
30:21 31:25 32:3,10
50:10 58:20 60:11 61:20

**five**
29:25

**fix**
57:18,19

**flowers**
54:2,3

**folks**
65:24

**follow**
16:18

**follow-up**
68:13

**followed**
21:20

**following**
10:13 57:3 71:24

**follows**
9:6

**force**
23:7

**form**
11:6 12:14 14:2,19 17:2
18:6,20 19:7,14,22 20:21
21:8,15,24 22:13 23:9
24:23 26:12,17 27:10
28:2,12,17 29:4 30:7
31:7,13 32:12 33:12
34:21 35:10 36:6 37:2,24
38:10,17 40:22 43:8
44:15,24 45:7,16 48:14
51:10,25 56:21 61:25
62:9 70:8 72:20

**forth**
43:21 56:15

**forthcoming**
65:4

**forward**
37:19

**found**
63:7

**foundation**
70:8

**frame**
32:10

**fraud**
60:21

**fraudulent**
32:24

**front**
34:2 36:14 39:9,10 43:13
69:13 70:23

**fun**
53:15

**FURTHER**
71:15

---

**G**

**garden**
53:18

SHEILA E. WARE - 04/17/2018                           i7

**gardener**
53:21 54:24 55:6 57:25 59:4

**gardeners**
55:4

**gardening**
58:9

**gather**
17:11

**getting**
52:15

**give**
61:22

**given**
18:16 28:8 41:15

**go**
16:20 35:18 47:21 48:18 50:19 58:4 60:7 64:7

**goals**
21:22

**going**
15:9 22:20,21 26:25 37:19 40:11 41:25 43:14 51:17 53:13 62:16,17 63:13 67:20,25

**Good**
9:10,11

**Goodrich**
12:2 13:7 34:15 46:6,9 48:3,6 50:11,12 51:20 52:10

**Goodyear**
37:15,16 45:12,21,25 46:3,7 47:22 48:6,11 50:21 51:13,19

**grand**
60:20 61:6,17

**Great**
63:21

**group**
18:9

**guess**
32:22

**guessing**
17:5

**guy**
57:20

**guys**
63:16

---

**H**

**hadn't**
14:6 64:20

**half**
67:11,20 68:2

**Halket**
68:9

**Hall**
49:10 50:4 70:17,18

**halls**
60:8

**hand**
9:12 32:22,23

**Handed**
26:13

**handled**
37:7

**happen**
42:14

**happening**
16:5 25:17

**Harron**
59:19,23 61:13 69:16 72:9

**Harry**
66:4

**Harshaw**
42:13,19,23 43:2

**he's**
17:25 20:6 55:6 56:5

**hear**
30:11 60:3,6

**heard**
22:6 30:21,25

**hearing**
61:16,20

**hearings**
62:8

**helping**
16:8

**hidden**
33:2

**hiding**
27:13

**hobbies**
52:25 53:14

**hobby**
58:2

**hole**
58:15

**home**
54:9,16,24 55:11 56:17, 20 58:10 59:5

**honest**
18:13

**Hopefully**
67:18

**hour**
24:15 67:11,21 68:2

**hours**
16:25 17:4,8 23:19

**house**
23:17 63:11

**husband**
11:18 14:24 15:19,24 29:24,25 30:23,25 31:4, 11 34:6 35:22 60:2 69:6

**husband's**
10:4 43:23

---

**I**

**I'D**
34:2,4 46:24 53:8

**I'LL**
10:4 33:22 36:25 60:15

**I'M**
14:4 17:4 18:8 22:20,21 23:2 26:25 29:25 34:12 36:20 39:20 40:11 41:25 43:13 46:11,20 48:25 51:16,21 53:13 58:14 59:7 64:21

