Exhibit BB

# Firm Resume
# Cohen, Placitella & Roth, P.C.

Cohen, Placitella & Roth's (CPR) practice is devoted to complex, high-stakes litigation. The Firm specializes in regularly prosecuting and trying a variety of complex cases before judges and juries, as well as administrative or arbitration tribunals, in a wide array of areas from mass tort and catastrophic personal injury cases to antitrust, securities and derivative cases, environmental, subrogation and consumer fraud litigation.

Established in 1973, CPR has considerable professional experience in complex mass tort and environmental litigation in addition to securities, anti-trust and consumer fraud and abuse matters. It has the legal expertise and financial resources to investigate, litigate and resolve the most sophisticated cases. CPR members have represented the State of New Jersey and the Commonwealth of Pennsylvania, other public bodies and institutional investors in mass tort, fraud, securities and other litigation, such as New Jersey's tobacco litigation and the Commonwealth's current MTBE litigation concerning the pollution and damage of over 6,000 sites located throughout the Commonwealth. CPR is highly sensitive to the special responsibilities it undertakes in such matters, and works to promote justice and obtain fair, efficacious and timely remedies. The firm is very proud of the results its members have achieved over the years in representing thousands of individuals and millions of class members, recovering in the aggregate many hundreds of millions of dollars for individuals and class members. And in two cases the firm's members jointly prosecuted with other firms and played significant roles, the Tobacco and the AHP Diet Drugs litigations, billions were recovered. These results provide tangible evidence of CPR's professional philosophy, legal skills and commitment to justice.

CPR is recognized as one of the premier trial law firms in the country by its peers and by the editors of the US News and World Report who have listed the firm in its annual Best Law Firm Editions. While widely known in New Jersey and Southeastern Pennsylvania for taking on difficult or ground-breaking cases and for its achievement of

exceptional results in complex bilateral cases involving mesothelioma, cerebral palsy, auto crashworthiness, environmental harm, toxic workplace injury and catastrophic construction accidents, the firm also enjoys national recognition for many achievements in aggregate litigation matters. We are highly committed to aggregate litigation matters in all forms, including class actions, mass tort litigation, bankruptcy creditor plans, settlement trusts, and shareholder litigation.

CPR attorneys serve or have served in leadership positions in many significant aggregate litigation consumer, securities and mass tort matters, including: *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices And Products Liability Litigation*, MDL No. 2738 (appointed to serve as Plaintiffs' Liaison Counsel by Judge Wolfson); the New England Compounding Center fungal meningitis epidemic litigation (elected co-chair of the Official Creditors Committee); the Avon Shareholders' Derivative Litigation, the Pelvic Mesh MDL Litigation (appointed to Plaintiffs Steering Committee ("PSC")); *In re Diet Drug Litigation* (appointed co-class counsel in national class action and in certified state class actions in New Jersey and Pennsylvania; member of national settlement negotiation team and served as the State Court litigants liaison on the Settlement's interim claims administration trust and permanent claims facility); Evergreen Ultra Short Fund Term Fund Securities Litigation (lead trial counsel); the Pediatric Paxil Third Party Payer Litigation (co-class counsel); the Toprol Indirect Purchaser Anti-trust Litigation (co-class counsel); *In Re: Silzone Product's Liability Litigation* MDL (PSC member); the H&R Block Rapid Refund (RAL) litigation (co-class counsel); *In re Gems Landfill Superior Court Litigation* (co-class counsel); *In Re: Kremer Municipal Well Litigation*, (co-class counsel); the Ocwin National Bank mortgage payoff litigation (co-class counsel), the Fisher-Price Hot Wheels recall litigation (co-class counsel) and numerous New Jersey consumer auto title fee overcharge litigation cases. Cohen, Placitella & Roth has successfully represented the Commonwealth of Pennsylvania

in its securities litigation against Citibank, in its Vioxx government program cost recovery action and in the Ryerson Station Dam Mine Subsidence damage incident (which settlement for the dam damage was ranked the largest in the Commonwealth for the year in which was made), all of which involved protracted and aggressive litigation with Fortune 500 companies. The firm has also represented many government and union funds, as well as individuals, in securities fraud class actions alleging violations of federal securities laws, shareholder derivative suits, mergers and acquisition litigation, and in individual cases, including opt-out litigation.

