**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2020, I served the foregoing Motion for Preliminary Approval of the Class Action Settlement and supporting to materials to all Counsel of Record via ECF.

**COHEN, PLACITELLA & ROTH, P.C.**

Dated: July 23, 2020

*/s/ Christopher M. Placitella*

Christopher M. Placitella