# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KIMBERLEE WILLIAMS, et al.**<br><br>Plaintiffs,<br>vs.<br>**BASF CATALYSTS LLC, et al.**<br><br>Defendants. | No. 2:11-cv-01754 (JAD)<br><br>CIVIL ACTION |

### CLASS COUNSEL'S PETITION FOR APPROVAL AND GRANT OF AWARDS OF CLASS COUNSEL'S ATTORNEYS' FEES, CLASS COUNSEL'S REIMBURSEMENT OF LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS

Class Counsel respectfully move, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, the Preliminary Approval Order (ECF No. 623), and Section 13 of the Class Action Settlement Agreement for the entry of an Order (i) awarding attorney's fees ($22,500,000) and reimbursement of costs and litigation expenses ($1,038,300.27) for Class Counsel's work to date in this litigation; and (ii) granting incentive awards to the Class Representatives ($50,000 for each Class Representative) for their invaluable contributions they made to the achievement of the Settlement.

The reasons supporting these requests are fully set forth in the accompanying memorandum of law and the Declaration of Christopher M. Placitella, dated October 20, 2020, and exhibits thereto.

A proposed Order is submitted herewith.

        **COHEN, PLACITELLA & ROTH, P.C.**

        /s/ *Christopher M. Placitella*
        Christopher M. Placitella, Esq.
        (NJ Atty #: 027781981)
        Michael Coren, Esq.
        (NJ Atty #: 024871979)
        Jared M. Placitella, Esq.
        (NJ Atty #: 068272013)
        Eric S. Pasternack, Esq.
        (NJ Atty #: 015132011)
        127 Maple Avenue
        Red Bank, NJ 07701
        (732) 747-9003

        ***Attorneys for Plaintiffs and the Putative Class***

Dated: October 20, 2020