LAW OFFICES

# COHEN, PLACITELLA & ROTH
A PENNSYLVANIA PROFESSIONAL CORPORATION

127 MAPLE AVENUE
RED BANK, NEW JERSEY 07701

(732) 747-9003
FAX (732) 747-9004
www.cprlaw.com

PHILADELPHIA, PA
LEMOYNE, PA
BALA CYNWYD, PA
PITTSBURGH, PA
CHERRY HILL, NJ

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY
CERTIFIED CIVIL TRIAL ATTORNEY

May 19, 2021

*Via email only*
The Honorable Brian Martinotti
United States District Court of New Jersey
Clarkson S. Fisher Bldg & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE:   *Kimberlee Williams, et al. v. BASF Catalysts LLC, et al.*
      Civil Action No. 11-cv-01754 (JLL) (JAD)

Dear Judge Martinotti:

     Counsel have met and conferred regarding the schedule for completing Claims Administration leading up to the Fairness Hearing which has been rescheduled for September 23, 2021. We have agreed to extend the date for the parties to exercise their walk-away rights by one week from the Claims Determination Deadline. Accordingly, the schedule, if approved by Your Honor, is as follows:

| | |
|---|---|
| **Claims Filing Deadline** | Tuesday, March 16, 2021 |
| **Claims Filing First Review Complete** | Friday, April 30, 2021 |
| Document Submission Deadline | Thursday, May 20, 2021 |
| **Claims Determination Deadline, Anti-Fraud Audit Sample Chosen** | Monday, May 31, 2021 |
| Defendants' and Class Reps Walk-Away Rights Expire | Monday, June 07, 2021 |
| D review request deadline | Friday, July 30, 2021 |
| Objection Response Deadline | Friday, July 30, 2021 |
| **Anti Fraud Audit Deadline** | Thursday, August 19, 2021 |
| Motion for Final Approval | Thursday, August 19, 2021 |
| Fariness Hearing; Final Approval (Assuming Judge Rules from Bench) | Thursday, September 23, 2021 |

Honorable Brian Martinotti
May 19, 2021
Page 2

Respectfully,

/s/ *Christopher M. Placitella*

CHRISTOPHER M. PLACITELLA

CMP/bd
cc: *Via email only*
    Eugene F. Assaf, Esquire
    Nina M. Gussack, Esquire
    Hon. Marina Corodemus, Ret'd.
    Jennifer Fiore, Judicial Clerk

It is further ordered the motion for attorney fees [cm/ecf #628] will be administratively terminated and addressed at the fairness hearing. If supplemental briefing is required for the attorney fees motion, parties shall file same no later than 7 days prior to the proof hearing.

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
Dated:  May 21, 2021