**I'VE**

12:19 18:16 28:24 36:13, 14 44:6

**idea**
13:18 41:13 53:5 59:23

**identification**
12:22 38:24 42:7 46:18 48:23 52:7 55:15 59:10, 14 62:15,20

**identified**
69:24 70:5,24 71:5,8 72:7

**ill**
13:24

**important**
45:5

**improvement**
54:16

**inaccuracies**
9:25 10:5 29:9

**inaccurate**
14:25 15:3,6 34:19,25 36:4 44:22

**including**
34:14

**indicating**
13:21 17:10 43:19 65:19, 24 68:16

**individual**
69:25 70:5

**information**
17:12 27:4 50:4 61:3 63:8

**informed**
20:16,18

**injuries**
56:9

**injury**
11:18 34:7 38:7

**insurers**
49:3

**interests**
32:17,20

**interrogatories**
70:15,19 71:10

**interrogatory**

47:3 62:25

**investigation**
61:18

**investigations**
60:21 61:6 62:8

**invoices**
47:5,8,9

**irregular**
72:10

**issue**
22:4 33:4

**issued**
60:25

**issues**
33:16

**it's**
9:13 19:12 22:7,15 27:2
34:25 36:11 39:18,25
40:13,17 45:5 46:22 47:2
56:10 57:13 59:12 63:24
64:4,10

**its**
47:5

___

**J**

**Jack**
42:20 60:25

**Janis**
60:25

**January**
30:15,16,20

**Jared**
10:15,16 15:18 16:12
26:10 62:24 63:13 65:22

**Jaywant**
69:10

**jobs**
56:17,20 57:2

**joint**
57:4,5,11

**judge**
45:13 60:25

**judgments**
26:21

**July**
10:8,9 15:11 16:13,24
32:6,7,9 68:21,23,25

**June**
61:2

**jury**
60:20 61:6,18

___

**K**

**keep**
12:18 20:16 34:2

**kind**
52:24 53:14,15 65:16

**Kluznik**
42:20

**knew**
52:25

**know**
10:2 12:12 13:18 14:8,
11,16 16:2 17:22,24,25
18:2,13,14 19:4 27:16,
17,23 29:23 36:18 37:13
40:11 46:2,4,5,10 51:6,7
52:21,24 54:9 56:4,7
57:11,16 64:25 65:4
67:15 69:22 70:15

**knowing**
16:4

**knowledge**
12:16 16:5 18:18 22:22,
25 27:3,8,12,20 28:9
32:2 36:20 41:22

**known**
47:22 64:20

**KUZMIN**
11:6,12 12:14 13:21
14:2,19 17:2 18:6,20
19:7,14,22 20:21 21:8,
15,24 22:13,20 23:9
24:23 25:23 26:12,17
27:10 28:2,12,17 29:4
30:7 31:7,13 32:12 33:12
34:21 35:10,14 36:6,25
37:24 38:10,17 39:23
40:3,10,15,22 42:8,14,17
43:8,11 44:15,18,24
45:3,7,10,16,19 48:14
49:15 51:10,25 53:10