Among other successful aggregate litigations results, the firm helped negotiate a $3.75 billion settlement, then one of the largest settlements in the nation involving a single company in a product liability case, against the maker and the marketers of the diet drugs Pondimin and Redux. More recently as part of the firm's representation of the victims of the NECC fungal infection outbreak, its served as co-chair of NECC's Chapter 11 Official Creditors Committee and, in conjunction with the NECC MDL PSC members and NECC's Chapter 11 Trustees, negotiated settlements with major national and state level potentially responsible parties that provides up to $200 million in payouts to hundreds injured during a national meningitis epidemic that killed at least 64 people and drove NECC into bankruptcy. Our representation of the Commonwealth of Pennsylvania in its Vioxx cost recovery action achieved a $8.25 million settlement with Merck, Sharpe & Dohme, and the firm's efforts achieved a $36 Million Dollar settlement to restore a state park dam damaged by a major natural resources company which had denied that its mining operations had caused ground movement damage to the massive structure. The firm's efforts as lead trial counsel in a securities class action led to a $25 Million securities fraud settlement with former Wachovia Bank mutual fund subsidiary Evergreen Securities, shortly prior to the start of trial

3

before the United States District Court for the District of Massachusetts.

In sum, the attorneys of CPR have produced outstanding results for CPR's clients where it counts – in the courtroom. CPR's practice and long history of success sets it apart from many of its peers. Notably the firm prides itself on taking on worthy, but difficult causes which many people think can't be won, and then through our legal skills, perseverance and professionalism achieve victory for their clients.

The CPR attorneys who have been and will be involved in the prosecution of the *Williams* case include:

**Christopher M. Placitella** (Shareholder): Chris is chairman of the CPR's Toxic and Mass Torts Litigation department. He concentrates his practice on asbestos and toxic substances liability litigation, representing individuals, communities, governments and unions and their members in pollution, injury and disease cases. In addition, he represents individuals injured by defective products, defective drugs, as well as through the inhalation or ingestion of toxic substances, and deceptive and abusive consumer practices. Chris also advises numerous labor unions and consumer organizations concerning issues relating to occupational safety and health. Chris further represents individuals, governmental entities and companies seeking to recover for economic loss or property damage sustained as a result of wrongful conduct of others.

Chris served as lead co-counsel in a talc case brought against Johnson & Johnson that resulted in a jury awarding $ 750 million.

Chris served as part of the attorney team representing the State of New Jersey against the tobacco industry and helped achieve the largest settlement of any kind in the history of New Jersey totaling $7.6 billion.

Chris helped negotiate what is believed to be the largest settlement in the nation involving a single company in a product liability case. The

$3.75 billion settlement involved the diet drugs Pondimin and Redux. He was appointed co-class counsel in both the state and national level class certifications that occurred during this litigation,

Chris is nationally known for fighting for the rights of asbestos victims. He has won numerous trials for asbestos victims in New York and New Jersey. He participated as trial counsel in the largest consolidated asbestos trial in New York City history, as well as obtained the largest punitive damage verdict against an asbestos company in New Jersey's history.

Chris also participated as one of the lead trial counsel in the largest environmental tort settlement on behalf of individuals in New Jersey history in the amount of $38.5 million.

Mr. Placitella also serves or served as:

- Liaison counsel in the Ovarian Talc MDL presided over by Honorable Freda L. Wolfson
- Former President, New Jersey Trial Lawyers (ATLA-NJ)
- Member, Steering Committee for National, Multi-District Asbestos Litigation
- Special Counsel to all State Court Litigants in the National Diet Drug Litigation
- Class Counsel, Johns Manville Class Action Suit
- National Co-Class Counsel in federal MDL Diet Drug Litigation
- Class Counsel, New Jersey Diet Drug Litigation
- Frequent lecturer on public health issues and the law
- Frequent lecturer for Continuing Legal Education Courses relating to mass torts, courtroom technology and products liability
- Author of numerous articles on toxic tort litigation and editor of the New Jersey Mass Tort and Class Action treatise published by the New Jersey State Bar Association.

**Awards**

Chris received the "Gold Medal", the highest award that can be bestowed on a New Jersey trial attorney by his peers for his dedication in fighting for the rights of victims of environmental pollution.

5

Chris was also awarded the "Pioneer Award" by Consumers for Civil Justice (New Jersey's largest consumer advocacy organization) for his fight for the rights of New Jersey consumers and tort victims.

The New Jersey White Lung Association also presented Chris with the "Meritorious Service Award" for his fight for the rights of asbestos victims.

Chris was elected by his peers as one of the Best Lawyers in America.

The National Law Journal named Mr. Placitella the Top Toxic and Mass Tort Lawyer in New Jersey.