56:21 61:25 62:9 65:6
68:7,11 69:21 70:10,18,
22 71:13 72:20,24 73:3

___

**L**

**lasted**
24:12

**law**
56:7

**lawsuit**
11:19 12:2,12 13:22
14:16 18:15,19 21:21
34:7,8,13,20 43:24

**lawsuits**
60:9

**lawyer**
10:15 15:16,17 17:25
18:2

**lawyers**
10:24 17:9,17 23:8 24:6
25:16,20 27:5,23 31:22
32:4 51:17,21 63:2 67:3

**lawyers'**
26:20

**leading**
69:19

**learn**
15:9,12 29:22 37:21 41:8

**left**
63:10,24 72:13

**legal**
24:18

**legally**
56:14

**let's**
48:18 52:4 58:4 62:12

**letter**
62:22 63:4,5 69:11

**liked**
52:25 53:5,17 58:12

**line**
53:14

**listed**
42:15 60:19

**litigation**
18:5 20:16 23:8,14 24:21
25:7,13,17,21 26:6,19
27:25 28:10 49:23 60:3,
23 61:7

**LLC**
9:8 55:21 71:16

**locations**
47:4,9,12,14

**long**
24:12 65:25 67:10

**longer**
61:8

**looked**
20:3 36:22 39:15 44:6
65:19

**looking**
63:13

**looks**
63:6

**Loral**
47:22

**lot**
53:25 54:2

**lots**
50:16

**love**
55:5

**lower**
49:14 72:11

**lunch**
67:20,21,24,25

**lung**
72:11

___

**M**

**Magnesia**
11:21

**Magnesium**
50:10

**mail**
10:19,20

**mailed**
23:15

**making**
21:3 37:15

**Management**
60:13

**manufactured**
21:7,13 33:5

**manufacturers**
11:24

**mark**
42:5 46:16 52:4 59:11
62:12,16

**marked**
9:13 12:22 38:21,24 42:7
46:18,20 48:23 52:7
55:15,17,23 59:10,14
62:15,20 68:15

**marking**
59:8

**Master**
46:24 47:2 49:10

**material**
43:17

**materials**
25:11 57:4

**matter**
43:7

**matters**
27:25 28:10

**MDL**
60:23 61:2

**mean**
9:19

**measure**
55:5

**mechanic**
59:5

**mediation**
29:17,19,22 30:2 31:22

**medical**
59:18 60:15 69:17 71:24
72:4,7

**medium**
30:3

**meeting**
67:10

**meetings**
60:8

**members**
32:20 33:9 62:6

**mention**
36:24

**mentioned**
20:4,6

**mesothelioma**
70:6

**met**
67:3,23

**mid**
72:11

**Mike**
66:4

**mine**
23:17

**mineral**
22:8

**minutes**
24:15

**mischaracterizes**
35:15

**misrepresentations**
43:16

**Mm-hmm**
9:16 10:21,23 12:5 15:4
23:21 27:19 29:21 33:7
36:12 41:7,20 67:7

**Mogadore**
54:10,11,12

**money**
56:9 64:20 65:2

**months**
31:24,25 32:3 60:25

**morning**
9:10,11 67:4

**moved**
23:17 63:9

**multi-defendant**
44:22

**multi-plaintiff**
43:25

**multi-talc**
43:25 44:8,13

**multidistrict**
60:22

**multiple**
46:3

**multiple-page**
42:9

---

## N

**name**
10:4 13:3 56:13

**named**
40:6 47:4,14

**naming**
11:21

**narrative**
59:20 72:13

**National**
60:3

**necessarily**
47:16

**needed**
63:16

**negotiating**
11:25

**nephew**
67:22

**never**
37:22 38:7 39:15 48:12
57:23 58:20,22,23,25
59:3

**new**
58:16

**night**
62:23

**Nodding**
27:15

**Nos**
12:24 33:23 42:11 46:21
49:4,6 55:19

**Notary**
9:5

**notation**

47:22 50:20

**notations**
48:3

**noted**
47:15 71:24

**notes**
72:10,12

**notice**
9:25 10:5 15:6 19:12
39:2

**number**
13:18 36:16 39:20 65:9
69:18 72:8

**numbers**
33:23 63:25 64:8 65:8
70:24

**numerous**
39:12

**Nutrition**
55:21

---

## O

**object**
11:6 12:14 14:2,19 17:2
18:6,20 19:7,14,22 20:21
21:8,15,24 22:13 23:9
24:23 26:12,17 27:10
28:2,12,17 29:4 30:7
31:7,13 32:12 33:12
34:21 35:10 36:6 37:2,24
38:10,17 40:22 43:8
44:15,24 45:7,16 48:14
51:10,25 56:21 61:25
62:9 72:20

**Objection**
69:19 70:8

**obligation**
20:15,17

**obligations**
16:17

**obtained**
50:4

**occasional**
24:7

**offer**
31:6

office
10:17 15:18 65:23
Oh
37:5 48:8
Ohio
40:6 46:2 56:5
okay
10:6,17,24 11:14 12:9
13:24 18:4 23:4,13 25:3,
5 26:2 27:17 28:22
30:20,25 31:4,25 33:24
34:12 36:13 39:5,11,17,
18 40:15,17,20 41:8,25
42:4 46:6,14 49:7 53:4,8,
23 55:3,10,18 56:6,9,11,
25 57:11 58:3,9,19,23
59:2,4,7,16 60:6 63:8
64:25 65:5,11 66:25
67:3,10,12 68:17,25
69:4,8,12,22,24 70:11,
12,18,23 71:2,12,13
72:18
old
57:17 58:14
omissions
43:17
one-page
55:19 63:24
ongoing
16:7
opacities
72:11
open
33:25 34:3
opposed
43:6 56:10
order
47:3 61:2
original
49:6
outside
22:25 58:2 67:24