Chris was nominated as National "Trial Lawyer of the Year" for his work in representing lead poisoned children.

**Consumer Advocate**

Chris is involved in volunteering his time to numerous consumer advocacy groups to fight for the rights of people who suffered because of corporate misconduct. He serves on the National Board of Trial Lawyers for Public Justice, as Counsel to Consumers for Civil Justice, Vice President of the New Jersey Public Interest Law Center, Advisor to Workplace Environmental Counsel and Advisor to the Coalition to End Childhood Lead Poisoning.

**Publications**

Chris is the Editor in Chief of the NEW JERSEY MASS TORTS & CLASS ACTIONS TREATISE (New Jersey State Bar Association Institute of Continuing Legal Education 2d. Ed. 2020), and the author of two chapters:

- Christopher M. Placitella & Jared M. Placitella, *Damages & Remedies*, in NEW JERSEY MASS TORTS & CLASS ACTIONS TREATISE (New Jersey State Bar Association Institute of Continuing Legal Education 2d Ed. 2020)

6

- Christopher M. Placitella & Jared M. Placitella, *Statute of Limitations*, in NEW JERSEY MASS TORTS & CLASS ACTIONS TREATISE (New Jersey State Bar Association Institute of Continuing Legal Education 2d Ed. 2020)

**Bar Admissions**

New Jersey and U.S. District Court, District of New Jersey, 1981;
New York, U.S. District Court, Southern District of New York, 1981

**Education:**

J.D., Syracuse College of Law, cum laude (Law Review and Legal Honor Society), 1981
B.S., Fordham University, summa cum laude, 1978

**STEWART L. COHEN** (Shareholder) is a highly accomplished trial lawyer representing plaintiffs in personal injury, products liability, professional negligence, consumer, antitrust, securities, complex commercial and insurance cases, as well as class actions. Born in Philadelphia, Pennsylvania, Stewart was admitted to the Pennsylvania Bar in 1977 the New York Bar in 1989, and more recently to the New Jersey Bar. He has also been admitted to various Federal District Courts throughout the United States, as well as the United States Court of Appeals, Third Circuit and United States Supreme Court. He has been appointed class counsel in numerous class actions the firm has been involved and has served as the lead trial counsel in a number of them.

Stewart has been selected by his peers as being among the Best Lawyers of America®. Stewart was recognized in the National Law Journal for his results in the "Top 100 Verdicts in the United States" in 2005 and in the "Top 20 Personal Injury Awards of 2009" by the New Jersey Law Journal. IN 2015 Stewart has represented clients in numerous medical malpractice, products liability, and personal injury trials that have resulted in recoveries that have changed the lives of his clients. He was also lead counsel in ground-breaking national class action settlements representing shareholders and union health and welfare funds.

7

Stewart is a 1973 graduate of the Pennsylvania State University, B.A. with *High Distinction* in the Honors Program, and was elected to Phi Beta Kappa. He graduated from Temple University School of Law in 1977., Stewart was honored with the Distinguished Alumni Award of the Pennsylvania State University (2007), and was the speaker at the Pennsylvania State University, Stewart has been involved in many community and bar association activities including:

- Disciplinary Board of Supreme Court of Pennsylvania, Member (April 2007 - 2013);

- Injury Association of Pennsylvania, President and Board Member (2001 - Present); and

- United Cerebral Palsy of Philadelphia and Vicinity, Vice President and Board Member (2002 - Present).

Stewart has also served on Judicial Selection Commissions for the judges and magistrates of the United States District Court for the Eastern District of Pennsylvania, and currently serves on the Pennsylvania State Board of Law Examiners.

Stewart has also had a number of legal articles and a book chapter published, including: "Liability of Insurance Sales Professionals for Negligent Errors and Omissions, A Review of Pennsylvania Law", Pennsylvania Bar Assn Quarterly, Vol. LXX, No.2, April 1999; "Human Engineering in Civil Torts Proceedings", Handbook of Psychology and Law, Publisher, Springer-Verlag, 1992; "Subrogation", Risk Management, Volume 37, No. 5, May, 1990; "Resolving Insurance Coverage Disputes in Pennsylvania Through Principles of Tort Law", Pennsylvania Bar Assn. Quarterly, Vol. LX, No. 4, October, 1989; "Subrogation: The Recovery Route", Best's Review, Property/Casualty Edition, Volume 90, No. 3, July 1989; "Contributory Negligence by Any Other Name is Still Inadmissible in a Strict Liability Claim", The Barrister, Volume XV, No. 4, 1984.