P

P-WMS-0003796
55:20

page
10:4 11:12,13 13:3,7
39:23,25 40:4,12 42:13,
14 43:15 49:13 50:11,19
53:9,10,13,14 60:11,12
71:21,22 72:8
pages
66:22
paperwork
16:21
paragraph
11:10,16 13:19 14:22
15:6 33:25 34:5,19 35:18
37:5,7 43:13,15 56:16
57:2 59:18
paragraphs
20:3,9,12
Pardon
11:8
Parmar
69:10,18,24 70:4 71:19
72:8,18
part
11:16 43:14,24 56:8
particular
59:18
particularly
43:22
parties
30:6 64:5
parts
9:18,19 37:16
party
44:2
passed
15:19 35:8,16,17,19
PASTERNACK
66:4
patch
57:22 58:15,23
pathology
70:4
pause
61:23
penalties
9:4

Pending
61:5
Pennsylvania
10:15
people
18:9 21:14 38:15 54:18
55:4
perform
54:15 56:19
performed
56:16
period
47:17,18
perjury
9:4
person
30:3
personal
18:18 27:8,20
pertains
65:7
pertinent
63:15 71:24 72:4,7,19
phone
15:14,15 17:9 24:5,8,9,
13 65:23 66:7,12,13,14
68:7
phrase
60:3 72:5
Pita
11:21 47:5,10,17 70:20
71:9
Placitella
10:16 15:20 16:12 26:10
28:7,8 62:24 66:2
Placitella's
15:18 65:23
plaintiff
11:17 12:6 14:23 34:6
35:22 43:22
plaintiffs
24:9 35:3 37:7 40:6 47:5
68:10
plaintiffs'
29:10,13 39:4 42:3 46:23
47:14 49:2,10,22 50:2

64:4
planting
54:3
Pleas
11:19 34:8 42:10
please
26:3 34:3 52:5 62:13
pleural
72:13,14
point
16:13,16,20
position
62:6
positive
46:11
possession
17:13 23:16
possible
31:15
possibly
16:20
potentially
11:24
practice
11:22
predecessors
11:20 43:24 44:2
prejudice
40:8
premarked
12:19
premises
43:6
preparation
55:25 65:17
preparations
15:5 52:15
prepared
21:20 45:12 56:7 60:18
61:4,8
preparing
66:20
presented
60:22

SHEILA E. WARE - 04/17/2018

i11

**previous**
35:15

**previously**
9:12 33:3 35:18

**prior**
15:20 18:17 19:2 42:20

**privilege**
22:23

**privileges**
61:24

**probably**
57:14,17,18

**produce**
50:6

**produced**
47:17 49:2

**product**
11:24 21:3,6,13,23 22:4
38:6 43:18

**productions**
64:3,4

**products**
37:8,9,13 49:21 50:3

**profusion**
72:12

**programs**
11:23

**Project**
60:4

**proposal**
31:12

**protect**
32:17,19 33:9

**proven**
33:14

**provided**
23:22

**Public**
9:5

**pull**
71:18

**purchased**
50:12

**pursuant**

40:6

**pursue**
37:23 38:9

**put**
33:22 36:14 56:8,11
58:16 62:5 70:11

**putting**
57:24

---

**Q**

**quantities**
50:3

**question**
23:2 25:24,25 26:2 35:13
49:11,19

**questioned**
71:3

**questions**
23:15,24 40:18 67:14
68:13 72:23

---

**R**

**Ralph**
12:2,6,9,13 13:4,24 14:9
20:10 35:7 36:15 39:19
40:12 42:12 52:10,22
53:15 54:9,13 57:3 59:17
60:2 61:17 68:25 69:5

**Randolph**
13:6

**Ray**
59:19,23 61:13 72:9

**re-cross**
71:14

**read**
9:17,22 10:6,11 14:21
16:21 17:11 18:16 19:3
20:2,12 28:24 29:13
39:6,7,9 41:18 48:10
60:15 65:18 66:17,24
69:22 73:3