Stewart is frequently asked to speak on various subjects **at** the request of the Pennsylvania Bar Association, the Philadelphia and

8

Pennsylvania Trial Lawyers Associations (now called the Association for Justice) and the Brain Injury Association of Pennsylvania at various occasions and as part of continuing legal education seminars on complex litigation and ethics.

**HARRY M. ROTH** (Shareholder) is a graduate of Franklin & Marshall College where he received his B.A. in 1980. Harry received his law degree from 1983 from Hofstra University, and he also received a Masters in Law (L.L.M.) in Trial Advocacy in 1994 from the Temple University School of Law. Harry was admitted to the Pennsylvania Bar in 1983 and the District of Columbia in 1985. He is also admitted to practice in U.S. District Court, Eastern District of Pennsylvania and the U.S. Court of Appeals, Third Circuit. He has been admitted proc hac vice to numerous courts, including the United States District for the District of New Jersey.

Harry is an experienced trial lawyer representing plaintiffs in a wide array of complex litigation, including medical malpractice, personal injury, environmental, consumer, products liability, professional negligence, mass tort and securities litigation. He has over thirty years of experience in complex litigation and has achieved by way of verdict or settlement several multi-million awards, including a $3.25 million recovery for a teacher seriously injured due to the medical negligence of her doctors in failing to properly administer anesthesia; a $7.5 million dollar recovery for a young girl who suffers cerebral palsy as a result of an untimely performed cesarean section delivery; a $933,000 verdict against a neurosurgeon who misplaced a shunt during brain surgery (later settled for $1.2 million); and, an $890,000 judgment in a products liability case claiming that a defectively designed high-speed roll up door struck a worker, causing him to suffer a mild traumatic brain injury with permanent cognitive deficits. Harry served as co-chair of the NECC Bankruptcy Official Creditors Committee and co-chaired the teams of lawyers which negotiated several large components of the state clinic settlements as well as national defendant

9

settlements. Harry also served as the lead counsel to Commonwealth's Department of Aging in its Vioxx cost recovery action. Harry additionally served as co-counsel representing the Philadelphia School District in its asbestos abatement cost recovery claims. Most recently, Harry was on the trial team that achieved an outstanding liability jury verdict against the Salvation Army in which the jury apportioned 75% of the fault for the multiple deaths and catastrophic injuries of the occupants present in the Salvation Army's thrift store building located on Market Street, Philadelphia. The building was destroyed when an adjacent building undergoing demolition collapsed onto it. The verdict led to a combined settlement of $227 Million from Salvation Army and other defendants.

Harry has been selected by his peers as one of "The Best Lawyers in America." Harry is also a member of many community and bar association activities including: President, Board of Trustees of The Philadelphia School; Member, Philadelphia, Pennsylvania and American Bar Associations; Member, The District of Columbia Bar; Member, Philadelphia Trial Lawyers Association; Board of Directors (1998 - 2008); Member, The Association of Trial Lawyers of America; Member, International Property Investment Journal, (1982-1983); Disciplinary Board Hearing Committee of the Pennsylvania Supreme Court, (1994-2000).

Harry is resident in and is the Managing Shareholder of the Pennsylvania office.

**MICHAEL COREN** (Member) is a graduate of Temple University where he received his B.A. in 1974.and Cleveland State University, Cleveland-Marshall College of Law where he received his J.D., magna cum laude in 1979. Michael also received his M.B.A. from Temple University in 1980. Michael was admitted to the Pennsylvania Bar in 1979 and the New Jersey Bar in 1981, and is also admitted to the United States Third Circuit Court of Appeals, United States District

Court for New Jersey, United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Middle District of Pennsylvania. He has been admitted *pro hac vice* in numerous other jurisdictions.

Michael has over thirty-five years' experience in litigation of complex products, environmental, consumer pharmaceutical and mass tort litigation. He has been a member of trial teams on environmental, pharmaceutical and securities and consumer fraud cases. Michael also has been appointed class counsel in many pharmaceutical, securities, anti-trust and consumer fraud matters. A number of the matters Michael has handled have been leading-edge cases in the areas of environmental injury, employee workplace safety, and consumer abuse.

Among the environmental, consumer, pharmaceutical, toxic tort litigation matters Michael has served or is serving as counsel are:

" *Commonwealth of Pennsylvania MTBE litigation.*" Matter involves development and representation of the Commonwealth's damages and loss claims against gasoline refiners responsible for MTBE contamination of Commonwealth's waters.