**reader**
59:19 69:17

**reading**
18:17 19:2 21:5,21 25:8,
10 27:16,17 29:8,11,12,

13 41:4,21

**reads**
11:16 49:19 56:16 72:8

**ready**
52:16

**realize**
15:3

**realtime**
69:4

**Realty**
11:21 70:20 71:9

**Reasonably**
43:15

**reasons**
27:24

**receive**
65:2

**received**
61:3 62:23

**recessed**
33:18 48:20 58:6 65:13

**recognize**
9:15

**recollection**
54:22 61:16

**reconvened**
33:19 48:21 58:7 65:14

**record**
13:13,14 33:17,22 36:25
48:19 58:4 69:17 72:25

**records**
50:5 51:20 59:18 61:23

**recovery**
20:25

**recreation**
53:16

**recruited**
26:10,15 28:6 60:7

**redoing**
57:24

**reference**
56:25 61:12 69:16

**referenced**
37:9

**references**
39:12 59:19

**referred**
47:9

**refers**
36:4

**reflected**
35:19

**regard**
68:14

**regarding**
24:6 31:22 32:4,11 43:17
59:17 60:14 62:25

**regards**
69:8 70:13

**regular**
10:20 24:5

**relates**
13:19

**relationship**
64:11

**reliability**
60:17

**relief**
20:20

**relying**
43:16 61:23 62:6

**remember**
33:6 55:11

**remodeler**
54:24 55:8

**remodeling**
54:16 55:12 56:17,20
58:10

**repair**
56:17,20 57:15 59:5

**report**
59:16,19 60:12 69:10
71:19

**reports**
60:15,17,24 61:4,7,8
70:2

**represent**
32:24

**representative**
15:10,13 16:14,17 19:11
21:6,12,19 24:21 25:6
26:11 28:16 31:17 32:16
33:9 37:17,23 38:15
43:21 44:11 45:4,14 48:9
51:24 52:16 61:22

**representatives**
32:18 35:4

**representing**
32:21 50:2

**Requests**
46:24 49:11

**Resolution**
60:13

**resolve**
31:12

**respect**
35:6

**response**
47:2 48:10,11 49:2

**responses**
47:7 49:10 62:25 70:14

**responsible**
11:24

**retired**
46:13,14

**returning**
25:9,10

**revealing**
25:15

**review**
66:12,18,20

**reviewed**
47:5 66:19 69:17

**reviews**
71:23

**right**
13:21 14:6 20:4 22:18
40:10,17 45:20 46:15
48:6 49:19 51:16 52:4
53:6,10 59:7 64:21 65:21
66:25 67:2 68:12,16 71:2
72:12

**right-hand**
49:14

**rip**
55:5

**road**
13:6 67:25

**role**
18:4,11 28:15 51:23

**room**
68:2

**Roth**
66:5

**Rule**
40:6

_____

**S**

**sale**
21:22 33:10 37:19

**sales**
47:6,10,11,15,16,24

**samples**
51:7

**sanding**
57:20

**save**
64:8

**saw**
14:22 39:11 51:19 52:24
58:20,23

**saying**
58:14

**says**
13:7 20:10 34:5 35:21
37:7 40:5 43:15 44:7,8
47:3,23 49:25 53:14
56:13 57:2 60:17 68:18
71:23

**screening**
60:18

**second**
9:14 39:4 40:13 41:5
42:3 43:12 58:5 60:12
65:21 68:20 71:21

**see**
12:4,25 13:9 15:18 33:24
34:10,16 36:16 37:11
40:3,10 44:3,7 47:19,23
48:5 49:25 50:7,11,14,

17,22,25 51:4,8 53:19
54:4,19 55:25 56:17
57:6,8 59:21 61:10,13
64:2,14 68:16,18,21
70:23 71:8 72:2,4,16