" Diet Drug Litigation." Court appointed co-class counsel in New Jersey and Pennsylvania class actions on behalf of patients taking "fen-phen" diet drug combination or Redux. He was a member of the trial team that tried the New Jersey class action, and also served as Adjunct Class Counsel in the National Class action. All cases settled for $3.75 Billion Dollars.

"Hertz Car Rental -Platepass Consumer litigation" – Co-class counsel in federal court New Jersey consumer class action. Case resulted in $11 Million nationwide class action settlement partially repaying all consumers in full who were improperly charged abusive

11

daily fees for Hertz's electronic toll-road billing service when renting cars from Hertz.

" GEMS Landfill Superfund Site Litigation". Matter involved over 300 potentially responsible parties and multiple toxic substance contaminants which caused the landfill to be ranked as the 12th worst Superfund Site on the National Priorities List. Representation included property devaluation claims of class of property owners located in "redline zone" drawn around landfill by NJ Department of Environmental Protection." Case resolved through series of substantial class settlements negotiated during over thirteen years of litigation.

"H&R Block Rapid Refund Litigation." Member of Plaintiffs Steering Committee which prosecuted UDAP class actions in multiple state forums and a national RICO claim in the United States District Court for the Northern District of Illinois against nation's largest chain of national tax return preparation offices and associated lending banks concerning Block's abusive refund anticipation loans. Matter concluded in a $62.5 million national and multi-state class action settlement.

"St Jude Medical Silzone Heart Valve Products Liability Litigation MDL." Matter involved personal injury and consumer fraud claims arising out of defective, recalled mechanical heart valve prosthetic device that was manufactured with a toxic silver coating on the prosthetic devices' sewing cuff. Was a member of the Plaintiff Steering Committee managing and conducting the litigation of claims consolidated before the United States District Court for the District of Minnesota.

"In Re Kreamer Municipal Well Litigation." Co-class counsel in property damage and personal injury litigation concerning community well polluted by gasoline products.

"Thorotrast X-Ray Contrast Dye Litigation." Matter involved representation of numerous families of patients who died of liver cancer following administration of the radioactive thorium based contrast agent Thorotrast. Case involved complex issues of radiation science, the state of the art of industry knowledge and corporate successor liability.

Michael is a frequent invited lecturer on mass tort, pharmaceutical/medical device, electronic discovery, food-borne illness and case management technique topics. He has earned acclaim from both courts and other attorneys for his innovative and high caliber investigative, trial and appellate work in national and other large-scale level class actions and mass injury cases. In addition to that, together with Judge Rachelle L. Hartz, Michael authored a chapter for the 2020 Mass Torts & Class Actions Treatise: Judge Rachelle L. Harz, J.S.C. & Michael Coren, *Bellwether Case Selection in New Jersey Mass Tort Litigation*, *in* New Jersey Mass Torts & Class Actions Treatise (New Jersey State Bar Association Institute of Continuing Legal Education 2d Ed. 2020).

**ROBERT L. PRATTER** (Member) concentrates his practice currently on complex litigation, including securities, class action, derivative litigation and corporate governance, general commercial litigation, insurance coverage and other state and federal administrative issues.

Mr. Pratter joined CPR in 2013 following public service as Pennsylvania's Executive Deputy General Counsel and Acting Insurance Commissioner. Prior to that, he was a partner at Duane Morris LLP and general counsel to a publicly held, insurance holding company specializing in property-casualty primary lines, excess and surplus lines, and reinsurance.

Mr. Pratter began his legal career at Duane Morris LLP in 1969, became a partner in 1975, chaired the Administrative Law Practice and

13

served on the firm-wide Partners Board. From July 2008 to July 2011, as the Commonwealth of Pennsylvania's Executive Deputy General Counsel, Mr. Pratter oversaw all litigation conducted by the 29 Commonwealth executive agencies and personally represented the Commonwealth in major litigation involving insurance health care reform, prevailing wage enforcement, civil rights and natural resources. He also oversaw securities litigation on behalf of the Commonwealth of Pennsylvania -Public School Employees' Retirement System ('PSERS") and Pennsylvania State Employees' Retirement System ("SERS") and the Commonwealth's environmental and damages litigation involving the Ryerson Dam Collapse.

    Throughout his legal career and particularly during his Commonwealth service, Mr. Pratter has participated in numerous legislative and regulatory reforms and drafting projects and litigation relating to such legislation. As a former general counsel of a public insurance holding company, Mr. Pratter is well-versed in all aspects of insurance regulation, state and federal financial reporting requirements, insurance coverage matters, insurance loss reserving, securities law, and corporate transactions. He has also handled numerous complex commercial disputes, including federal securities class actions, bankruptcy and business reorganization, professional liability and general business litigation.