**seen**
9:20 25:20 28:24 52:14
55:22 57:23 63:4

**sell**
49:20 51:18,22

**selling**
22:10,12

**send**
63:19 66:11,14

**sent**
10:12,14 25:8 29:11,13
41:4 63:6,14

**sentence**
14:22 44:21 71:22

**September**
60:14 72:10

**serving**
21:5

**set**
43:21 56:15 70:19

**settle**
31:18

**settled**
44:20

**settlement**
11:23 30:5,11,21 31:2,5,
22 32:5,11 43:25 44:8,
13,23 63:2 64:5,6

**settlements**
64:7,12 65:3

**Sheila**
9:1,3 10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1

69:1 70:1 71:1 72:1 73:1,
5

**shelf**
58:16

**shipments**
47:4

**shipped**
47:8,12 50:12,25 51:4

**shipping**
50:5 51:19

**shocking**
64:18

**shouldn't**
38:9,14

**show**
12:18,19 38:21 41:25
42:25 43:4 45:5 46:15
51:16,17,21 55:17 59:7
67:12

**showed**
44:5,6

**showing**
25:6,12 34:12 46:20
48:25

**shown**
23:23 36:13 47:11 69:8
70:14

**shows**
48:11 64:10

**sic**
66:6

**sick**
14:9

**side**
70:11

**sides**
30:4

**sign**
16:21 25:12 46:9 73:3

**signature**
73:4

**significant**
51:23

**signing**
25:8,11

**silica**
60:22 61:2

**similar**
65:19

**similarly**
59:2

**sit**
41:12

**six**
31:24,25 32:3 35:3

**six-month**
32:10

**skipped**
72:25

**small**
72:10

**soapstone**
49:21

**sold**
33:5 47:18 48:5 50:3

**solely**
47:13

**son**
67:23

**sorry**
37:5,6 39:21 40:13 62:17

**source**
41:8

**speaks**
36:7 37:2 38:5 48:15

**spent**
54:2

**spoke**
17:9 33:3 65:22

**spokesperson**
18:8,12

**spouse**
56:16

**stand**
45:13

**start**
46:25 53:13

**started**
16:19

**state**
47:10

**status**
20:16 24:6

**stay**
20:18 67:21

**stolen**
63:11

**stop**
21:22

**stoppage**
21:2

**stopping**
33:10 37:18

**strategy**
24:18

**strike**
64:16

**studies**
71:23

**subject**
22:23 60:19 61:17 62:7

**subpoena**
49:2

**substance**
25:19,24

**substituted**
33:21

**sued**
36:19

**supervise**
29:10,14

**supervising**
28:16,21,23

**supplement**
62:24

**Supplemental**
46:23 47:2

**suppliers**
11:25

**support**
31:18 61:3

**sure**
26:5 29:25 39:24 63:22

71:7

**suspended**
61:24

**suspension**
60:14,24 62:7

**sworn**
9:4

**Systems**
47:23

---

**T**

**T.H.**
55:20

**take**
48:18 58:20 65:11

**taken**
52:19

**talc**
22:6,7,10,17 27:13 32:25
33:4,10 36:19,24 37:6,9,
13,19,22 38:8,16 43:6,
18,19 44:7,20 45:6,12
47:4,18 48:5,12 49:21
50:10,16 51:18,21,22