    Mr. Pratter is a graduate of the University of Pennsylvania Law School and a *magna cum laude* graduate of Yale University. He is a member of the America Law Institute and University of Pennsylvania Inn of Court and has been selected by his peers as being among the Best Lawyers of America®. He was admitted to the Pennsylvania Bar in 1970 and is also admitted to the United States Supreme Court, the United States Third Circuit Court of Appeals, and the United States District Courts for the Middle and Eastern Districts of Pennsylvania.

**JARED M. PLACITELLA** (Associate) practices in the areas of personal injury, complex civil litigation, mass tort, and products liability. Jared is a 2013 graduate of The George Washington University National Law Center, where he served as a member of The George Washington Journal of Energy & Environmental Law. He received his undergraduate degree magna cum laude in Government and Politics from the University of Maryland College Park in 2010. Jared is admitted to practice before the state courts of Pennsylvania, New Jersey and New York, and in the United States District Court for the District of New Jersey.

Jared is an Associate Editor of the NEW JERSEY MASS TORTS & CLASS ACTIONS TREATISE (New Jersey State Bar Association Institute of Continuing Legal Education 2d. Ed. 2020), and the author of three chapters:

- Justice Virginia A. Long & Jared M. Placitella, *Expert Testimony in Toxic and Mass Tort Cases*, *in* New Jersey Mass Torts & Class Actions Treatise (New Jersey State Bar Association Institute of Continuing Legal Education 2d. Ed. 2020)

- Christopher M. Placitella & Jared M. Placitella, *Damages & Remedies*, *in* New Jersey Mass Torts & Class Actions Treatise (New Jersey State Bar Association Institute of Continuing Legal Education 2d Ed. 2020)

- Christopher M. Placitella & Jared M. Placitella, *Statute of Limitations*, *in* New Jersey Mass Torts & Class Actions Treatise (New Jersey State Bar Association Institute of Continuing Legal Education 2d Ed. 2020)

**ERIC S. PASTERNACK** (Associate) focuses his practice on class action and environmental litigation. Prior to joining the firm, Eric was an associate with Ricci Tyrrell Johnson & Grey, where he represented

major corporations in products liability, maritime, and environmental litigation.

Before entering private practice, Eric served as a Deputy Attorney General for the State of New Jersey. In that capacity, he litigated enforcement and cost recovery actions on behalf of the Department of Environmental Protection in actions brought under the Spill Compensation and Control Act, the Site Remediation and Reform Act, the Underground Storage of Hazard Substances Act, and the Industrial Site Recovery Act. He also advised the Department of Environmental Protection in complex, multi-district litigation involving hazardous substances such as MTBE.

Eric also counseled and represented various state agencies in actions concerning an Attorney General Directive authorizing the use of police body cameras, the regulation of the medical profession, the Attorney General's managerial prerogative, and New Jersey's election laws. In two of those cases, he successfully opposed petitions for certiorari before the Supreme Court of the United States. He also briefed and argued cases before the United States Court of Appeals for the Third Circuit and the Superior Court of New Jersey, Appellate Division.

Eric is a J.D./M.B.A. graduate of Rutgers Law School and Rutgers School of Business. While in law school, he served as an editor of the Rutgers Law Journal, a Governor's Executive Fellow with the Eagleton Institute of Politics, and a Dean's Academic Excellence Scholar. Upon graduation, the faculty of Rutgers Law School awarded him the Albert P. Blaustein Memorial Award for his note, HIPAA in the Age of Electronic Health Records, 41 Rutgers L.J. 817 (2012).

With Chief Judge Freda Wolfson, Eric authored a chapter for the 2020 Mass Torts & Class Actions Treatise: Judge Freda L. Wolfson, U.S.D.J. & Eric S. Pasternack, *Multidistrict Litigation in Federal Court*, *in* New Jersey Mass Torts & Class Actions Treatise (New Jersey State Bar Association Institute of Continuing Legal Education 2d Ed. 2020). Eric also authored an article published in the New Jersey Law Journal: *A Unanimous Supreme Court Splits: 'Merck v. Albrecht'*, New Jersey Law Journal (2019).

   Eric clerked for the Honorable Joseph L. Yannotti, P.J.A.D. of the Superior Court of New Jersey, Appellate Division.