**talk**
17:16

**talked**
17:19 29:24 30:23 65:19

**talking**
31:4 58:9,19

**task**
32:22,23

**tell**
14:24 17:7 18:13 23:13
45:13 55:10 65:16

**telling**
24:16 31:20

**ten**
24:15

**terms**
26:19 28:22 32:16 33:10
34:20,25 35:7 66:19 69:4

**testified**
35:16,18

**testify**
9:5

**testimony**
35:15

**Thank**
63:17 68:4 70:18

**thanks**
63:21 67:18

**theories**
20:20,25

**there's**
13:3 20:9 22:24 36:23
44:12 46:3 50:10,16,20
56:25 67:20,25 71:22

**they're**
55:3

**they've**
25:8,11

**thickening**
72:13

**things**
17:10 24:2 25:8 53:15
55:5 57:22

**think**
32:23 33:8 35:14,16,17
39:25 57:13 59:4 62:23
65:11 67:16,21 70:17,21

**thinking**
63:15

**third**
39:25 50:19

**thought**
46:8 64:8 72:18

**three**
24:2 51:7 63:20

**time**
10:6 16:20 30:21 32:2,3,
10 53:17 54:2,6,16 64:9

**tire**
60:6

**Tireworkers**
60:3

**today**
16:24 21:13 32:9 33:11
41:12 42:20 66:21

told
25:16,20 41:17 66:16

Tom
42:19 43:21 56:5

tons
48:4,5 51:20

top
68:18

total
64:5

traffic
67:19

tried
57:18,19

true
19:13

try
58:15,23

trying
31:18

tub
63:9,12,14

TUNIS
68:9

turn
11:10 13:6,11 37:6 39:24
43:14 46:24 48:2 49:11
50:9 53:8 61:12 71:21

turning
43:12

turns
44:19

two
51:3 60:25 70:24

type
36:9,11 54:17,25 55:6,8

**U**

uncovered
41:16 63:3,14

underlying
18:14 27:6,9

understand
18:11 27:6 29:18 30:5

31:11 40:20 45:20 52:18

understanding
16:16 20:19 21:4 22:9,19
27:5 29:16 30:2 31:5
42:21

union
60:8

unknown
64:18

use
37:15 68:2

**V**

various
34:14

vehicle
58:14,16

versus
12:2 13:7 52:10

view
11:23 21:12 28:15

Virginia
67:16

voluminous
50:5

voluntarily
43:23

**W**

waived
73:4

want
45:14

Ware
9:1,3,10 10:1 11:1,17
12:1,2,6,9,13 13:1,4,16,
24 14:1,9,23 15:1 16:1,8,
10,19 17:1 18:1 19:1,4,
20 20:1,3,10 21:1 22:1
23:1 24:1 25:1 26:1 27:1
28:1 29:1,2 30:1 31:1
32:1 33:1 34:1,2,6 35:1,
7,22 36:1,15,19,23 37:1,
13,21 38:1,7 39:1,19
40:1,4,12,20 41:1,9,13,
22 42:1,15,21 43:1,5,22

44:1,11,14,19 45:1,5,11,
21 46:1 47:1 48:1,12,25
49:1 50:1 51:1,6,13 52:1,
10,12,18,19,22 53:1,4
54:1 55:1,11 56:1,13
57:1,3 58:1 59:1 60:1,2
61:1,17 62:1 63:1 64:1,
22 65:1,16 66:1 67:1,15
68:1,12,23,25 69:1,5,6
70:1 71:1,4 72:1 73:1,5

Ware's
23:17 42:12,18 54:22
59:17 70:6

wasn't
14:13 35:25 53:16 54:17
57:19,20 63:11 66:3

way
13:25 39:6 52:21

we'd
64:8

we'll
13:16 42:5 46:16 73:3

we're
58:19 62:16 65:11 70:12

we've
33:21 63:24

week
63:20 66:10

welcome
63:18

went
63:10

West
67:16

Westfall
66:23

what's
9:12 30:2 35:12 43:5
46:20 55:17,22 65:8

Who's
23:7

wife
53:5

Williams'
15:21 16:10

wisdom

27:4

withdrawn
14:7 15:8 19:2 24:8 32:2
35:2 37:17 43:3 59:3
66:18

WITNESS
11:14 12:16 13:22 14:4
17:4 18:8,22 19:9,16,24
20:23 21:10,17 22:2,15
23:4,11 24:25 26:2,13
27:12 28:13 30:9 31:9,15
32:14 33:14 34:23 35:11
36:9 38:2,12,19 40:24
43:10 44:17 45:2,9,18
48:17 49:17 52:3 53:11
56:23 62:3,11 66:6 69:20
70:9 72:22

won
32:25

won't
23:4

wondering
10:12

word
36:24

words
25:19

work
46:6 54:13,16,18 55:12
57:15,23 58:2,12

worked
45:21 46:7,12 48:12
51:13 53:25

workers
60:7

working
30:3 53:16

wrong
10:4 35:7,12

**X**

x-ray
72:9

**Y**

yeah

10:10 24:14 32:8 38:5,6
49:17 64:19 65:10,22
70:21

**year**
10:8 29:23 47:17 50:4

**year-end**
47:6

**years**
11:3 26:25 29:19,20,25
45:22,23 51:7

**yesterday**
67:4

**you'd**
67:21

**you're**
22:24 61:20,23 63:18
64:21 67:19,22

**you've**
23:13,22,23 37:3 39:15
57:23

--------- **Z** ---------

**zones**
72:11